# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| The Reserve Club of Pawleys Island LLC | ) | Case No. 09-09116-jw |
| | ) | |
| Debtor. | ) | |

## DEBTOR'S MOTION FOR ORDER AUTHORIZING: (1) THE SALE OF ASSETS OF THE DEBTOR FREE AND CLEAR OF CERTAIN LIENS, CLAIMS, ENCUMBRANCES, AND OTHER INTERESTS PURSUANT TO 11 U.S.C. § 363; AND (2) AUTHORIZING THE ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS PURSUANT TO 11 U.S.C. §365

The Reserve Club of Pawleys Island LLC ("Debtor") hereby moves the Court for the entry of an order: (1) approving the terms of a proposed sale of substantially all of the Debtor's assets, inventory, equipment, real property and rights relating thereto as more fully described herein below, to The Reserve Golf Club Acquisition, LLC or its assigns ("Buyer"), for a purchase price of approximately $484,887 (the "Purchase Price") (as described in more detail hereinbelow), plus a commitment to infuse significant new capital to fund capital improvements and to offset negative cash flow from Club operations (as described in more detail hereinbelow), and a further commitment to maintain the Club as a private facility, a matter of material consequence to the members of the Club and to the surrounding property owners, and (2) authorizing the assumption and assignment or rejection of certain executory contracts pursuant to § 365. In addition, the Debtor requests authority for the Buyer to assume the estate's obligations to certain creditors, and to retain any remaining proceeds of the sale pending further order of the Court. The proposed sale is subject to higher or otherwise better offers, on substantially similar terms, with such sale being free and clear of certain liens, claims, encumbrances, and other interests, pursuant to 11 U.S.C. §§105 and 363. In support of the Motion, the Debtor represents as follows:

## BACKGROUND

1.     The Debtor filed its voluntary petition for relief under Chapter 11 of the Bankruptcy Code on December 4, 2009. The Debtor is operating its business and managing its assets as a debtor in possession pursuant to §§1107(a) and 1108 of the Bankruptcy Code. Debtor

operates a member-owned private golf course in Georgetown County, South Carolina with approximately 31 employees and approximately 473 total active and inactive former members.

2.      Debtor's assets consist primarily of cash, accounts receivable, inventory, improved land, maintenance equipment and goodwill.  This proposed sale is a sale of substantially all of Debtor's assets, inventory, equipment, and real property as more fully set forth in the Asset Purchase Agreement (the "APA") attached hereto as **Exhibit A**.  **The APA has been filed with the Court and is publicly available via the Court's PACER website or may be obtained by visiting the website of the Debtor's noticing agent Phase Eleven Consultants, LLC at http://www.phaseeleven.com/reservegolfclub/.  For a full/complete copy of the APA and related exhibits parties may also contact The McCarthy Law Firm, LLC by telephone at (803) 451-2268.**  The assets being sold shall, hereinafter, be referred to as the "Assets."

3.      As of December 31, 2009, the Debtor had approximately $195,528 in unsecured tax and trade payables.  Additionally, as of December 31, 2009, the Debtor had an unsecured line of credit outstanding to Plantation Federal Bank in the amount of $55,000.  The Debtor also has lease agreements with secured lenders with approximate lease balances as follows:

| Lender | Property Description | Lease Balance |
|---|---|---|
| Wells Fargo Financial Leasing | Groundskeeping Equipment | $ 27,322.00 |
| Wells Fargo Financial Leasing | Groundskeeping Equipment | $ 22,718.00 |
| GE Capital | Golf Carts | $ 30,920.00 |
| Ikon Financial Services | Copiers | $  3,496.00 |
| Auto Chlor Systems | Dishwasher | $  3,652.00 |
| Total | | $ 88,108.00 |

In addition, the Debtor has obtained Court permission to borrow up to an additional $80,000 from Plantation Federal Bank secured by a mortgage on the Debtor's real property, post-petition in order to fund the Debtor's operations through the date of sale closing.

4.      As with many golf course operators, Debtor's gross revenues, coming in the form of initiation fees, dues, usage fees, food and beverage and pro shop sales have steadily declined over the past several years.  Coinciding with the national economic downturn in 2008, members began resigning without the customarily corresponding initiation of new members.  Membership rolls decreased steadily from June 2008 through December 2009, and Debtor's Board of Managers explored various alternative financing methods.  One such solution was to assess the current membership, but that proposal was voted down by the members and shareowners. Additionally, in light of the already high levels of dues and fees of the Debtor within the relevant

market, further increases in dues and fees were judged to encourage further resignations, based upon significant feedback from the Club's members. The other possible method of financing the continuation of the course and the club is a sale of the Club, in the form of a sale of substantially all assets of the Debtor.

5.      The reduction in revenue and the funds needed to perform upcoming scheduled vital course maintenance and improvements will shortly leave the Debtor unable to meet all obligations.  The loss of revenues as well as the amount of debt and the need for a successful sale in the face of pending litigation has forced the Debtor to seek Chapter 11 protection.  Litigation was commenced in May 2009 by four (4) resigned members of the Club, on behalf of a class of allegedly similarly situated former members (taken collectively, the "dissidents"), with the central objective of preventing the sale of the Club, as was then and is now contemplated, unless said former members were first reimbursed a portion of the initiation fees which they had paid to join the Club.  In contemplating the proposed sale of the Club, the members (including former members) and shareowners voted in the affirmative in October – November 2009, pursuant to the requirements set forth in Debtor's Operating Agreement, to relinquish their rights to such refunds of initiation fees as well to the redemption of equity contributions, conditioned upon the sale of the assets to the Buyer, which transaction contemplates, among other things materially important to the Club's members and to surrounding property owners, a commitment to maintain the Club as a private facility.  Prior attempts to settle the litigation had failed, and the Debtor concluded that it's very limited capital would prevent it from continuing to pursue its defense of that action before it ran out of cash.  That fact, along with the other pressures upon limited cash resources arising from the deterioration of operating revenues owing to the factors described above, led the Debtor to file for Chapter 11 protection with the objectives of selling the assets of the Club and mitigating the litigation in the process.  Prior to the filing of the petition, the Debtor searched for and was approached by potential purchasers.  The Debtor's Board of Managers contacted or was contacted by eleven (11) potential buyers in the United States and locally.  The Debtor has received from Buyer what it believes to be a fair and reasonable offer to purchase substantially all of the Debtor's assets.  Upon information and belief, the necessary secured creditors are expected to consent to the terms of the proposed sale, including all secured creditors whose collateral assets are being transferred to the purchaser.

**PROPOSED SALE**

6.      On October 13, 2009, the Debtor and the Buyer entered into the APA for the

Purchase of Debtor's Assets.   The APA (**Exhibit A**) is incorporated herein by reference. Capitalized terms contained herein not otherwise defined shall have the meanings ascribed to them in the APA.

7.      The purchaser has agreed to pay an aggregate Purchase Price of approximately $484,887.00 for the Debtor's Assets.  This Purchase Price is calculated combining amounts to be paid by Buyer to satisfy assumed obligations and cash allocated for distribution to impaired unsecured creditors as shown in paragraph 8 below.

8.      The estimated Purchase Price of $484,887.00 is calculated as follows:

a.  $1.00 in cash will be paid by Buyer to Debtor.

b.  up to approximately $418,636.00 (calculated using December 31, 2009 balance sheet and including all estimated assumed tax and trade payable obligations, the unsecured Plantation Federal line of credit, the estimated approximate lease balances, and up to $80,000 under the post-petition DIP financing facility with Plantation Federal as shown in paragraph 3 above) of assumed/paid liabilities.

c.  $66,250 to be contributed by certain Club members and the Reserve at Litchfield Community Association, Inc. ("Reserve HOA") members on behalf of the Buyer, for the sole purpose of a pro rata distribution to settle the claims of the dissidents, if Buyer is the successful purchaser of the Assets on or by March 31, 2010.  It is believed that if the Club were transformed from its present private status to a public play facility, property values in the surrounding Reserve HOA community will diminish significantly in the aggregate.  It is for this reason that the Reserve HOA has agreed to contribute funds if Buyer, a reputable private golf club operator, is the successful purchaser.

9.      Including the funds provided for in paragraph 8, pursuant to the APA, over the next four (4) years the Buyer will contribute an aggregate amount of at least $2 Million to (i) satisfy the Assumed Obligations, (ii) fund negative cash flow from Club operations, and (iii) fund capital improvements including renovation/construction related to the golf course and other Club Facilities, provided that at least $1 Million of such funds will be spent within two (2) years of the sale closing on the capital improvements and Cure Costs that must be paid under any defaults in assigned contracts.

10.     The proposed Sale to Buyer is subject to completion of due diligence.  Buyer has the right not to agree to assume unknown future debts of the Debtor incurred prior to the sale closing.  Additionally, the Purchase Price set forth herein is subject to adjustment based on the

amount of the Debtor's actual liabilities as of the closing date.

11.    Upon sale closing, substantially all of the Debtor's tax and trade creditors will have their liabilities either assumed or paid in full.  The remaining claimants will be dissident members, whose claims will be dealt with through a plan of reorganization.  Debtor reserves the right to challenge or object to the claims of creditors and members.  Assuming the amounts shown in the Debtor's schedules to be correct, it appears that as a result of this proposed sale the distribution percentage for unsecured trade creditors will be a 100% full distribution via the Buyer's assumption of debt.

The Debtor's potential avoidance actions pursuant to 11 U.S.C. §§ 547, 548, 549, and 550 and other causes of action belonging to Debtor are NOT included in the Assets being sold to Buyer.

12.    Pursuant to the APA, Buyer is assuming all trade and tax accounts payable and accrued liabilities, including the debts of Plantation Federal, leases from Wells Fargo Financial Leasing, Inc. ("WFFL"), GE Capital, Ikon Financial Services ("Ikon") and Auto Chlor Systems ("ACS").  For any and all collateral of WFFL, GE Capital, Ikon and ACS that is being retained and that constitutes a portion of the Assets being sold to Buyer, the Debtor's proposed sale of such collateral to Buyer is being done subject to the existing liens, claims, and encumbrances of WFFL Fargo, GE Capital, Ikon and ACS.

13.    Buyer shall acknowledge that it will be responsible to the Reserve HOA for any unpaid dues relating to the remainder of 2010 and subsequent years as well as any and all outstanding real property taxes.  Though the Debtor intends to pay the 2010 Reserve HOA dues on a monthly basis through sale closing due to its scarce operating budget, the Buyer shall acknowledge that Reserve HOA dues are an annual expense that must be paid in a lump sum for the remainder of 2010 at closing and during January of subsequent years.

14.    The Litchfield Company ("Litchfield") currently has an indemnification mortgage (the "Litchfield Mortgage") on all of the real property of the Debtor.  The Mortgage was issued on February 28, 2006 and expires by its terms on February 28, 2010.  Until the Mortgage expires, Litchfield may reach the property should there be a successful action against Litchfield related to clubhouse construction that Litchfield originally promised to build on the property. The Debtor and the Buyer believe the Litchfield Mortgage has no value and intend to close the sale described herein after the expiration of the Litchfield Mortgage by its own terms.

15.    Pursuant to the DIP financing facility approved by the Court in this matter, the Debtor has been authorized to borrow up to $80,000 from Plantation Federal Bank.  In return for

such post-petition lending, Plantation Federal Bank is receiving a second mortgage, subordinate only to the Litchfield Mortgage, on the Debtor's real property. This proposed sale is contemplated to be free and clear of such Plantation Federal Bank mortgage upon payment in full to Plantation Federal Bank of the amounts owing under the DIP facility at sale closing. If the Buyer intends to assume the Plantation Federal DIP facility obligations, rather than paying them in full at closing, the sale shall be subject to the Plantation Federal mortgage.

16.      As part of the APA and this Motion, Buyer proposes to assume the equipment leases with WFFL, GE Capital, Ikon and ACS. To any extent these equipment leases constitute disguised security agreements on assets belonging to the Debtor, Buyer is purchasing such assets of WFFL, GE Capital, Ikon and ACS subject to the existing liens, claims, and encumbrances of WFFL Fargo, GE Capital, Ikon and ACS.

17.      Closing is scheduled to occur as soon as possible after entry of a nonappealable final Bankruptcy Court order approving the proposed sale. If the sale is not closed on or before March 31, 2010, the $66,250 currently pledged to the estate if Buyer is the successful purchaser will be returned to the contributing golf club members and Reserve HOA members and the funds available for distribution to the dissident members will be reduced to zero.

18.      Debtor has simultaneously with this Motion submitted a motion and proposed order to the Court requesting the approval of certain bidding and sale procedures for the sale of the Assets and protections for the Buyer, including reasonable expenses to be paid to the Buyer under certain circumstances (the "Bid Procedures Order"). In the event the Court enters an order that otherwise modifies these procedures in any way, notice of such modification will be served on all creditors and parties in interest and all known parties that have expressed an interest in purchasing the Assets.

19.      Based upon the foregoing and because the Purchase Price is fair and reasonable, the Debtor determined that it was in its best interest and that of its creditors and members to accept the Buyer's offer, subject to court approval.

## REQUEST FOR APPROVAL OF THE SALE OF THE ASSETS

20.      Section 363(b) of the Code authorizes the Debtor to sell property of the estate outside the ordinary course of business after notice and a hearing. Such property can be sold free and clear of any interest in the property if each party holding such an interest consents. 11 U.S.C. §363(f). Sales of property under 11 U.S.C. §363(f) are limited to sales of property of the estate. In re Taylor, 198 B.R. 142, 158 (Bankr. D.S.C. 1996). In the present case, the Assets are

owned by the Debtor.

21.    Debtor seeks the Court's authorization to sell the Assets pursuant to 11 U.S.C. §363(b)(1), outside the ordinary course of business, prior to a hearing on confirmation of its plan of reorganization.   Although sales are usually proposed and conducted pursuant to a plan of reorganization, this Court has recognized that when a sound business justification exists, the court may authorize a sale pursuant to 11 U.S.C. §363(b)(1) without a confirmed plan of reorganization. In re Taylor, 198 B.R. 142, 156-157 (Bankr. D.S.C. 1996); see also Stephens Indus., Inc. v. McClung, 789 F.2d 386 (6th Cir. 1986); In re WBQ Partnership, 189 B.R. 97 (Bankr. E.D. Va. 1995).

Under the sound business purpose test, the Debtor has the burden of proving that:

A.    sound business reason or emergency justifies a pre-confirmation sale;
B.    the sale has been proposed in good faith;
C.    adequate and reasonable notice of the sale has been provided to interested parties; and
D.    the purchase price is fair and reasonable.

In re Taylor, 198 B.R. at 157.


A.    **Sound Business Reason or Emergency**

In the present case, sound business judgment and an emergency situation warrant the sale of the Assets prior to confirmation of the Debtor's Plan.   The Debtor operates in the private golf course industry, which is aggressively contracting in the Myrtle Beach area.   Members voted against an internal capital raise in the form of an assessment and, despite a thorough and diligent search, no outside debt or equity was available except pursuant to an asset sale.   Due to the already high price point of the Debtor within the relevant market, further increases in dues and fees would encourage further member resignations.   If this sale is not consummated quickly and smoothly, the Debtor will not be able to meet its operating expenses, including debt service and scheduled golf course improvements necessary to keep the current membership rolls at the level needed to continue to operate its business as a going concern.   This will, in turn, decrease the value of debtor's assets and generate a smaller recovery for the creditors of the Estate. Moreover, if the Debtor's business operations were to cease, or if the Club were transformed from its present private status to a public play facility, it is believed that property values in the surrounding Reserve HOA community will diminish significantly in the aggregate.   In addition, a shut-down of the Debtor's business would result in the layoff of its approximately 31 employees.

### B.    Good Faith

The Debtor believes the terms and conditions of the proposed sale are fair, reasonable and appropriate and were reached after arms-length negotiations and extensive bargaining.  The Debtor believes, and will further show at the hearing on this Motion, that the Debtor and Buyer are proceeding in good faith.  As such, the Buyer is further seeking the protections afforded to sale transactions under Section 363(m) of the Bankruptcy Code.

### C.    Notice

All creditors and parties in interest, including those parties who may have expressed an interest in purchasing the Assets, will be served a copy of this Motion and the Order Setting the hearing on this Motion.  Debtor expended significant efforts to market its business and assets pre-petition, and will notice this sale on those parties who expressed any interest in the assets. Any potential purchaser may view a full accounting of the Assets, subject to the execution of a confidentiality agreement where appropriate. Based upon the foregoing, Debtor believes that notice is adequate and reasonable.

### D.    Purchase Price

The Debtor submits to the Court that the Purchase Price for the Assets is reasonable and fair and currently represents the highest and best recovery for the Debtor and its creditors. Before receiving an APA from Buyer, the Debtor worked diligently to locate a purchaser for the business and contacted or was contacted by eleven (11) prospects locally and nationwide.   The sale of the Assets to the Buyer is subject to higher or otherwise better competing offers under fair procedures proposed by the Debtor in the Bid Procedures Order and to be approved by this Court.  Furthermore, an auction will be conducted for the Assets at or prior to the hearing on this Motion.  The Debtor will select the successful bidder for the Assets after determining that a bid represents the highest and best offer for such assets and only after first consulting with the U.S. Trustee and the major creditor constituencies in this case.  In the event the Court does not approve the Bid Procedures Order prior to service of this Sale Motion or does not approve the Bid Procedures Order as presented to the Court and requires modifications, notice of any change in bidding procedure will be provided to all known parties that have, during the course of this Chapter 11 proceeding, expressed an interest in purchasing the Assets.   Based upon the

foregoing, Debtor believes that the proposed sale is in the best interests of the estate and its creditors.

22.    Federal Rule of Bankruptcy Procedure 6004(h) provides that an order authorizing the use, sale or lease of property will be stayed for ten (10) days after entry of the approved order unless the Court orders otherwise.   Because of the Debtor's need to move promptly and maximize the return to creditors, and because the Debtor has sought entry of a finding pursuant to 11 U.S.C. §363(m), the Debtor requests that the proposed sale be approved and that the Court waive the ten (10) day stay of Federal Rule of Bankruptcy Procedure 6004(h).

23.    Pursuant to its Bid Procedures Motion, the Debtor further requests that the Court approve a back-up bid from any qualified competing bids.  In the event the sale to the successful bidder is not consummated, the Debtor seeks to sell the Assets to the back-up bidder without the need for further Court approval.

## REQUEST FOR APPROVAL OF ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS

24.    Section 365(a) provides that a debtor in possession "subject to the Court's approval, may assume or reject any executory contract or unexpired lease of the Debtor."   11 U.S.C. § 365(a). Section 365(b) requires such debtor in possession to satisfy certain requirements, such as cure, compensation and adequate assurance of future performance, at the time of assumption if a default exists under the contracts to be assumed.   See 11 U.S.C. § 365(b)(1)(A)-(C).  By this Motion, the Debtors seek approval of the Cure Amounts necessary to satisfy Section 365(b)(1).

25.    By way of this Sale Motion, the Debtor seeks to assume and assign the executory contracts set forth in the attached **Exhibit B**.  The Debtor proposes to reject any and all other executory contracts.

26.    The standard applied to determine whether the assumption or rejection of an executory contract or unexpired lease should be authorized is the "business judgment" standard. See Lubrizol Enterprises, Inc. v. Richmond Metal Finishers, Inc., 756 F.2d 1043 (4th Cir. 1985).

27.    The Debtor will show that the Buyer can provide for the payment of any cure amounts, compensation and adequate assurance of future performance.  The Debtor is current on all such executory contract obligations, and there appear to be no defaults under such Contracts that are required to be cured pursuant to Section 365(b)(1)(A) in connection with the assumption

by the Debtor of such Contracts.  It is the Debtors' position that no cure is required to be paid in connection with the assumption of such Contract pursuant to § 365(b).

28.    This Motion is intended to serve as notice of the Debtor's intention to assume and assign those Contracts shown herein, and to reject all other executory contracts of the Debtor. Failure to file a return, response, and/or objection to this Motion will bind parties regarding the Cure Amounts and prohibit any future claims against the Debtor related to the assumed and assigned Contracts.

WHEREFORE, the Debtor respectfully requests that the Court: (i) approve the sale of the Assets to Buyer pursuant to the terms and conditions of the APA; (ii) authorize the sale of the Assets by the Debtor to Buyer, or any successful bidder, if Buyer is not the successful bidder for the Assets, pursuant to Section 363 of the Bankruptcy Code, with such sale being free and clear of the liens, claims, encumbrances, and other interests as set forth hereinabove except as to those assets being sold subject to existing liens, (iii) waive the ten (10) day stay of Federal Rule of Bankruptcy Procedure 6004(h), (iv) approve a back up bid, (v) authorize the assumption of debt and corresponding distribution of sales proceeds as set forth herein above, (vi) authorize the assumption and assignment of the executory contracts as set forth herein, or as may be required by the successful bidder as an essential part of any sale; (vii) authorize the rejection of any and all other executory contracts, and (viii) grant such other and further relief as the Court deems just and proper.

RESPECTFULLY SUBMITTED on this the 21st day of January, 2010, at Columbia, South Carolina.

/s/ G. William McCarthy, Jr.
G. William McCarthy, Jr., Dist. I.D.#2762
Daniel J. Reynolds, Jr., Dist. I.D.#9232
Sean P. Markham, Dist I.D. #10145
McCarthy Law Firm
Attorneys for the Debtor
P.O. Box 11332
Columbia, SC 29211-1332
(803) 771-8836

# EXHIBIT A TO THE SALE MOTION

# EXHIBIT A

Exhibit A to this Sale Motion is too voluminous to attach and serve on all interested parties.  However, the APA has been filed with the Court and is publicly available via the Court's PACER website or may be obtained by visiting the website of the Debtor's noticing agent Phase Eleven Consultants, LLC at http://www.phaseeleven.com/reservegolfclub/.   For a full/complete copy of the APA and related exhibits parties may also contact The McCarthy Law Firm, LLC by telephone at (803) 451-2268.

**SECOND AMENDMENT
TO
ASSET PURCHASE AGREEMENT**

This SECOND AMENDMENT TO ASSET PURCHASE AGREEMENT (this "*Amendment*") is made as of the 21st day of December 2009, by, between and among THE RESERVE GOLF CLUB OF PAWLEYS ISLAND, LLC, a South Carolina limited liability company ("*Seller*"), THE RESERVE GOLF CLUB ACQUISITION, LLC, a North Carolina limited liability company ("*Purchaser*"), and THE RESERVE GOLF CLUB, LLC, a North Carolina limited liability company ("*Operator*")

WHEREAS, Seller, Purchaser and Operator have entered into that certain Asset Purchase Agreement dated October 13, 2009, as amended on November 4, 2009 (the "*Purchase Agreement*"); and

WHEREAS, the parties hereto desire to enter into this Amendment in order to amend the Purchase Agreement as provided herein.

NOW, THEREFORE, it is hereby agreed as follows:

1.    Definitions. Capitalized terms used in this Amendment without definition shall have the respective meanings ascribed to such terms in the Purchase Agreement.

2.    Effective Time. This Amendment shall be effective as of the date hereof.

3.    Purchase Agreement Amendments.

(a)    Section 4.1 of the Purchase Agreement is hereby amended by deleting the entire present text thereof and substituting in its place the following:

"Closing. The closing of the transaction contemplated hereby will take place on the second business day following the later of (a) entry of the Sale Order, which shall have become final and nonappealable, or (b) satisfaction of all of the conditions set forth in this Agreement, including without limitation those conditions set forth in Articles 10 and 11, but in no event later than March 31, 2010 (the "Closing" or "Closing Date"). The Closing will take place at a location to be mutually agreed upon by Purchaser and Seller."

(b)    Section 12.1(b)(ii) of the Purchase Agreement is hereby amended by deleting the entire present text thereof and substituting in its place the following:

"if the Closing shall not have occurred on or before March 31, 2010, by reason of the failure of any condition precedent, or unless the failure to consummate the transactions is the result of a material breach of this Agreement by the party seeking to terminate this Agreement;"

4. This Amendment may be executed in several counterparts (including by facsimile), each of which shall be deemed an original, but each of such counterparts shall constitute but one and the same agreement.

5. Except as specifically set forth in this Amendment, the Purchase Agreement shall continue and remain in full force and effect, unmodified in any respect whatsoever.

\* \* \* \* \*

*[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK; THE NEXT PAGE IS THE SIGNATURE PAGE]*

SECOND AMENDMENT TO ASSET PURCHASE AGREEMENT
19352.9-600631 v1

**IN WITNESS WHEREOF**, the parties hereto have executed this Second Amendment as of the day and year first above written.

**PURCHASER:**                 THE RESERVE GOLF CLUB ACQUISITION, LLC

By: _____
Name: _____
Title: _____

**OPERATOR:**               THE RESERVE GOLF CLUB, LLC

By: _____
Name: _____
Title: _____

**SELLER:**                  THE RESERVE GOLF CLUB OF PAWLEYS ISLAND, LLC

By: _BGCatanzaro_____
Name: _BEN CATANZARD_____
Title: _PRESIDENT_____

**IN WITNESS WHEREOF**, the parties hereto have executed this Second Amendment as of the day and year first above written.

**PURCHASER:**                    THE RESERVE GOLF CLUB ACQUISITION, LLC

By: _____
Name: _____
Title: _____

**OPERATOR:**                    THE RESERVE GOLF CLUB, LLC

By: _____
Name: _____
Title: _____

**SELLER:**                    THE RESERVE GOLF CLUB OF PAWLEYS ISLAND, LLC

By: _____
Name: _____
Title: _____

**AMENDMENT**
**TO**
**ASSET PURCHASE AGREEMENT**

This AMENDMENT TO ASSET PURCHASE AGREEMENT (this "*Amendment*") is made as of the 4th day of November 2009, by and between THE RESERVE GOLF CLUB OF PAWLEYS ISLAND, LLC, a South Carolina limited liability company ("*Seller*"), THE RESERVE GOLF CLUB ACQUISITION, LLC, a North Carolina limited liability company ("*Purchaser*"), and THE RESERVE GOLF CLUB, LLC, a North Carolina limited liability company ("*Operator*")

WHEREAS, Seller, Purchaser and Operator have entered into that certain Asset Purchase Agreement dated October 13, 2009 (the "*Purchase Agreement*"); and

WHEREAS, the parties hereto desire to enter into this Amendment in order to amend the Purchase Agreement as provided herein.

NOW, THEREFORE, it is hereby agreed as follows:

1.    <u>Definitions</u>. Capitalized terms used in this Amendment without definition shall have the respective meanings ascribed to such terms in the Purchase Agreement.

2.    <u>Effective Time</u>. This Amendment shall be effective as of the date hereof.

3.    <u>Purchase Agreement Amendments</u>.

(a)    Section 10.11 of the Purchase Agreement is hereby amended by deleting the entire present text thereof and substituting in its place the following:

"<u>Fundraising</u>. Seller or persons acting on behalf of Seller shall have deposited funds in escrow with the McNair Law Firm ("<u>McNair</u>") and authorized McNair to disperse such funds as part of the proceeding before the Bankruptcy Court and pursuant to the final Sale Order in full satisfaction and retirement of all claims of that certain creditor class comprised of those resigned members of Seller as of the date hereof listed on <u>Schedule 10.11</u>."

(b)    Section 11.7 of the Purchase Agreement is hereby amended by deleting the entire present text thereof and substituting in its place the following:

"<u>Fundraising</u>. Seller or persons acting on behalf of Seller shall have deposited funds in escrow with McNair and authorized McNair to disperse such funds as part of the proceeding before the Bankruptcy Court and pursuant to the final Sale Order in satisfaction and retirement of all claims of that certain creditor class comprised of those resigned members of Seller listed on <u>Schedule 10.11</u>."

4. This Amendment may be executed in several counterparts (including by facsimile), each of which shall be deemed an original, but each of such counterparts shall constitute but one and the same agreement.

5. Except as specifically set forth in this Amendment, the Purchase Agreement shall continue and remain in full force and effect, unmodified in any respect whatsoever.

\* \* \* \* \*

[THE REMAINDER OF THIS PAGE IS INTENTIONALLY LEFT BLANK; THE NEXT PAGE IS THE SIGNATURE PAGE]

AMENDMENT TO ASSET PURCHASE AGREEMENT
19352.9-600631 v1

**IN WITNESS WHEREOF,** the parties hereto have executed this Amendment as of the day and year first above written.


**PURCHASER:**                    THE RESERVE GOLF CLUB ACQUISITION, LLC

                                  By: _____
                                  Name: _____
                                  Title: _____


**OPERATOR:**                     THE RESERVE GOLF CLUB, LLC

                                  By: _____
                                  Name: _____
                                  Title: _____


**SELLER:**                       THE RESERVE GOLF CLUB OF PAWLEYS ISLAND, LLC

                                  By: _Bob Catanzaro_____
                                  Name: _BEN CATANZARO_____
                                  Title: _PRESIDENT_____


AMENDMENT TO ASSET PURCHASE AGREEMENT
19352.9-600631 v1

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the day and year first above written.


PURCHASER:                          THE RESERVE GOLF CLUB ACQUISITION,
                                    LLC

                                    By:    _____
                                    Name:  _____
                                    Title: _____


OPERATOR:                           THE RESERVE GOLF CLUB, LLC

                                    By:    _____
                                    Name:  _____
                                    Title: _____


SELLER:                             THE RESERVE GOLF CLUB OF PAWLEYS
                                    ISLAND, LLC

                                    By:    _____
                                    Name:  _____
                                    Title: _____

## ASSET PURCHASE AGREEMENT

THIS ASSET PURCHASE AGREEMENT (together with the exhibits and schedules hereto, this "Agreement"), is made as of the 13th day of October 2009, by and between The Reserve Golf Club of Pawleys Island, LLC, a South Carolina limited liability company ("Seller"), The Reserve Golf Club Acquisition, LLC, a North Carolina limited liability company ("Purchaser"), and The Reserve Golf Club, LLC, a North Carolina limited liability company ("Operator").

### RECITALS

WHEREAS, Seller is the fee simple owner of a certain tract of land located in Georgetown County, South Carolina, which tract contains a golf course, golf practice facilities, clubhouse, golf bag storage facilities, maintenance building, cart storage building, parking, common areas and other areas associated with the golf course and other facilities, said tract being more particularly described in Exhibit A attached hereto and incorporated by reference herein (the "Property");

WHEREAS, Seller is the owner of all buildings, improvements and fixtures either constructed or situated on the Property (the "Improvements") which, together with the Property, constitute a golf course and country club commonly known as "The Reserve Golf Club of Pawleys Island" (the Property and Improvements hereinafter collectively referred to as the "Club Facilities");

WHEREAS, Seller is engaged in owning and operating the Club Facilities for sports and recreation for its members (the "Business");

WHEREAS, Seller contemplates filing a voluntary petition with the United States Bankruptcy Court for the District of South Carolina (the "Bankruptcy Court") for relief under Chapter 11, Title 11 of the United States Bankruptcy Code (the "Bankruptcy Code"); et seq; and

WHEREAS, Purchaser desires to purchase from Seller, and Seller desires to sell to Purchaser, Seller's assets, inventory, equipment, real property and rights relating thereto as more fully described herein, free and clear of all liens, claims and encumbrances, other than the Existing Encumbrances, upon the terms and conditions set forth herein and pursuant to an order of the Bankruptcy Court approving such sale under Section 363 of the Bankruptcy Code, (the "Sale Order"), such Sale Order to include the assignment and assumption of certain executory contracts as provided herein pursuant to Section 365 of the Bankruptcy Code.

### AGREEMENT

NOW, THEREFORE, for and in consideration of the representations, warranties, covenants and agreements contained herein and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto, intending to be legally bound, agree as follows.

19352.9-580055 v8

# ARTICLE 1

# DEFINITIONS

### 1.1    Definitions.

As used herein, the following terms shall have the following meanings:

"*Accounts Receivable*" has the meaning assigned to that term in Section 2.1(k) hereof.

"*Acquired Assets*" has the meaning assigned to that term in Section 2.1 hereof.

"*Active Employees*" means employees of Seller employed on the Closing Date who are employed exclusively in Seller's business as currently conducted, including employees on temporary leave of absence but excluding employees on long-term disability leave.

"*Affiliate*" *means* as to any Person, any other Person that directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with, the first Person. For such purposes "control" means the possession, directly or indirectly, of the power to direct or cause the direction of the management policies of a Person, whether through the ownership of voting securities, by contract or credit arrangement, as trustee or executor, or otherwise, and shall be deemed to exist with respect to each Person as to which the Person in question acts as an officer, director, member, manager, partner, trustee or in a similar capacity. For purposes of this definition only, any individual Person shall be deemed to include any relative (by blood, marriage or adoption) of such individual Person, such that in any circumstance where such relative controls a Person, such controlled Person shall be deemed an Affiliate of such first individual.

"*Agreement*" has the meaning assigned to that term in the preamble hereto.

"*Assigned Contracts*" has the meaning assigned to that term in Section 2.1(c).

"*Assumed Obligations*" has the meaning assigned to that term in Section 2.2(b).

"*Bankruptcy Code*" has the meaning assigned to that term in the preamble hereto.

"*Bankruptcy Court*" has the meaning assigned to that term in the preamble hereto.

"*Business*" has the meaning assigned to that term in the preamble hereto.

"*Closing*" means the closing of the transactions contemplated by this Agreement.

"*Closing Date*" has the meaning assigned to that term in Section 4.1.

"*Club Facilities*" has the meaning assigned to that term in the preamble hereto.

"*Consumer Price Index*" means the Consumer Price Index (South Urban, All items, 1982-1984=100) published by the Bureau of Labor Statistics of the United States Department of Labor, provided that if the Bureau of Labor Statistics ceases publishing that particular index, the

most nearly comparable Consumer Price Index published by the Bureau of Labor Statistics of the United States Department of Labor shall be substituted therefore.

*"Deed"* has the meaning assigned to that term in Section 5.1(a).

*"Effective Time"* has the meaning assigned to that term in Section 8.7.

*"Environmental Laws"* has the meaning assigned to that term in Section 7.4(b).

*"Equipment"* has the meaning assigned to that term in Section 2.1(b).

*"Existing Encumbrances"* means the Liens with respect to the Assumed Obligations detailed on Schedule 1.1 attached hereto.

*"GAAP"* means United States generally accepted accounting principles as in effect from time to time, consistently applied.

*"Improvements"* has the meaning assigned to that term in the preamble hereto.

*"Inventory"* has the meaning assigned to that term in Section 2.1(g).

*"Knowledge"* of an individual means the actual knowledge of such individual. With respect to a Person (other than an individual), "Knowledge" means the actual knowledge of any individual who is serving as a director or officer (or in any similar capacity) of such Person.

*"Lien"* means any lien, security interest, pledge, hypothecation, encumbrance or other interest or claim, including, but not limited to, any options or rights to purchase and any mechanics' or tax liens, whether arising by agreement, by statute or otherwise and whenever arising; excluding, however, the Existing Encumbrances.

*"Material Adverse Effect"* means the occurrence or failure of an event that could reasonably be expected to have a material adverse effect on the business, operations, results of operations, financial position or prospects of the Club Facilities or the value of its properties or assets, taken as a whole.

*"Membership Plan"* shall mean the standard McConnell Golf membership plan, subject to any rights and privileges granted pursuant to this Agreement.

*"New Club"* means The Reserve Golf Club of Pawleys Island, an unincorporated organization owned and operated by Operator that will operate as a private golf club at the Club Facilities in accordance with the terms of this Agreement.

*"New Club Members"* means all members of the New Club in good standing (those who are not delinquent in payment of membership fees and dues and other fees and charges) on the books of the New Club.

*"Operator"* has the meaning assigned to that term in the preamble hereto.

*"Organizational Documents"* means (a) the articles or certificate of incorporation and the bylaws or code of regulations of a corporation; (b) the partnership agreement and any statement of partnership of a general partnership; (c) the limited partnership agreement and the certificate of limited partnership of a limited partnership; (d) the certificate of organization and limited liability company agreement of a limited liability company; (e) any charter or similar document adopted or filed in connection with the creation, formation, or organization of a Person; and (f) any amendment to any of the foregoing.

*"Person"* means any individual, corporation, partnership, joint venture, trust, association, limited liability company, unincorporated organization, other entity, or governmental body or subdivision, agency, commission or authority thereof.

*"Property"* has the meaning assigned to that term in the preamble hereto.

*"Purchaser"* has the meaning assigned to that term in the preamble hereto.

*"Purchase Price"* has the meaning assigned to that term in Section 3.1(a).

*"Sale Order"* has the meaning assigned to that term in the preamble hereto.

*"Seller"* has the meaning assigned to that term in the preamble hereto.

*"Seller Returns"* has the meaning assigned to that term in Section 7.15.

*"Tax"* means any federal, state, local, or foreign income, gross receipts, license, payroll, employment, excise, severance, stamp, occupation, premium, windfall profits, environmental (including taxes under former Section 59A of the Tax Code or any similar or analogous type of tax), customs duties, capital stock, franchise, profits, withholding, social security (or similar), unemployment, disability, real property, personal property, sales, use, transfer, registration, value added, alternative or add-on minimum, estimated, or other tax of any kind whatsoever, including any interest, penalty, or addition thereto, whether disputed or not. Any variation of, or terms of similar import to, "Tax" *(e.g.,* "Taxable" or "Taxing") shall refer to or mean with respect to Taxes.

*"Tax Code"* means the Internal Revenue Code of 1986, as amended.

*"Third Party"* means any "person" or "group," as such terms are defined in Section 13(d) of the Securities Exchange Act of 1934, as amended, and the rules and regulations thereunder, other than Purchaser or any Affiliate of Purchaser.

*"Transferred Members"* has the meaning assigned to that term in Section 9.6(a).

> **1.2**    **Singular/Plural; Gender.** Where the context so requires or permits, the use of the singular form includes the plural, the use of the plural form includes the singular, and the reference to either gender includes either and both genders. Without limiting the generality of the foregoing, it is hereby acknowledged and agreed that the term "Purchaser" shall include and mean, as applicable, each of The Reserve Golf Club Acquisition, LLC and any permitted assigns.

## ARTICLE 2

## SALE AND PURCHASE OF ASSETS

**2.1    Sale and Purchase of Assets**.  On the Closing Date and subject to the terms and conditions set forth in this Agreement and the Sale Order, Purchaser shall purchase from Seller, and Seller shall sell to Purchaser, good and marketable title to the Property, free and clear of any Lien, and all right, title and interest in and to the other personal, tangible and intangible assets described herein as those assets of the Business existing on the Closing Date, free and clear of any Lien.  Purchaser may, on or prior to Closing, assign its rights to purchase some or all of the Acquired Assets to one or more Affiliates of Purchaser. The assets, properties, rights and interests of whatever kind or nature, tangible, intangible or personal, to be sold or assigned hereunder (collectively, the "Acquired Assets") shall include, but are not limited to, all of Seller's right, title and interest in and to the following.

(a)    Property.  Good and marketable fee simple absolute title to the Property and the Improvements, and all easements, rights-of-way, leases, rights, privileges, tenements, hereditaments, and uses appurtenant to the Club Facilities, and to the extent transferable, licenses and permits.  The preceding shall include, but not be limited to, the entire right, title and interest in and to any land lying in the bed of any and all public and private streets, roads, avenues, rights-of-way, highways, or passage-ways, open or proposed, in front of or abutting the Property, and shall also include, but not be limited to, surveys, plats, architectural drawings, engineering drawings, title opinions, and title insurance policies, and proceeds of any insurance policies;

(b)    Equipment; Other Personal Property.  All machinery, equipment, automobiles, trucks, tractors, trailers, golf carts, range balls and supplies, machinery, computers, computer equipment, office equipment, furniture, business machines, telephones and telephone systems (including telephone and facsimile numbers), parts, accessories, and the like, and other tangible personal property located at the Club Facilities or related to the Business, wherever located, and any and all assignable warranties of third parties with respect thereto, including but not limited to those items listed on Schedule 2.1(b) attached hereto (the "Equipment");

(c)    Contracts and Personal Property Leases.  The contracts and leases to which Seller is a party that are related to either the Business or the Club Facilities, including (i) leasing, franchise, maintenance, utility, and service contracts, (ii) purchase order contracts, (iii) dealer contracts, (iv) supplier contracts, (v) contracts for signs, and (vi) personal property leases, subleases, guaranties of leases and subleases, licenses, and rental agreements related to either the Business or the Club Facilities, each as identified on Schedule 2.1(c) attached hereto (the "Assigned Contracts");

(d)    Employee Information.  All personnel files (to the extent Purchaser hires such employee and Seller is permitted by law to transfer and, to the extent permitted by law and consented to by such employees, copies of any such files that Seller is not permitted by law to transfer), payroll information, and all other records relating to the Business;

(e)    Promotional Materials and Intangible Rights.  All manuals, business forms, vendor and supplier lists, all rights to any insurance claims, all assignable licenses, logos, trade secrets, copyrights, trade names, trademarks, service marks, whether or not registered, including all rights to the name "The Reserve Golf Club of Pawleys Island" and all other names owned by Seller or used in connection with the Business and all derivatives of any of the same, and all signs, printed materials, advertising and promotional materials used in connection with the Business, and all other intangible or proprietary rights, including those items listed on Schedule 2.1(e) attached hereto;

(f)    Books and Records.  All books, records, files, correspondence, membership lists, notes, documents, drafts and membership rules relating to either the Club Facilities or the Business;

(g)    Inventory.  All of the Seller's inventory, including but not limited to (i) the Seller's snack bar and restaurant supplies, food and beverages; (ii) office supplies; (iii) gas, grease, oil, equipment parts, irrigation systems parts, cart supplies, fertilizer, chemical and seeds; and (iv) golf pro shop merchandise and supplies, all as listed on Schedule 2.1(g) attached hereto (the "Inventory");

(h)    Prepaid Expenses.  All prepaid items, expenses and accruals of the Business, whether or not reflected on the balance sheet of Seller as of the Closing;

(i)    Prepaid Dues.  All prepaid membership dues, fees or other charges paid by members of the Seller as of the Closing, provided that all members of the Seller shall be credited for any portion of prepaid dues that relate to a period after Closing against dues that become due from such member to the New Club;

(j)    Permits and Licenses.  To the extent assignable, all licenses, permits, certificates, interim permits, permit applications, franchises, rights, and other authorizations issued to Seller by any governmental authority and applicable to the Business;

(k)    Cash and Accounts Receivable.  All cash held by and accounts receivable owed to Seller as of the Closing, including any refunds owing from the cancellation of insurance policies before or after the Closing (the "Accounts Receivable");

(l)     Goodwill. All goodwill and going concern value of the Business; and

(m)     Other. All other tangible and intangible assets used in the operation of the Business.

**2.2     Assumed Liabilities.**

(a)     Except as specified in Section 2.2(b), Purchaser shall not assume any liabilities or obligations of Seller, including, but not limited to, general liabilities, accounts or notes payable, trade payables, environmental, employment and Tax related liabilities and obligations, initiation fee liability, and any obligation or liability arising out of any breach, violation or default of or by Seller, whether known or unknown, disputed or undisputed, contingent or non-contingent, liquidated or unliquidated or otherwise.

(b)     Seller will assign to Purchaser, and Purchaser will assume on the Closing Date, (i) the debt to Plantation Federal Savings Bank not to exceed $150,000 (the "Bank Debt"); (ii) such other indebtedness, contracts and leases of Seller as are set forth on Schedule 2.3(b)(ii); and (iii) the accounts payable of Seller arising in the ordinary course of the Business and set forth on Schedule 2.3(b)(iii)(collectively, the "Assumed Obligations"), and no others.

## ARTICLE 3

## PURCHASE PRICE; ALLOCATION

**3.1     Purchase Price; Payment Terms.** The "Purchase Price" shall be equal to one dollar ($1.00), plus the investment by Purchaser and Operator, within the four (4) year period following the Closing Date, of an aggregate of at least Two Million Dollars ($2,000,000) in working capital for the New Club to (i) satisfy the Assumed Obligations, including the payment of the Bank Debt and any delinquent payables promptly after Closing (ii) fund negative cash flow from Club operations consistent with Purchaser's goal of making the New Club a premier private club, and (iii) fund capital improvements including without limitation golf course and practice range renovations and improvements, as well potential updates and upgrades of the clubhouse and other Club Facilities; provided, that at least One Million Dollars ($1,000,000) will be spent within the two (2) year period following the Closing Date on such capital improvements, plus the amount of necessary costs (the "Cure Costs") that the Seller pays to cure any defaults under the Assigned Contracts to compensate non-debtor parties under Section 365 of the Bankruptcy Code in connection with and prior to the assumption of the Assigned Contracts under Section 365 of the Bankruptcy Code as specifically set forth in the Sale Order.

**3.2     Allocation of the Purchase Price.** The allocation of the Purchase Price among the Acquired Assets for all purposes (including financial accounting and tax purposes) will be determined by Purchaser at Closing and will be used by the parties in completing Internal Revenue Service Form 8594 and in satisfying any and all other reporting requirements of the Internal Revenue Service.

## ARTICLE 4

## CLOSING

19352.9-580055 v8

**4.1**   <u>Closing</u>. The closing of the transaction contemplated hereby will take place on the second business day following the later of (a) entry of the Sale Order, which shall have become final and nonappealable, or (b) satisfaction of all of the conditions set forth in this Agreement, including without limitation those conditions set forth in Articles 10 and 11, but in no event later than December 31, 2009 (the "<u>Closing</u>" or "<u>Closing Date</u>"). The Closing will take place at a location to be mutually agreed upon by Purchaser and Seller.

**4.2**   <u>Court Approval Required</u>. Seller and Purchaser acknowledge and agree that the Bankruptcy Court's entry of the Sale Order, which has not been reversed, stayed, modified or amended and as to which any prescribed time to appeal has expired, and there is no petition for certiorari pending, or as to which any right to appeal or petition for certiorari has been waived in writing in a manner satisfactory to the Seller and Purchaser, is required in order for Seller and Purchaser to consummate the transactions contemplated hereby and that the requirement that the final Sale Order be entered is a condition that cannot be waived by either party.

## ARTICLE 5

## DELIVERIES AT CLOSING

**5.1**   <u>Deliveries by Seller</u>. At the Closing, Seller shall put Purchaser in actual possession and operating control of the Acquired Assets by delivery thereof to Purchaser and by providing Purchaser with any keys relating to the Club Facilities and arranging for all of the Acquired Assets to be located at the Club Facilities. Seller shall deliver or cause to be delivered to Purchaser the following (each in form and substance reasonably satisfactory to Purchaser):

(a)   a special warranty deed, with appropriate warranty of title, executed by Seller in recordable form and conveying to Purchaser good and marketable fee simple absolute title to the Club Facilities, substantially in the form of <u>Exhibit B</u> attached hereto (the "<u>Deed</u>"), and all other documents, certificates or affidavits that may be required to convey to Purchaser good and marketable fee simple title to the Club Facilities and/or to obtain title insurance satisfactory to Purchaser;

(b)   any other assignments, general trademark assignments, lease assignments, bills of sale or certificates of title, including titles to all titled vehicles, dated the Closing Date, transferring to Purchaser all right, title and interest in and to the Acquired Assets free and clear of all Liens;

(c)   a certificate from a duly elected officer of Seller certifying as to the resolutions of the board of managers and the members of Seller approving and authorizing the execution of this Agreement and the transactions contemplated hereby and the taking of any and all actions deemed necessary or advisable to consummate the transactions contemplated herein;

(d)   final copies of all Schedules and Exhibits referenced herein to the extent

not already provided;

(e)    an opinion of counsel for Seller, in a form reasonably satisfactory to Purchaser;

(f)    an Amendment to the Articles of Organization of Seller changing the name;

(g)    such other instruments or documents as Purchaser may reasonably request to fully effect the transfer of the Acquired Assets and to confer upon Purchaser the benefits contemplated by this Agreement; and

(h)    a certified copy of the final Sale Order.


5.2    **Deliveries by Purchaser**. At the Closing, Purchaser shall deliver, or cause to be delivered (in addition to any other instruments required by this Agreement to be delivered by Purchaser at the Closing), the following:

(a)    the payment to be paid on the Closing Date pursuant to Section 3.1;

(b)    a duly executed assumption of liabilities in form and substance reasonably satisfactory to Seller, whereby Purchaser will assume and agree to pay, perform and discharge the Assumed Obligations; and

(c)    such other instruments or documents as Seller may reasonably request to fully effect the transfer of the Acquired Assets and assumption of the Assumed Obligations and to otherwise consummate the transactions contemplated by this Agreement.

## ARTICLE 6

## REPRESENTATIONS AND WARRANTIES OF PURCHASER AND OPERATOR

Purchaser and Operator hereby jointly and severally represent and warrant to Seller as follows.

6.1    **Organization, Good Standing and Power**. Each of Purchaser and Operator is a limited liability company duly organized and validly existing under the laws of the State of North Carolina. Each of Purchaser and Operator has all requisite limited liability company power and authority to own, use and operate its properties and to carry on its business as now being conducted.

6.2    **Authority Relative to this Agreement; Execution and Binding Effect**. The execution, delivery and performance of this Agreement by Purchaser and Operator and the consummation of the transactions contemplated hereby have been duly authorized by all necessary limited liability company and other action on the part of Purchaser and Operator and

no other act or proceeding on the part of Purchaser or Operator is necessary to approve the execution and delivery of this Agreement, the performance by Purchaser and Operator of their obligations hereunder or the consummation of the transactions contemplated hereby. This Agreement has been duly and validly executed and delivered by Purchaser and Operator and constitutes a legal, valid and binding obligation of Purchaser and Operator, enforceable in accordance with its terms.

**6.3    No Breach**. The execution, delivery and performance by Purchaser and Operator of this Agreement and the consummation of the transactions contemplated hereby will not: (a) with or without the giving of notice or the lapse of time, or both, conflict with, or result in the breach of or constitute a default under, or result in the modification, cancellation, lapse or termination of, or limitation, or curtailment under, or violate any (i) provision of law, or (ii) any agreement, contract, lease, power of attorney, commitment, instrument, insurance policy, arrangement, undertaking, order, decree, ruling or injunction to which Purchaser or Operator is subject or a party or by which it is bound (or with respect to which its properties or assets are subject or bound); or (b) violate the Organizational Documents of Purchaser or Operator.

**6.4    Governmental and Other Consents**. No consent, notice, authorization or approval of, or exemption by, any governmental or public body or authority or by any other Person, whether pursuant to contract or otherwise, is required to be obtained by Purchaser or Operator in connection with the execution, delivery and performance of this Agreement or any of the instruments or agreements herein referred to or the taking of any action herein or therein contemplated, provided that Operator must procure certain operating permits and licenses, including alcohol licenses, in order to operate the New Club.

**6.5    No Brokers**. Neither Purchaser nor Operator has taken any action that would cause Seller or Purchaser or Operator to have any obligation or liability to any person for finders' fees, brokerage fees, agents' commissions or like payments in connection with the execution and delivery of this Agreement or the consummation of the transactions contemplated hereby.

**6.6    Due Diligence Inspections**. Prior to Closing, Purchaser has had an adequate opportunity to review all books and records of Seller which it has requested that relate to the Club Facilities, the Business and the Acquired Assets, to question officers and employees of the Seller, to conduct physical inspections of the Club Facilities, to examine the Assigned Contracts, and to conduct such other investigations as it deems necessary or advisable in connection with the transactions contemplated hereby and the acquisition of the Acquired Assets; provided that no such inspection or examination shall affect the representations and warranties of Seller hereunder.

## ARTICLE 7

## REPRESENTATIONS AND WARRANTIES OF SELLER

Seller hereby represents and warrants to Purchaser and to Operator as follows.

**7.1    Organization, Good Standing and Power**. Seller is a limited liability company duly organized and validly existing under the laws of the State of South Carolina. Seller has all requisite limited liability company power and authority to own, use and operate its properties and to carry on its business as now being conducted.

19352.9-580055 v8

**7.2** **Authority Relative to this Agreement; Execution and Binding Effect**. The execution, delivery and performance of this Agreement by Seller and the consummation of the transactions contemplated hereby have been duly authorized by the board of managers or equivalent governing body and, subject to the Sale Order, no other act or proceeding on the part of Seller is necessary to approve the execution and delivery of this Agreement, and except for member approval, the performance by Seller of its obligations hereunder or the consummation of the transactions contemplated hereby. This Agreement has been duly and validly executed and delivered by Seller and, subject to the Sale Order, constitutes a legal, valid and binding obligation of Seller, enforceable in accordance with its terms.

**7.3** **Title to and Condition of Assets**. Subject to the Sale Order, Seller has, and at the Closing shall convey to Purchaser, good, valid (and marketable in the case of the Property and Improvements) title to the Acquired Assets, free and clear of all Liens. The Acquired Assets constitute all of the assets currently used by Seller in the conduct of the Business and are sufficient for the operation thereof as currently conducted. The Acquired Assets constituting tangible property, taken as a whole, are in good operating condition and repair, subject to normal wear, are usable in the regular and ordinary course of business and conform in all material respects to applicable laws.

**7.4** **Environmental Concerns**.

(a)     Seller is not in violation of or default under any Environmental Law, or any order of any court or federal, state, municipal or other governmental department, commission, board, bureau, agency or instrumentality having jurisdiction over Seller.

(b)     Seller has, at all times, complied and is in compliance with all local, state and federal laws, statutes, ordinances, rules and regulations dealing with the protection of the environment or public health and safety, including, but not limited to, the Comprehensive Environmental Response, Compensation and Liability Act (codified as amended, 42 U.S.C. §§ 9601 et seq.) ("CERCLA"), the Resource Conservation and Recovery Act (codified as amended, 42 U.S.C. §§ 6901 et seq.) ("RCRA"), and comparable state laws (collectively, "Environmental Laws").

(c)     With respect to the Business, Seller has obtained all local, state and federal permits, licenses, certificates and approvals, if any, relating to: (i) air emissions; (ii) discharges to surface water or groundwater; (iii) noise emissions; (iv) solid or liquid waste disposal; (v) the use, generation, storage, transportation or disposal of toxic or hazardous substances or wastes (intended hereby and hereafter to include any and all such materials listed in any local, state or federal statute, ordinance or regulation); (vi) the use, storage, transportation or disposal of petroleum or petroleum products; and (vii) other environmental, health and safety matters.

(d)     Seller has not caused, permitted or sustained any emission, spill, release or discharge of any toxic or hazardous substances or wastes, or any petroleum products, in any reportable quantities, into or upon: (i) the air; (ii) soils or any improvements located thereon, whether on the real property of Seller or elsewhere; (iii) surface water or groundwater; or (iv) a sewer, septic system or waste treatment, storage or disposal system, except in accordance with applicable law or a valid government permit, license, certificate or approval.

19352.9-580055 v8

(e)     There are no actual, or to Seller's Knowledge, potential claims, orders, directives, citations or causes of action based on a violation of any Environmental Law, including, but not limited to, CERCLA, RCRA, or common law claims or causes of action based upon Seller's involvement with or use of any substance regulated by Environmental Laws.

**7.5    Utilities.** The sewer and water systems and all other utilities that currently service the Club Facilities, including but not limited to, all pipelines and other conduits necessary to supply water to lakes and/or other bodies of water located on the golf course portion of the Club Facilities, are sufficient for the continued operation of the Business. Seller has no reason to believe that such systems and utilities will not be sufficient to continue to operate the Business, and such services shall exist on the Closing Date. Seller has no Knowledge of and has not received any notice of the curtailment of any utility service supplied to the Club Facilities.

**7.6    Inventory.** The Inventory is owned by Seller, is not on consignment with Seller, and consists of items of a quality and quantity useable or saleable at not less than cost plus a normal profit margin in the ordinary course of business and none of which is obsolete, damaged or defective.

**7.7    Real Property.**

(a)     Seller has, and after the Closing Purchaser will have, good and marketable title to the Club Facilities in fee simple, free and clear of all Liens, other than the Existing Encumbrances, and Seller has done nothing to impair such title as Seller received, other than the Existing Encumbrances.

(b)     There are no adverse zoning, building or land use codes or rules, ordinances, regulations or other restrictions relating to zoning or land use that currently or may prospectively restrict the use of all or any portion of the Club Facilities for the conduct thereon of Seller's Business as presently conducted.

(c)     Seller is not in default under any covenant, condition, restriction, easement, right-of-way, or governmental approval relating to the Club Facilities which default could reasonably be expected to have a Material Adverse Effect on the Business.

(d)     There are no structural defects in the Improvements constructed by or for Seller on the Property. The Improvements are of quality consistent with industry standards in South Carolina, are in good operating condition and repair, normal wear and tear excepted, are suitable for the uses to which they are being put, have been paid for in full and comply in all material respects with applicable building, zoning, safety, and other laws and regulations. No Improvements need to be made to or removed from the Property in order for Purchaser and Operator to continue operation of the Business following the Closing.

(e)     Seller has received no notice of noncompliance of the Property with any restrictive covenants and deed restrictions affecting the Property or with any zoning, subdivision, watershed, building, health, traffic, flood control, fire safety or other applicable rules, regulations, ordinances and statutes of any local, state, and federal authorities or any other governmental entities having jurisdiction over the Property.

**7.8**    **Assigned Contracts**. The Assigned Contracts are valid and enforceable in accordance with their terms, subject to applicable bankruptcy, reorganization, moratorium and similar laws affecting creditors' rights and remedies generally and subject, as to enforceability, to general principals of equity. Except as set forth on Schedule 7.12 attached hereto, neither Seller, nor to the Knowledge of Seller, any other party thereto is in default in the performance, observance or fulfillment of any obligation under any Assigned Contract (other than payments or amounts due thereunder, which shall be paid or discharged by Seller at or prior to Closing) and no event has occurred, which with or without the giving of notice or lapse of time, or both, would constitute a default thereunder. True and complete copies of all Assigned Contracts have been made available for inspection by Purchaser.

**7.9**    **Absence of Certain Changes**. Except as otherwise set forth on Schedule 7.9 attached hereto, since December 31, 2008:

(a)    Seller has not sold, leased, transferred, or assigned any of its assets, tangible or intangible, related to the Acquired Assets, except for retail sales of Inventory in the ordinary course of business;

(b)    Seller has not entered into any agreement, contract, lease, or license (or series of related agreements, contracts, leases, and licenses) that relates to the Acquired Assets and which reasonably could be expected to have a Material Adverse Effect with respect to the Acquired Assets;

(c)    no party (including Seller) has accelerated, terminated, modified, or cancelled any agreement, contract, lease, or license (or series of related agreements, contracts, leases, and licenses) relating to the Acquired Assets which reasonably could be expected to have a Material Adverse Effect with respect to the Acquired Assets;

(d)    Seller has not imposed or consented to the imposition of any Lien upon any of its assets, tangible or intangible, which reasonably could be expected to have a Material Adverse Effect with respect to the Acquired Assets;

(e)    Seller has not experienced any damage, destruction, or loss (whether or not covered by insurance) to its property relating to the Acquired Assets;

(f)    Seller has not increased the salaries or other benefits of any of its employees; and

(g)    there has not been any other occurrence, event, incident, action, failure to act, or transaction outside the ordinary course of business involving any of Seller or the Acquired Assets.

**7.10**    **Compliance With Laws**. Except as set forth on Schedule 7.10, Seller is not in violation of or the subject of any investigation for violation of, any laws, regulations, or administrative orders. Except as set forth on Schedule 7.10, there is no judgment, writ, decree, injunction, rule, or order of any court, governmental department, commission, agency, instrumentality, or arbitrator outstanding against Seller, its properties or assets, or that would prevent, enjoin, alter or delay any of the transactions contemplated by this Agreement or which

would have the effect of prohibiting or impairing the Business. Except as set forth on <u>Schedule 7.10</u>, Seller has complied with all applicable laws (including rules, regulations, codes, plans, injunctions, judgments, orders, decrees, rulings, and charges thereunder) of federal, state, local, and foreign governments (and all agencies thereof), and no action, suit, proceeding, hearing, investigation, charge, complaint, claim, demand, or notice has been received or filed or commenced against Seller alleging any failure so to comply.

       7.11    **Absence of Litigation**. Except for the voluntary petition before the Bankruptcy Court or as set forth on <u>Schedule 7.11</u>, no suit, action or other proceeding is pending or, to the best of Seller's Knowledge, threatened before or by any court or governmental agency against Seller with regard to the transaction contemplated hereunder or which could reasonably be expected to have a Material Adverse Effect.

       7.12    **No Breach**. The execution, delivery and performance by Seller of this Agreement and the consummation of the transactions contemplated hereby will not: (a) with or without the giving of notice or the lapse of time, or both, conflict with, or result in the breach of or constitute a default under, or result in the modification, cancellation, lapse or termination of, or limitation, or curtailment under, or violate (i) any provision of law, or (ii) except as set forth on <u>Schedule 7.12</u> attached hereto, any agreement, contract, lease, power of attorney, commitment, instrument, insurance policy, arrangement, undertaking, order, decree, ruling or injunction to which Seller is subject or a party or by which it is bound (or with respect to which the Acquired Assets are subject or bound); or (b) violate the Organizational Documents of Seller.

       7.13 .    **Governmental and Other Consents**. No consent, notice, authorization or approval of, or exemption by, any governmental or public body or authority, or by any other Person (other than parties to the Assigned Contracts), whether pursuant to contract or otherwise, is required in connection with the execution, delivery and performance of this Agreement or any of the instruments or agreements herein referred to or the taking of any action herein or therein contemplated.

       7.14    **Employee Contracts and Benefits**. Seller is not a party to or bound by any collective bargaining agreement nor is Seller involved in any labor discussion with any unit or group seeking to become the bargaining unit for any of such Seller's employees, nor is Seller aware of an intention by any such unit or group to commence any organizational activities among Seller's employees. There are no employment or similar contracts or severance agreements with any employee of Seller, except as set forth in <u>Schedule 7.14</u>. Each employee of Seller that is not party to an employment agreement listed on <u>Schedule 7.14</u> is an "employee at will," the employment of which may be terminated at any time for any or no reason. Seller has complied with all applicable laws, rules and regulations relating to employment, including those relating to wages, hours, benefits, insurance, collective bargaining, discrimination in employment, sexual harassment, terms and conditions of employment, occupational safety and health and employment practices, unfair labor practices, and the payment and withholding of taxes and other sums as required by appropriate governmental authorities. Seller neither now has nor will have any liability under any federal, state or local laws, rules and regulations relating to pension benefits, fringe benefits or other employee benefits, including, without limitation under the Employee Retirement Income Security Act of 1974, as amended, or the Consolidated Omnibus Budget Reconciliation Act of 1985, as amended ("<u>COBRA</u>"), that could impose any

liability on Purchaser or otherwise impact Purchaser or the Acquired Assets after the Closing. Schedule 7.14 sets forth the employee benefit plans maintained by the Seller.

 **7.15 Taxes.** All Tax returns, statements, reports, and forms (including estimated Tax returns and reports and information returns and reports) required to be filed with any Taxing authority with respect to any Taxable period ending on or before the Closing Date, by or on behalf of Seller (collectively, the "**Seller Returns**"), have been or will be filed when due (including any extensions of such due date), and all Taxes before the Closing Date have been accrued or paid, or will be paid, on or before such date.(this rep should state that all taxes have been paid; if you simply state that the taxes shown on the return have been paid, then you would not have a claim to the extent there is an audit and change in the return showing higher taxes— not as important here, but rather in normal acquisition agreements where indemnification is important) No Tax liability since December 31, 2004 has been incurred other than in the ordinary course of business, and all Taxes due and owing since that date have been paid . Seller has withheld and paid to the applicable financial institution or Taxing authority all amounts required to be withheld. There is no claim, audit, action, suit, proceeding, or investigation now pending or, to the Knowledge of Seller, threatened against or with respect to Seller in respect of any Tax or assessment. No notice of deficiency or similar document of any Tax authority has been received by Seller, and there are no liabilities for Taxes (including liabilities for interest, additions to Tax, penalties thereon and related expenses) with respect to the issues that have been raised (and are currently pending) by any Taxing authority with Seller that could, if determined adversely to Seller, have a Material Adverse Effect.

 **7.16 Notification.** Seller has notified all creditors and parties of interest of the existence of this Agreement and the transactions contemplated hereby.

 **7.17 Disclosure.** No representation, warranty or other statement made by Seller herein or in any of the other agreements or documents executed or delivered to Purchaser or Operator pursuant to or in connection with this transaction contains any untrue statement of a material fact or omits to state a material fact necessary in order to make the statements herein or therein not misleading.

<div align="center">

**ARTICLE 8**

**COVENANTS AND AGREEMENTS**

</div>

 **8.1 Bankruptcy Filing.** As promptly as practicable, but in no event later than four (4) Business Days after the conclusion of the necessary vote on October 31, 2009, Seller shall file a petition for relief under the Bankruptcy Code in the Bankruptcy Court, in form and substance reasonably acceptable to Purchaser.

 **8.2 Transaction Expenses.** Except as expressly provided for herein, each party shall pay all fees, costs and expenses incurred by it with respect to this Agreement, whether or not the transactions contemplated hereby are consummated. Seller agrees to use commercially reasonable efforts to minimize attorney fees for all parties in order to close the transactions contemplated by this Agreement.

 **8.3 Conduct of Business.** From the date of this Agreement to the Closing Date,

and except to the extent that Purchaser shall otherwise consent in writing, Seller shall: (a) operate the Business and pay all expenses of the Business in the regular and ordinary course; (b) not sell or otherwise dispose of any real or personal property or asset that would be an Acquired Asset hereunder, except for sales or transfers of Inventory and utilization of supplies made in the ordinary course of business and consistent with past practices; (c) maintain the Acquired Assets in their present order and condition, reasonable wear and use excepted, and maintain all material policies of insurance covering the Acquired Assets in amounts and on terms substantially equivalent to those in effect on the date hereof; (d) take all necessary steps to protect and maintain the intangible assets; (e) not increase the salaries of any of its employees by an amount exceeding 5%; and (f) comply with all laws applicable to the conduct of the Business and the ownership of the Acquired Assets.

      **8.4**     **Access**. Purchaser and its representatives will have access to Seller's employees, premises, books and records (including, but not limited to, leases, purchase orders, contracts, membership lists and records) maintained by Seller with respect to the Acquired Assets during normal business hours until the Closing.

      **8.5**     **Sale Order**. The Sale Order shall be subject to review and comment by counsel to Purchaser and Seller prior to its submission to the Bankruptcy Court.

      **8.6**     **Notifications**. From the date of this Agreement until the Closing, Seller shall give Purchaser prompt written notice of the occurrence of any of the following events:

          (a)     any loss, taking, condemnation, damage or destruction of or to any of the Acquired Assets;

          (b)     the commencement of any proceeding or litigation at law or in equity or any other commission, agency or administrative or regulatory body or authority against Seller affecting the Acquired Assets;

          (c)     any labor grievance, controversy, strike, or dispute affecting the Acquired Assets;

          (d)     any material violation by Seller of any federal, state or local law, statute, ordinance, rule or regulation;

          (e)     notice of any breach, default, claimed default or termination of any Assigned Contract;

          (f)     any other materially adverse developments with respect to the Acquired Assets or the business of Seller; or

          (g)     any event, occurrence or fact that causes any of the representations or warranties contained in Article 7 to be untrue at any time in any material respect; provided, that no disclosure by Seller pursuant to this Section shall be deemed to amend or supplement any provision of this Agreement or to prevent or cure any misrepresentation, breach of warranty or breach of covenant.

8.7     **Risk of Loss**. The risk of loss with respect to any Acquired Asset will remain with Seller unless and until the Closing has been consummated in accordance with the terms of this Agreement. The Closing shall be deemed effective for all purposes as of the close of business on the Closing Date (the "Effective Time").

8.8     **Employees**. Each of the existing employment agreements listed in Schedule 7.14 will be Assumed Obligations, and in the event Purchaser or Operator elects not to employ the Active Employees that are parties to those employment agreements, Purchaser shall be liable for all liabilities that arise from termination of the employment agreements. With respect to Active Employees that are not parties to written employment agreements, Purchaser agrees that Purchaser or Operator shall employ Active Employees on the Closing Date in substantially the same positions as such Active Employees are currently employed (subject to the terms and provisions of the Operator's Employee Handbook); provided that this agreement to employ such Active Employees shall not be a commitment to retain such Active Employees for any length of time. Purchaser covenants that it will use commercially reasonable efforts to interview Active Employees of Seller within thirty (30) days after the Closing Date in order to make a determination as to whether to retain such Active Employees; provided that it is the intention of the Purchaser to retain as many Active Employees as possible subject to its operating plans. Subject to applicable law, Seller will provide Purchaser with reasonable access to personnel records (including performance appraisals, disciplinary actions grievances and medical records) of Seller for the purpose of preparing for and conducting such employment interviews. It is understood and agreed that Purchaser's agreement to hire the Active Employees at Closing shall not constitute any commitment, contract or understanding (expressed or implied) of any obligation on the part of Purchaser to a post-Closing employment relationship of any fixed term or duration or upon any terms or conditions other than those that Purchaser may establish pursuant to individual offers of employment.

8.9     **Use of Name**. From and after the Closing Date, Seller shall not utilize the name "The Reserve Golf Club of Pawleys Island" for any purpose, including the operation of any golf course, country club or other social club, except for the sole purpose of winding up its business and dissolving under its official limited liability company name.

8.10    **Further Assurances**. Purchaser, Operator and Seller shall, from time to time after the Closing, without further consideration, execute and deliver such instruments and take such further actions as may be reasonably necessary or desirable to carry out the provisions hereof and the transactions contemplated hereby including the assignment by Seller of such additional contracts and leases of Seller as Purchaser or Operator shall reasonably request. If Seller or its agents collect receivables or other funds properly belonging to Purchaser or Operator after the Closing Date, Seller shall (and shall cause its agents to) promptly forward such collections or funds to Purchaser or Operator.

## ARTICLE 9

## OPERATION OF NEW CLUB AFTER CLOSING

Purchaser is acquiring the Acquired Assets in order to operate a premier private golf club for the benefit of the members of the New Club. From and after the Closing and for so long as

Purchaser or its Affiliates owns the New Club, Purchaser and Operator jointly and severally agree that the New Club shall be operated at the Club Facilities in accordance with the following provisions.

**9.1    Membership Plan; Operations**. The Purchaser, Operator and Seller agree, and Seller shall notify its members, that the Membership Plan shall be in effect with respect to the New Club as of the Closing Date. The Operator may modify such Membership Plan in accordance with its terms, and such modifications may be of material significance to the New Club Members.

**9.2    Member Credits**. After the Closing Date, all member credits for Transferred Members on the books and records of Seller indentified on Schedule 9.2 shall be honored by Operator up to a Four Hundred Dollar ($400) maximum credit per Transferred Member, except member credits for overpayments and prepayments of dues to Seller which shall be honored in full. All such credits may only be used as a credit against dues and other payments owed to the New Club and are non-refundable.

**9.3    Operating Costs and Capital Expenditures**. After the Closing Date and for so long as Purchaser or its Affiliates owns the Club Facilities, Purchaser and Operator shall be responsible for all operating costs and capital expenditures relating to the Club Facilities and the Business and the New Club unless at least eighty percent (80%) of the votes received from then current voting New Club Members approve the funding of a capital expenditure not authorized by Purchaser and Operator. In such case, the cost of such capital expenditure approved by the New Club Members shall be assessed to each then current New Club Member (whether or not in good standing) on an equal basis (regardless of membership category or level). Except for assessments approved by the New Club Members in accordance with this Section, the New Club Members shall not be subject to capital or operating assessments other than membership dues and other fees and charges as set out in the Membership Plan, which may be amended or changed in accordance with the terms thereof.

**9.4    Status of the New Club**. Purchaser and Operator agree that the New Club shall be used only for a private club, and the New Club shall be a private club, for a period of not less than ten (10) years following the Closing Date. Seller acknowledges and agrees that after the Closing Date the New Club shall be operated under bylaws, rules and regulations established from time to time in the sole discretion of Purchaser and Operator.

**9.5    Membership Dues**. Membership dues charged by the New Club, commencing on the first day of the first calendar month on or after the Closing Date, shall be as set forth in the Schedule of Dues, Fees and Charges included in the Membership Plan. From the effective date of the Membership Plan through December 31, 2012, membership dues charged by the New Club within a particular class of membership shall not be increased more than an amount equal to the Consumer Price Index increase plus two percent (2%) in any one year during such period. Membership dues are annual in nature but payable monthly.

**9.6    Admission of Members of Seller as Members of New Club**.

(a)    *Members in Good Standing*.  Schedule 9.6(a) attached hereto contains a

list of all equity and non-equity members of Seller along with a designation of each current membership category of its members, including the members' status as active or resigned. Seller has separately delivered to Purchaser and Operator as of the Closing a list of such equity and non-equity members of Seller indicating (i) whether such member has or has not fully paid his, her or its membership initiation fee, and equity contribution (if applicable), and (ii) whether such member is or is not current in payment of all dues, charges and assessments owed to the Seller at the Closing Date (including the amounts of any delinquency if not current). Active members of Seller in good standing (those who are not delinquent in payment of membership fees and dues and other fees and charges) shall be admitted on the Closing Date as New Club Members (the "Transferred Members") in the equivalent category of membership in the New Club that they hold in the Seller without payment of any additional fee (although each member in good standing shall be responsible for payment of any dues, fees and charges that have accrued prior to the Closing Date but have not been paid because of the ordinary billing cycle of the Seller).

(b)    *Members Who Owe Membership Fees but are not Delinquent.* Any member of Seller that has not paid his, her or its membership fee to the Seller in full (because of a deferred payment arrangement) shall be admitted on the Closing Date as a non-equity New Club Member in the equivalent category of membership in the New Club that he, she or it holds in the Seller, but he, she or it shall be required to pay to the New Club the balance of the membership fees then owed to Seller. Such payments may be made at the originally scheduled times at the originally scheduled amounts; provided, however, Operator reserves the right in its sole discretion to (a) increase the total membership fee, and thus increase the balance owed under a deferred payment arrangement; and (b) adjust the payment schedule under a deferred payment arrangement, each subject to the Membership Plan.

(c)    *Delinquent Members.* Any member of Seller that is delinquent in payment of membership fees or dues, fees and charges may be admitted as a non-equity New Club Member after paying all delinquent amounts within thirty (30) days of the Closing Date (including any amounts accruing after the Closing Date) and after paying all dues, fees and charges that have accrued prior to the Closing Date but have not been paid because of the ordinary billing cycle of the Seller. Until such time as all delinquencies have been paid, such members shall not be members of the New Club and Operator shall not be required to grant access to such delinquent members to the Club Facilities; provided that in the event Operator allows such delinquent members to have access to and use the Club Facilities as putative members during the thirty (30) day period (which shall be in the sole discretion of Operator), such access shall not require New Club to admit such members until all delinquencies are paid during such thirty (30) day period.

(d)    *No Refunds.* No former or current member of Seller, including without limitation those individuals listed on Seller's resigned membership list, equity redemption list, or similar lists, shall be entitled to any refunds or other payments from Purchaser or Operator related to membership initiation fees, dues, equity contributions, or other fees before or after the Closing Date, irrespective of the member's resignation date or whether such member becomes a Transferred Member or New Club Member.

(e)    *Rejoining the Club.* Any former member of Seller that is inactive as of the date hereof and remains inactive through the Effective Time and has received a refund of less

than twenty-five percent (25%) of the refundable initiation fee paid to the Seller, whether such refund occurred prior to the date hereof, prior to the Effective Time or pursuant to Section 10.11 and the proceeding before the Bankruptcy Court, may rejoin as an active New Club Member at no additional cost within sixty (60) days after the Closing Date; provided however, that such former member has satisfied any and all outstanding fees and dues owed to the Seller or New Club at the time of returning to active status; provided further, in the case of those resigned members listed on Schedule 9.6(e) who failed to pay dues to the Seller for the twelve (12) month required period, all such dues not paid shall be paid in full to the New Club as a condition to rejoining. Those former members who have received a refund of twenty-five percent (25%) or more of the refundable initiation fee paid to the Seller, whether such refund occurred prior to the date hereof, prior to the Effective Time, or pursuant to Section 10.11 and the proceeding before the Bankruptcy Court, or any former member who resigns after the date hereof but before the Effective Time, may rejoin the New Club at any time with the payment of the applicable initiation fee in effect at the time of rejoining along with any and all outstanding fees and dues owed to the Seller or New Club at the time of returning to active status. Schedule 9.6(e) is a complete and accurate listing of all former members of Seller and the amount, if any, of equity interests, refundable initiation fees or any other interests which have been redeemed or refunded as of the date hereof or pursuant to Section 10.11 and the proceeding before the Bankruptcy Court, as applicable, and such Schedule shall be updated as of the Closing Date.

**9.7** **Additional Membership Benefits**.

(a) Purchaser shall arrange to provide the New Club Members with the ability to play golf and tennis at other facilities owned by Affiliates of Purchaser up to ten (10) times in aggregate per year for a minimum period of three (3) years after the Closing Date. The right shall be subject to the Membership Plan, availability and the local rules of each affiliated club. The New Club Members shall not be charged greens fees or access fees for this privilege, but they shall be required to pay the regular costs a member of the host club would be required to pay (such as cart fees) and any of their guests shall be subject to normal greens fees and guest fees.

(b) Upon the death of a New Club Member, such New Club membership shall be automatically transferred to such New Club Member's surviving spouse without the payment of any additional membership initiation fee. If there is no surviving spouse or the surviving spouse does not desire to continue the membership in accordance with the Membership Plan, the membership may be transferred one (1) time at no cost to a surviving sibling, child, step-child, adopted child or grandchild.

**9.8** **Sales of Residences in Georgetown and Horry Counties.** In the event a New Club Member sells his or her residence in either Georgetown County or Horry County, any purchaser of such New Club Member's residence shall, for a thirty (30) day period following the closing of such residential purchase and sale, have the opportunity to join the New Club with the payment of the applicable membership initiation fee even if there is a waiting list for membership in the New Club at such time, subject to customary membership application and eligibility requirements described in the Membership Plan.

## ARTICLE 10

## CONDITIONS PRECEDENT TO THE OBLIGATIONS OF PURCHASER

The obligation of Purchaser and Operator to consummate the transactions contemplated herein is subject to the satisfaction, at or before the Closing, of each of the following conditions (any of which conditions may be waived by Purchaser in its sole discretion).

10.1    **Representations, Warranties and Covenants.** The representations and warranties of Seller contained in this Agreement shall be true and correct in all material respects (except for such representations and warranties which are qualified by their terms by a reference to materiality, which representations and warranties as so qualified will be true in all respects) on and as of the Closing Date with the same force and effect as though made on the Closing Date. Seller shall have performed and complied in all material respects with all covenants and agreements required by this Agreement to be performed or complied with by Seller on or prior to the Closing Date (except for such covenants and agreements which are qualified by their terms by a reference to materiality, which covenants and agreements as so qualified will have been performed or complied with in all respects). No action, proceeding or investigation (including, without limitation, actions, proceedings or investigations commenced or threatened by a governmental authority) has been commenced or threatened to prevent, or seek damages as a result of, the execution and delivery of this Agreement or the consummation of any of the transactions contemplated herein (unless such action, proceeding or investigation has been dismissed or otherwise disposed of at least seven (7) days prior to the Closing Date).

10.2    **Due Diligence.** Purchaser shall have satisfactorily completed its due diligence review of the Seller and the Acquired Assets and the Assumed Obligations, the results of which shall be satisfactory to Purchaser in its sole discretion.

10.3    **Deliveries at Closing.** Purchaser shall have received all documents and other items to be delivered by Seller pursuant to Section 5.1. Seller shall have assigned to Purchaser the Assigned Contracts; provided however, that the failure of Seller to assign to Purchaser one or more of such contracts shall not be deemed to be a breach of this Agreement unless the non-delivery of any of such contracts (either singly or in the aggregate) could reasonably be expected to have a Material Adverse Effect.

10.4    **Proceedings and Instruments Satisfactory.** All proceedings, corporate or otherwise, required to be taken by Seller prior to or at Closing in connection with the performance of this Agreement, and all documents incident thereto, shall be complete to the reasonable satisfaction of Purchaser and its counsel.

10.5    **No Material Adverse Change.** Between the date hereof and the Effective Time, there shall have been no material adverse change (or event that could reasonably be expected to result in a material adverse change) in the financial condition, assets, business, operations, results of operations or prospects related to the Acquired Assets.

10.6    **Absence of Proceedings.** Except for the voluntary petition before the Bankruptcy Court, no claim, suit, action or other proceeding shall be pending or threatened before or by any court, governmental agency, arbitrator or other entity against any of the parties

to this Agreement with respect to the transactions contemplated by this Agreement.

**10.7    Assigned Contracts.** On or prior to the Closing, the Seller shall have cured any and all defaults or reserved funds in an amount sufficient to cure any and all defaults under the Assigned Contracts which are required to be cured under the Bankruptcy Code, so that such contracts may be assumed by the Seller and assigned to Purchaser in accordance with the provisions of Section 365 of the Bankruptcy Code, and Purchaser shall have no liability or responsibility for such defaults.

**10.8    Sale Order.** The Bankruptcy Court shall have entered the Sale Order in form and substance reasonably satisfactory to Purchaser and such Sale Order shall have become final and nonappealable.

**10.9    Conservation Easement.** An agreement shall have been reached with the League of Women Voters of Georgetown County and the Sierra Club related to the proposed conservation easement and any related claims to the reasonable satisfaction of Seller and Purchaser.

**10.10   Schedules.** Seller will have delivered the Schedules required hereunder along with any updates thereto requested by Purchaser prior to Closing, and such Schedules will be acceptable to Buyer in its sole discretion.

**10.11   Fundraising.** Seller or persons acting on behalf of Seller shall have deposited up to Fifty Thousand Dollars ($50,000) in escrow with the McNair Law Firm ("McNair") and authorized McNair to disperse such funds as part of the proceeding before the Bankruptcy Court and pursuant to the final Sale Order in full satisfaction and retirement of all claims of that certain creditor class comprised of those resigned members of Seller as of the date hereof listed on Schedule 10.11.

**10.12   Removal of Obligation to Indemnify Developer.** Seller will have caused the termination or removal of that certain obligation of Seller to indemnify the former developer of the Club Facilities for claims related to Seller's or such developer's failure to build a new clubhouse at the Club Facilities, and such obligation shall not be an Existing Encumbrance as of the Closing Date.


## ARTICLE 11

### CONDITIONS PRECEDENT TO THE OBLIGATIONS OF SELLER

The obligation of Seller to consummate the transactions contemplated herein is subject to the satisfaction, at or before the Closing, of each of the following conditions (any of which conditions may be waived by Seller in its sole discretion).

**11.1    Representations, Warranties and Covenants.** The representations and warranties of Purchaser and Operator contained in this Agreement shall be true and correct in all material respects (except for such representations and warranties which are qualified by their

terms by a reference to materiality, which representations and warranties as so qualified will be true in all respects) on and as of the Closing Date with the same force and effect as though made on the Closing Date. Purchaser shall have performed and complied in all material respects with all covenants and agreements required by this Agreement to be performed or complied with by Purchaser on or before the Closing Date (except for such covenants and agreements which are qualified by their terms by a reference to materiality, which covenants and agreements as so qualified will have been performed or complied with in all respects).

      **11.2**   **Deliveries at Closing**. Seller shall have received all documents and other items to be delivered by Purchaser or Operator pursuant to Section 5.2.

      **11.3**   **Proceedings and Instruments Satisfactory**. All proceedings, corporate or otherwise, required to be taken by Purchaser or Operator prior to or at Closing in connection with the performance of this Agreement, and all documents incident thereto, shall be complete to the reasonable satisfaction of Seller and its counsel.

      **11.4**   **Absence of Proceedings**. No claim, suit, action or other proceeding shall be pending or threatened before or by any court, governmental agency, arbitrator or other entity against any of the parties to this Agreement with respect to the transactions contemplated by this Agreement.

      **11.5**   **Sale Order**. The Bankruptcy Court shall have entered the Sale Order and it shall have become final and nonappealable.

      **11.6**   **Conservation Easement**. An agreement shall have been reached with the League of Women Voters of Georgetown County and the Sierra Club related to the proposed conservation easement and any related claims to the reasonable satisfaction of Seller and Purchaser.

      **11.7**   **Fundraising**. Seller or persons acting on behalf of Seller shall have deposited up to Fifty Thousand Dollars ($50,000) in escrow with McNair and authorized McNair to disperse such funds as part of the proceeding before the Bankruptcy Court and pursuant to the final Sale Order in satisfaction and retirement of all claims of that certain creditor class comprised of those resigned members of Seller listed on Schedule 10.11.

## ARTICLE 12

## TERMINATION

      **12.1**   **Termination**. This Agreement may be terminated at any time prior to the Closing Date:

      (a)     By mutual written consent of Purchaser and Seller;

      (b)     By either Purchaser or Seller:

(i)      if the Bankruptcy Court denies the Sale Order, materially revises the terms of the proposed Sale Order, or orders the sale of the Assets to a Third Party; or

(ii)      if the Closing shall not have occurred on or before December 31, 2009, by reason of the failure of any condition precedent, or unless the failure to consummate the transactions is the result of a material breach of this Agreement by the party seeking to terminate this Agreement;

(c)      by Purchaser if Seller breaches any of its representations and warranties in any material respect herein or fails to perform in any material respect any of its covenants, agreements, or obligations under this Agreement; or

(d)      by Seller if Purchaser breaches any of its representations or warranties in any material respect herein or fails to perform in any material respect any of its covenants, agreements, or obligations under this Agreement.

**12.2    Effect of Termination**. In the event of termination of this Agreement by either Seller or Purchaser as provided in Section 12.1, this Agreement shall forthwith become void and have no effect, without any liability or obligation on the part of Seller or Purchaser, except (i) to the extent that such termination results from the breach by a party of any of its representations, warranties, covenants or agreements set forth in this Agreement as contemplated by Sections 12.1 (c) and 12.1 (d), or (ii) to the extent the Bankruptcy Court orders the enforcement of this Agreement on its terms in the event Purchaser fails to close at Closing once the Bankruptcy Court has approved the Transaction and this Agreement pursuant to the final Sale Order.

**12.3    Reimbursement of Expenses**. In the event any Third Party makes an offer for the Business, the Assets or substantially all of the Assets, after the Agreement has been signed and Seller has filed a voluntary petition with the Bankruptcy Court, in compliance with the procedures approved by the Bankruptcy Court, and the Assets are sold to a Third Party, then Purchaser will be entitled to be reimbursed in an amount equal to one hundred percent (100%) of its costs and expenses, including reasonable attorney's fees, incurred in connection with the acquisition of the Assets, not to exceed One Hundred Thousand Dollars ($100,000), or such other amount as the Bankruptcy Court approves, payable out of the sale proceeds paid by such Third Party for Seller or Seller's Assets.

## **ARTICLE 13**

## **MISCELLANEOUS**

**13.1    Termination of Representations and Warranties**. The representations and warranties of the parties set forth in this Agreement shall terminate and be of no further force or effect as of the Closing Date, except for those representations and warranties contained in the Sale Order which survive indefinitely.

**13.2    Notices**. All notices, consents or other communications required or permitted

hereunder shall be given in writing and hand delivered or addressed and sent by Federal Express or other recognized overnight courier, or by certified or registered mail, postage prepaid, and return receipt requested, as follows:

|  |  |
|---|---|
| If to Seller: | The Reserve Golf Club of Pawleys Island, LLC<br>P.O. Box 2146<br>Pawleys Island, SC 29585<br>Attn: President |
| With a copy to: | Bellamy, Rutenberg, Copeland, Epps, Gravely & Bowers<br>1000 29th Avenue North, P.O. Box 357<br>Myrtle Beach, South Carolina 29578<br>Attn: Edward B. Bowers, Jr. |
| If to Purchaser: | The Reserve Golf Club Acquisition, LLC<br>400 Donald Ross Drive<br>Raleigh, NC 27610<br>Attn: John McConnell |
| With a copy to: | Wyrick Robbins Yates & Ponton LLP<br>4101 Lake Boone Trail, Suite 300<br>Raleigh, NC 27607<br>Attn: Larry E. Robbins |

or to such other address as may hereafter be designated by any party by the giving of notices in accordance with this Section 13.2. All notices, consents or other communications shall be deemed given when actually delivered (in the case of hand delivery by Federal Express or other recognized overnight courier) or received by fax or five (5) days after mailing in accordance with this Section 13.2.

   **13.3   Governing Law**. This Agreement shall be governed by and construed in accordance with the laws of the State of South Carolina, without giving effect to rules governing the conflict of laws.

   **13.4   Waiver**. The waiver by a party of a breach of any covenant, agreement or undertaking contained herein shall be made only by a written waiver in each case. No waiver of any breach of any covenant, agreement or undertaking contained herein shall operate as a waiver of any prior or subsequent breach of the same covenant, agreement or undertaking or as a waiver of any breach of any other covenant, agreement or undertaking.

   **13.5   Severability**. If any provision of this Agreement shall be held invalid, illegal or unenforceable, in whole or in part, the validity, legality, and enforceability of the remaining part of such provision, and the validity, legality and enforceability of all other provisions hereof or thereof, shall not be affected thereby.

   **13.6   Counterparts**. This Agreement may be executed in one or more counterparts

(whether manually signed or by facsimile), each such counterpart shall be deemed an original, and all such counterparts shall constitute one and the same agreement.

13.7    **Captions; References**. The headings, titles or captions of the Articles and Sections of this Agreement are inserted only to facilitate reference, and they shall not define, limit, extend or describe the scope or intent of this Agreement or any provision hereof, and they shall not constitute a part hereof or affect the meaning or interpretation of this Agreement or any part hereof.

13.8    **Amendments**. This Agreement may not be amended, changed, modified, altered or terminated unless the parties hereto agree in writing to such amendment, change, modification, alternation or termination.

13.9    **Remedies Cumulative; Specific Performance**. No remedy herein conferred is exclusive of any other available remedy, but each and every such remedy shall be cumulative and shall be in addition to every other remedy given by agreement or now or hereafter existing at law or in equity or by statute. In addition to any and all other remedies that may be available at law, in the event of any breach of this Agreement, each party shall be entitled to seek specific performance of the agreements and obligations hereunder and to such other injunctive or equitable relief as may be granted by a court of competent jurisdiction.

13.10    **Binding Nature; Assignment**. This Agreement shall be binding upon and inure to the benefit of the parties hereto and their respective successors and permitted assigns, but neither this Agreement nor any of the rights, interest or obligations hereunder shall be assigned by any of the parties hereto without prior written consent of the other parties. Notwithstanding, Purchaser or Operator may assign certain rights and interests and delegate certain obligations hereunder to an Affiliate without the written consent of Seller. Nothing contained herein, express or implied, is intended to confer on any Person other than the parties hereto or their successors and assigns, any rights, remedies, obligations or liabilities under or by reason of this Agreement.

13.11    **No Third Party Beneficiaries**. This Agreement is a contract solely between Purchaser, Seller and Operator. No third party beneficiaries are intended hereunder and none shall be inferred herein; and no parties other than Purchaser, Seller or Operator (and their permitted assigns) may assert any right, make any claim or otherwise attempt to enforce any provision of or under this Agreement.

13.12    **Public Announcements**. Neither Purchaser, Seller, nor Operator will make any public disclosure of this Agreement or the transactions contemplated hereby without prior consultation with the other party hereto, except for such disclosure as may be required by applicable laws.

13.13    **Mutual Cooperation**. The parties hereto shall work together in good faith to the extent reasonably necessary to facilitate the consummation of the transactions contemplated by this Agreement. Subsequent to the Closing, Purchaser, Seller and Operator, at the request of another, shall execute, deliver and acknowledge such further documents or instruments, and perform such further acts or deeds, as may be reasonably necessary to consummate the

transactions contemplated by this Agreement and carry out the purposes and intent of this Agreement.

**13.14 <u>Cooperation as to Taxes</u>**. After the Closing, upon reasonable written notice, Purchaser and Seller shall furnish or cause to be furnished to each other, as promptly as practicable, such information and assistance (to the extent within the control of such party) relating to the Acquired Assets (including access to books and records) as is reasonably necessary for the filing of 2009 tax returns.

[THE NEXT PAGE IS THE SIGNATURE PAGE]

**IN WITNESS WHEREOF,** the parties have caused their duly authorized officers to execute this Asset Purchase Agreement as of the day and year first above written.

**PURCHASER:**

THE RESERVE GOLF CLUB ACQUISITION, LLC

By: _____

John P. McConnell, Manager and President

**OPERATOR:**

THE RESERVE GOLF CLUB, LLC

By: _____

John P. McConnell, Manager and President

**SELLER:**

THE RESERVE GOLF CLUB OF PAWLEYS ISLAND, LLC

By: _____

Name: _____

Title: _____

19352.9-580055 v5

**IN WITNESS WHEREOF,** the parties have caused their duly authorized officers to execute this Asset Purchase Agreement as of the day and year first above written.

**PURCHASER:**                          THE RESERVE GOLF CLUB ACQUISITION, LLC

                                        By:    _____
                                               John P. McConnell, Manager and President

**OPERATOR:**                           THE RESERVE GOLF CLUB, LLC

                                        By:    _____
                                               John P. McConnell, Manager and President

**SELLER:**                             THE RESERVE GOLF CLUB OF PAWLEYS ISLAND, LLC

                                        By:    _Michael A. Marino_____
                                        Name:  _Michael A. Marino_____
                                        Title: _President_____

19352.9-580055 v7

## EXHIBIT A

### DESCRIPTION OF PROPERTY

ALL that certain piece, parcel or tract of land situate, lying and being in the County of Georgetown, State of South Carolina, designated "Tract A" containing 325.795 ± as more fully shown on the plat entitled "Subdivision Plat of The Reserve Golf Course of Litchfield" prepared by Thomas & Hutton Engineering Co., said plat being dated February 15, 2006 and recorded in Slide 583 at pages 1-4 in the Office of the Register of Deeds for Georgetown County, said property having such metes, bounds, courses and distances as will more fully appear by reference to the aforesaid plat which is incorporated herein by reference.

TOGETHER WITH a perpetual non-exclusive easement to utilize appropriate portions of "Tract B" containing 4.705 Acres ±, as shown on the above referenced plat, as a portion of the golf course located adjacent thereto, including hitting golf balls over and across Tract B, retrieving golf balls and engaging in other actions proper to the playing of golf; to maintain vegetation at reasonable levels for aesthetic purposes and to permit the use of appropriate portions of Tract B as a part of the golf course; and to engage in other reasonable activities required to permit appropriate portions of Tract B to be viewed and enjoyed as if within the boundaries of the golf course.

TOGETHER WITH all of Grantor's right, title and interest in and to that certain easement identified as "The Reserve Golf Club 20' Easement I" containing 0.497 AC ±, as more fully shown on the plat entitled "Subdivision Plat of The Reserve Golf Course of Litchfield" prepared by Thomas & Hutton Engineering Co., said plat being dated February 15, 2006 and recorded in Slide 583 at Pages 1-4 in the Office of the Register of Deeds for Georgetown County, said property having such metes, bounds, courses and distances as will more fully appear by reference to the aforesaid plat which is incorporated herein by reference.

Derivation of title: The property herein conveyed is the same property conveyed to The Reserve Golf Club of Litchfield, LLC, a South Carolina limited liability company (n/k/a The Reserve Golf Club of Pawleys Island, LLC, a South Carolina limited liability company) by The Litchfield Company of South Carolina Limited Partnership, a South Carolina limited partnership, by that instrument entitled Title to Real Estate dated February 28, 2006 and recorded on March 2, 2006 in the office of the Register of Deeds for Georgetown County, South Carolina, in Deed Book 1787, Page 297.

## EXHIBIT B

## FORM OF SPECIAL WARRANTY DEED

Please Return To:
Wyrick Robbins Yates & Ponton LLP (RCL)
PO Drawer 17803
Raleigh, NC 27619

## STATE OF SOUTH CAROLINA

## COUNTY OF GEORGTOWN

# DEED TO REAL ESTATE

THIS DEED is made the day hereinbelow stated, by The Reserve Golf Club of Pawleys Island, LLC, a South Carolina limited liability company (f/k/a The Reserve Golf Club of Litchfield, LLC, a South Carolina limited liability company) hereinafter called GRANTOR, which expression shall include its successors and assigns, wherever the context so requires, or admits, and whose address is _____,

pursuant to the authority granted to it by the Sale Order issued by the United States Bankruptcy Court for the District of South Carolina in the matter of _____, Case # _____, a copy of which Order is attached hereto as **Exhibit A**, of the one part, to The Reserve Golf Club Acquisition, LLC, a North Carolina limited liability company, hereinafter called GRANTEE, which expression shall include its successors and assigns, forever, of the other part; and in this agreement, the singular shall include the plural, and the plural shall include the singular, and one gender shall include all genders.

KNOW ALL MEN BY THESE PRESENTS, that GRANTOR, for and in consideration of the sum of _____ Dollars ($_____), paid to GRANTOR, by GRANTEE, in the State aforesaid, the receipt whereof is hereby acknowledged, subject to any matters and reservations set forth herein or on any exhibits attached hereto, has bargained, sold and released, and by these presents does grant, bargain, sell and release unto the said GRANTEE, the following described property, located in Georgetown County, South Carolina, to-wit: See **Exhibit B**, attached hereto.

TMS #:              04-0409-001-14-00

TAX NOTICE ADDRESS:  The Reserve Golf Club Acquisition, LLC
400 Donald Ross Drive
Raleigh, NC 27610
Attn: Christian Anastasiadas

19352.9-599403 v4

The within conveyance is also subject to those items set forth on **Exhibit C**, attached hereto.

TOGETHER with all and singular the rights, members, hereditaments and appurtenances to said premises belonging, or in anywise incident or appertaining.

TO HAVE AND TO HOLD all and singular the said premises before mentioned unto said GRANTEE.

AND the said GRANTOR, subject to the matters set forth on **Exhibit C**, does hereby bind itself, its successors and assigns, to warrant and forever defend all and singular the said premises unto the said GRANTEE, its successors and assigns, against itself and its successors and assigns, but  against no others.

**[Signature Page Follows]**

IN WITNESS HEREOF, the GRANTOR, has caused these presents to be signed and sealed this ___ day of _____ in the year 20___.

SIGNED, SEALED AND DELIVERED                    GRANTOR:

The Reserve Golf Club of Pawleys Island, LLC, a South Carolina limited liability company (Seal)

By: _____

Name: _____

Title: _____

IN THE PRESENCE OF:

| | | By: | |
|---|---|---|---|
| *(#1 witness sign here)* | | | |
| | | Attest: | |
| *(Notary sign as #2 witness)* | | | |

| | |
|---|---|
| **STATE OF SOUTH CAROLINA**          ) | |
|                                          ) | **ACKNOWLEDGMENT** |
| **COUNTY OF**                           ) | |

On the _____ day of _____, 20___, before me, the subscriber, a Notary Public in and for the State and County aforesaid, personally appeared _____, who acknowledged himself to be the _____ of The Reserve Golf Club of Pawleys Island, LLC, a South Carolina limited liability company, and that he executed the foregoing instrument for the purposes therein contained.

WITNESS my hand and seal the day and year aforesaid.

_____
Notary Public

My Commission Expires: _____

## EXHIBIT A

(Sale Order Attached)

**EXHIBIT B**

Property Description:

ALL that certain piece, parcel or tract of land situate, lying and being in the County of Georgetown, State of South Carolina, designated "Tract A" containing 325.795 ± as more fully shown on the plat entitled "Subdivision Plat of The Reserve Golf Course of Litchfield" prepared by Thomas & Hutton Engineering Co., said plat being dated February 15, 2006 and recorded in Slide 583 at pages 1-4 in the Office of the Register of Deeds for Georgetown County, said property having such metes, bounds, courses and distances as will more fully appear by reference to the aforesaid plat which is incorporated herein by reference.

TOGETHER WITH a perpetual non-exclusive easement to utilize appropriate portions of "Tract B" containing 4.705 Acres ±, as shown on the above referenced plat, as a portion of the golf course located adjacent thereto, including hitting golf balls over and across Tract B, retrieving golf balls and engaging in other actions proper to the playing of golf; to maintain vegetation at reasonable levels for aesthetic purposes and to permit the use of appropriate portions of Tract B as a part of the golf course; and to engage in other reasonable activities required to permit appropriate portions of Tract B to be viewed and enjoyed as if within the boundaries of the golf course.

TOGETHER WITH all of Grantor's right, title and interest in and to that certain easement identified as "The Reserve Golf Club 20' Easement I" containing 0.497 AC ±, as more fully shown on the plat entitled "Subdivision Plat of The Reserve Golf Course of Litchfield" prepared by Thomas & Hutton Engineering Co., said plat being dated February 15, 2006 and recorded in Slide 583 at Pages 1-4 in the Office of the Register of Deeds for Georgetown County, said property having such metes, bounds, courses and distances as will more fully appear by reference to the aforesaid plat which is incorporated herein by reference.          (

Derivation of title: The property herein conveyed is the same property conveyed to The Reserve Golf Club of Litchfield, LLC, a South Carolina limited liability company (n/k/a The Reserve Golf Club of Pawleys Island, LLC, a South Carolina limited liability company) by The Litchfield Company of South Carolina Limited Partnership, a South Carolina limited partnership, by that instrument entitled Title to Real Estate dated February 28, 2006 and recorded on March 2, 2006 in the office of the Register of Deeds for Georgetown County, South Carolina, in Deed Book 1787, Page 297.

## EXHIBIT C

1.    Ad valorem real property taxes for the year 2010, and subsequent years.

2.    Terms and conditions of the Georgetown County Zoning Ordinances.

3.    All applicable laws, regulations and ordinances regulating the use and development of the Property.

4.    Declaration of Covenants, Conditions and Restrictions for The Reserve at Litchfield Community Association, Inc. dated December 18, 1998, recorded December 18, 1998 in Deed Book 932, Page 22; Supplemental Declaration of Covenants, Conditions and Restrictions for The Reserve at Litchfield Community Association, Inc. dated August 2, 1999, recorded August 3, 1999 in Deed Book 998, page 249 (Vintage); Second Supplemental Declaration of Covenants, Conditions and Restrictions for The Reserve at Litchfield Community Association, Inc. dated August 19, 1999, recorded August 30, 1999 in Deed Book 1008, Page 1 (Amends Article IX); Supplemental Declaration of Covenants, Conditions and Restrictions for The Reserve filed August 17, 2000 in Deed Book 1107 at page 236 (Huntington Mews East and West, Phase I); Second Supplemental Declaration of Covenants, Conditions and Restrictions for The Reserve filed January 8, 2001 in Deed Book 1146 at page 317 (Huntington Mews Phase 2 and 2A); Third Supplemental Declaration of Covenants, Conditions and Restrictions for Huntington Mews recorded November 30, 2001 in Deed Book 1230 at page 140 (Huntington Mews); Fourth Supplemental Declaration of Covenants, Conditions and Restrictions for Huntington Mews recorded November 30, 2001 in Deed Book 1230 at page 157 (Huntington Mews); Fifth Supplemental Declaration of Covenants, Conditions and Restrictions for Huntington Mews filed September 11, 2002, in Deed Book 1308 at page 74 (Huntington Mews); Sixth Supplemental Declaration of Covenants, Conditions and Restrictions for Huntington Mews recorded July 11, 2003 in Deed Book 1399 at page 176 (Huntington Mews); First Amendment to the Declaration of Covenants, Conditions and Restrictions for The Reserve at Litchfield Community Association, Inc. filed July 23, 2004 in Deed Book 1540 at page 62; Seventh Supplemental Declaration of Covenants, Conditions and Restrictions for Huntington Mews recorded July 29, 2003 in Deed Book 1404 at page 36 (Huntington Mews and Preservation Point); Eighth Supplemental Declaration of Covenants, Conditions and Restrictions for Preservation Point recorded December 10, 2004 in Deed Book 1590 at page 210 (Huntington Mews and Preservation Point); Ninth Supplemental Declaration of Covenants, Conditions and Restrictions for Huntington Mews recorded March 2, 2006 in Deed Book 1787 at page 262.

5.    Declaration of Special Covenants for the Willbrook Plantation Road Maintenance District Association, Inc. recorded April 30, 1993 in Deed Book 518, Page 35; and First Supplemental Declaration of Special Covenants for the Willbrook Plantation Road Maintenance District Association, Inc. recorded June 22, 1993 in Deed Book 525, Page 283; Second Supplemental Declaration of Special Covenants for the Willbrook Plantation Road Maintenance District Association, Inc. recorded July 7, 1994 in Deed Book 581, Page 178; First Amendment to Declaration of Special Covenants for the Willbrook Plantation Road Maintenance District Association, Inc. recorded November 7, 1996, in

Deed Book 731, Page 288; Third Supplemental to Declaration of Special Covenants for the Willbrook Plantation Road Maintenance District Association, Inc. recorded June 4, 2001 in Deed Book 1186 at page 90; Second Amendment to Declaration of Special Covenants for the Willbrook Plantation Road Maintenance District Association, Inc. recorded December 23, 2002, in Deed Book 1339, Page 176.

6.    Declaration of and Creation of Wetlands Natural Area Preserve recorded December 18, 1992 in Deed Book 498, Page 214; and Corrective Declaration of and Creation of Wetlands Natural Area Preserve recorded February 9, 1993 in Deed Book 505, Page 140; Second Amendment to Declaration and Creation of Wetlands Natural Area Preserve dated November 4, 1997, recorded November 7, 1997 in Deed Book 820, Page 303, and as depicted on maps filed in Slide 108, pages 4 and 5; Third Amendment to Declaration and Creation of Wetlands Natural Area Preserve recorded April 28, 2003 in Deed Book 1375 at Page 145; Conservation Easement and Fourth Amendment to Declaration of and Creation of Wetland Area Preserve recorded _____, 20__, in Deed Book _____, Page _____.

7.    All easements, encroachments and matters as shown on the plat entitled "Subdivision Plat of The Reserve Golf Course of Litchfield" prepared by Thomas & Hutton Engineering Co., said plat being dated February 15, 2006 and recorded in Slide 583 at pages 1-4 in the Office of the Register of Deeds for Georgetown County.

8.    Licenses and easements for utilities servicing the property and drainage easements of record which may effect the property.

9.    Interests created by, or limitations on use imposed by, the Federal Coastal Zone Management Act or other federal law or by the SC Code, Chapter 39, Title 48, as amended, or any regulations promulgated pursuant to said state or federal laws.

10.    Rights of others in and to the use of any drains or ditches located over, across, in or under the property described in Exhibit B of this instrument and rights to enter upon said premises to maintain the same.

11.    Any homeowner's assessments or fees which may become due Willbrook Plantation Road Maintenance District Association, Inc. and/or The Reserve at Litchfield Community Association, Inc for obligations that occur after the date of recordation of this Deed.

12.    Communications System Right-of-Way granted Time Warner Entertainment-Advance/Newhouse Partnership filed January 7, 1999 in Deed Book 939, Page 16.

13.    Easement granted to Georgetown County Water and Sewer District by instrument filed July 16, 1996 in Deed Book 708, Page 168.

14.    Reservation of easements as set forth in Declaration of Covenants, Conditions and Restrictions for The Reserve at Litchfield Community Association, Inc. dated December 18, 1998, recorded December 18, 1998 in Deed Book 932, Page 22 and all Supplements and Amendments thereto.

19352.9-599403 v4

15.    Right-of-Way granted South Carolina Public Service Authority by instrument recorded August 8, 1990 in Deed Book 390, Page 221.

16.    Title to water and wastewater systems; grants of easement to Georgetown County Water and Sewer District by instrument filed October 27, 1999 in Deed Book 1024 at page 250 and shown on plat recorded in Slide 327 at pages 7 and 8.

17.    Grant of perpetual easement to Georgetown County Water and Sewer District by instrument filed October 27, 1999 in Deed Book 1024 at page 257 and shown on plat recorded in Slide 327 at page 3.

18.    Easement granted by Willbrook Plantation to Clearview Cable Association II by instrument recorded September 8, 1988 in Deed Book 301 at page 307.

19.    Easements granted in deed from Litchfield-By-The-Sea, a joint venture under the laws of South Carolina to Georgetown County Water and Sewer District by instrument recorded May 26, 1988 in Deed Book 287, Page 310.

20.    Easement for ingress and egress granted by The Litchfield Company of South Carolina Limited Partnership to Litchfield Residential at the Cottages at the Club, II, LLC as set forth in deed dated January 18, 2006, recorded January 18, 2006 in Deed Book 1769 at page 136 and being shown as "Ingress/Egress Easement" on map entitled "Boundary Survey of Tracts C1 & C2 The Reserve at Litchfield" located in Tax District 4, Litchfield Beach, Georgetown County, South Carolina, prepared for Litchfield Company of S.C. Limited Partnership by Thomas & Hutton Engineering Co., said plat being dated December 16, 2005 and recorded January 9, 2006 in the office of the Register of Deeds for Georgetown County in Plat Book/Slide 576 at Page 2.

21.    Easement granted by The Litchfield Company of South Carolina Limited Partnership to The Peninsula at Inlet Point South Owners Associations, Inc. as set forth in the Easement dated February 28, 2006, recorded March 2, 2006 in Deed Book 1787 at page 287.

22.    The Drainage Easement granted by The Litchfield Company of South Carolina Limited Partnership to The Reserve at Litchfield Community Association, Inc. dated February 28, 2006, and recorded March 2, 2006 in the ROD Office for Georgetown County in Deed Book 1787 at page 277 and Book 1787, Page 282.

23.    The Drainage Easement granted by The Litchfield Company of South Carolina Limited Partnership to Reunion Hall Property Owners Association, Inc. dated February 28, 2006, and recorded March 2, 2006 in the ROD Office for Georgetown County in Deed Book 1787 at page 272.

24.    Maintenance and Water Usage Agreement (The Reserve) made by and between The Reserve at Litchfield Community Association, Inc. and The Reserve Golf Club of Litchfield, LLC dated February 28, 2006, recorded March 2, 2006 in Deed Book 1787 at page 315.

19352.9-599403 v4

25.    Red-Cockaded Woodpecker Safe Harbor Agreement dated April 10, 2002 between the South Carolina Department of Natural Resources and The Litchfield Company of South Carolina Limited Partnership ("Safe Harbor Agreement") to the extent same imposes obligations on the property to control midstory on approximately 113 acres of the golf course and other areas as set forth in Appendix A attached to the Safe Harbor Agreement, which is understood to mean appropriate areas between Holes 2 and 16 and Holes 11 and 13.

26.    The use of the property described in <u>Exhibit B</u> of this instrument is restricted to a golf course, golf clubhouse, golf pro shop, golf course maintenance building, parking and related facilities and for no other use for a period of 50 years (commencing on February 28, 2006 and ending on February 27, 2056). It is understood that this restrictive covenant is a covenant running with the title to the property described in <u>Exhibit B</u> and shall be binding upon an inure to the benefit of all assignees, transferees, heirs and assigns of Grantee. The terms and conditions of this restrictive covenant shall be enforceable by The Litchfield Company of South Carolina Limited Partnership, the Grantor, and The Reserve at Litchfield Community Association, Inc., its successors-in-interests by actions for specific performance or injunction, in addition to any other remedies available at law.

STATE OF SOUTH CAROLINA      )

                                   )                      **AFFIDAVIT**

COUNTY OF GEORGETOWN       )

PERSONALLY appeared before me the undersigned, who being duly sworn, deposes and says:

1.    I have read the information on this Affidavit and I understand such information.

2.    The property being transferred is located at <u>Willbrook Boulevard, Pawleys Island, South Carolina</u> bearing Georgetown County Tax Map Number 04-0409-001-14-000 was transferred by _____ (by _____ as Chapter 11 Trustee on behalf of the bankruptcy estate of The Reserve Golf Club of Pawleys Island, LLC, a South Carolina limited liability company) to The Reserve Golf Club Acquisition, LLC, a North Carolina limited liability company on _____, 20\_\_.

3.    Check one of the following: The deed is

   X    (a)    subject to the deed recording fee as a transfer for consideration paid or to be paid in money or money's worth.

_____    (b)    subject to the deed recording fee as a transfer between a corporation, a partnership, or other entity and a stockholder, partner, or owner of the entity, or is a transfer to a trust or as a distribution to a trust beneficiary.

_____    (c)    exempt from the deed recording fee because *(See Information section of Affidavit):*

                *(If exempt, please skip Items 4 - 7, and go to Item 8 of this Affidavit.)*

4.    Check one of the following if either item 3(a) or Item 3(b) above has been checked.  *(See Information section of Affidavit.):*

   X    (a)    The fee is computed on the consideration paid or to be paid in money or money's worth in the amount of $ _____

_____    (b)    The fee is computed on the fair market value of the realty which is $ _____.

_____    (c)    The fee is computed on the fair market value of the realty as established for property tax purposes which is $ _____.

5.    Check Yes _____ Or No \_\_X\_\_ to the following: A lien or encumbrance existed on the land, tenement, or realty before the transfer and remained on the land, tenement, or realty after the transfer.   If "Yes", the amount of the outstanding balance on this lien or encumbrance is: $ _____.

6.    The deed recording fee is computed as follows:

      (a)    Place the amount listed in item 4 above here:                       $ _____

      (b)    Place the amount listed in item 5 above here:                       $ _____

           *(If no amount is listed, place zero here.)*

      (c)    Subtract Line 6(b) from Line 6(a) and place result here:         $ _____

7.    The deed recording fee due is based on the amount listed on Line 6(c) above and the deed recording fee due is $ _____

8.    As required by Code Section 12-24-70, I state that I am a responsible person who was connected with the transaction as: _____.

9.    I understand that a person required to furnish this Affidavit who willfully furnishes a false or fraudulent affidavit is guilty of a misdemeanor and upon conviction, must be fined not more than one thousand dollars or imprisoned not more than one year, or both.

Responsible Person Connected with the transaction

_____

SWORN to before me this

\_\_\_\_\_ day of _____, 20\_\_,          Print or type name here

_____ (L.S.)

Notary Public for

My Commission Expires:

19352.9-599403 v4

INFORMATION

Except as provided in this paragraph, the term "value" means "the consideration paid or to be paid in money or money's worth for the realty." Consideration paid or to be paid in money's worth included, but is not limited to, other realty, personal property, stocks, bonds, partnership interest and other intangible property, the forgiveness or cancellation of a debt, the assumption of a debt, and the surrendering of any right. The fair market value of the consideration must be used in calculating the consideration paid in money's worth. Taxpayers may elect to use the fair market value of the realty being transferred in determining fair market value of the consideration. In the case of realty transferred between a corporation, a partnership, or other entity and a stockholder, partner, or owner of the entity, and in the case of realty transferred to a trust or as a distribution to a trust beneficiary, "value" means the realty's fair market value. A deduction from value is allowed for the amount of any lien or encumbrance existing on the land, tenement, or realty before the transfer and remaining on the land, tenement, or realty after the transfer. Taxpayers may elect to use the fair market value for property tax purposes in determining fair market value under the provisions of the law.

Exempted from the fee are deeds:

(1)     transferring realty in which the value of the realty, as defined in Section 12-24-30, is equal to or less than one hundred dollars;
(2)     transferring realty to the federal government or to a state, its agencies and departments, and its political subdivisions, including school districts;
(3)     that are otherwise exempted under the laws and Constitution of this State or of the United States;
(4)     transferring realty in which no gain or loss is recognized by reason of Section 1041 of the Internal Revenue Code as defined in Section 12-6-40(A);
(5)     transferring realty in order to partition realty, as long as no consideration is paid for the transfer other than the interests in the realty that are exchanged in order to effect the partition;
(6)     transferring an individual grave space at a cemetery owned by a cemetery company licensed under Chapter 55 of Title 39;
(7)     that constitute a contract for the sale of timber to be cut;
(8)     transferring realty to a corporation, a partnership, or a trust as a stockholder, partner, or trust beneficiary of the entity or so as to become a stockholder, partner, or trust beneficiary of the entity as long as no consideration is paid for the transfer other than stock in the corporation, interest in the partnership, beneficiary interest in the trust, or the increase in value in the stock or interest held by the grantor. However, except for transfers from one family trust to another family trust without consideration, the transfer of realty from a corporation, a partnership, or a trust to a stockholder, partner or trust beneficiary of the entity is subject to the fee, even if the realty is transferred to another corporation, a partnership, or trust;
(9)     transferring realty from a family partnership to a partner or from a family trust to a beneficiary, as long as no consideration is paid for the transfer other than a reduction in the grantee's interest in the partnership or trust. A "family partnership" is a partnership whose partners are all members of the same family. A "family trust" is a trust in which the beneficiaries are all members of the same family. "Family" means the grantor, the grantor's spouse, parents, grandparents, sisters, brothers, children, stepchildren, grandchildren, and the spouses and lineal descendant of any of them, and the grantor's and grantor's spouse's heirs under a statute of descent and distribution. A "family partnership" or "family trust" also included charitable entities, other family partnerships and family trusts of the grantor, and charitable remainder and charitable lead trusts, if all the beneficiaries are charitable entities or members of the grantor's family. A "charitable entity" means an entity which may receive deductible contributions under Section 170 of the Internal Revenue Code as defined in Section 12-6-40(A);
(10)    transferring realty is a statutory merger or consolidation from a constituent corporation to the continuing or new corporation;
(11)    transferring realty in a merger or consolidation from a constituent partnership to the continuing or new partnership;
(12)    that constitute a corrective deed or a quitclaim deed used to confirm title already vested in the grantee, as long as no consideration is paid or is to be paid under the corrective or quitclaim deed.
(13)    transferring realty subject to a mortgage to the mortgagee whether by a deed in lie of foreclosure executed by the mortgagor or deed executed pursuant to foreclosure proceedings.
(14)    transferring realty from an agent to the agent's principal in which the realty was purchased with funds of the principal, provided that a notarized document is also filed with the deed that established the fact that the agent and the principal existed at the time of the original purchase as well as for the purpose of purchasing realty.
(15)    transferring title to facilities for transmitting electricity that is transferred, sold, or exchanged by electrical utilities, municipalities, electric cooperatives, or political subdivisions to a limited liability company which is subject to regulation under the Federal Power Act (16 U.S.C. Section 791(a)) and which is formed to operate or to take functional control of electric transmission assets as defined in the Federal Power Act.
(16)    transferring realty by an instrument or deed of distribution assigning, transferring, or releasing real property to the distributee of a decedent's estate pursuant to Section 62-3-907 as evidence of the distributee's title to the property.

## Schedule 1.1

## Existing Encumbrances

1. UCC Financing Statement – Citicapital Commercial Corporation (November 20, 2007)

Schedule 2.1(b)

Equipment

1. 60 club car golf cars PQ0602-592038 thru PQ0602-592093
   PQ0602-592975
   PQ0602-592975
   PQ0602-592977
   PQ0602-592978
   PQ0602-592980

2. 1 club car turf 2/gas utility vehicle RG0602-589541

3. Golf course maintenance equipment:
   **Lease # 019-000497-001/024**
   Toro Sand Pro 3020 # 220000480
   Toro Sand Pro 3020 #230000171
   Toro Sand Pro 3020 #230000189
   Toro 5 Gang Transport Frame w/ 7 blade # 230000118
   Toro GroundsMaster 3250-D w/11 blade # 230000243
   Toro Tri Roller set # 220000137
   Thatching Reel set # 220000662
   Thatching Reel set # 220000677
   Greens Spiker # 220000212
   Toro Debris Blower 600 # 220000274
   Toro Debris Blower 600 # 220000257
   Toro Groundsmaster 328-d w/72 deck # 220000699
   Toro Workman w/bed liner hydralulics # 210000131
   Toro Hydrojet w/lift kit # 210000153
   Toro Pro Core 880 Aerator w/3 Tine heads # 210000153
   Toro Pro Core 880 Aerator w/3 Tine heads # 220000195
   Vermeer Chipper 935 # 220000196
   Vermeer Walking Trencher V1350 # BC935-3896
   Lely Spreader 1250 # 1085-2142
   (2) Kubota M4900 Tractor # 2008-1, 20081
   Dakota 410 Topdresser # 41023802
   Ryan Sod Cutter 18" # 20078
   (2) Pronovost Ton Trailer # 8119
   (2) Kubota L4300 Tractor # 20079, 20080
   Kubota 148 w/front end loader # 20082
   Sub aire Blower # AFC12160202
   Sub aire Blower # AFC12160202
   Foley 630 Grinder # 20C63001720
   Foley 670 Grinder # 20D67001180
   Vermeer Tree Spade # TS44A-5428

**Lease 019-0000497-029/039**

    (8) New JH Haller 3500 w/ Power Bed Dump #
2439747,2440899,2440909,2440917,2440922,2439511,2440914
Sulkly for TC-22 Greensmower (no serial #)
(3) Mower Caddy Trailer w/mount kit for TC 22 # 3221,3220,3219
New Cushman Turf Truckster Diesel w/Manual trans # 2370925
(2) New Toro Pro-Core 648 Aerator w/4 tine head # 260000698,260000682
New Toro Versa Vac PTO # 260000153
New Toro Pro Sweep 5200 w/High Flow Hydraulic kit # 260000330
New Cushman Spraytek w/electronic control, electronic # n/a
Boom lift, convertible boom, foam marker
New Buffalo Blower # n/a
New Sand Devil # n/a
New Cushman Spraytek w/electronic control, electronic # n/a
Boom lift, convertible boom, foam marker, hose reel, spray hose 220 ft.walking
boom . # n/a

**Lease 019-0000497-025/028**

    (2) New Jacobsen Greens King IV Plus Diesel  # 4229,4230
      Greensmower w/ 11-blade reel, machine grooved roller
(3) New Jacobsen LF 3407 Fairway mower w/2 wheel # 1788,1784,1789
    Drive, 9-blade reel 7 diameter heavy duty reel, 7"diameter flashattach vertical
    mower.
(7) New Jacobsen TC-22 Walking Greensmower w/wheel kit,
    smooth front roller # 2786,2764,2681,2790,2788,2936,2941
(6) New Jacobsen Greens King 526A 26" greensmower w/7blade reels
    26"machine grooved roller.
    #1684,1694,1696,1698,1699,1697

4.  Copiers and printers:
    (2) Copiers -Canon imageRunner 3300  ICS Bundle # C01051989, C01051988
    (2) Fax Machines LC710 # C01046917, LC710 C01047722

5.  DM100 mail machine

6.  Time Warner business class bundle (digital phone)

7.  Jonas Software (CSI USA Dist.) for club accounting

8.  Carry-on Trailer Corp. (flat bed utility)- golf course maintenance

9.  Trailer-Membership Office

10. Wittek 30 green folding bag stands for practice range

11. Taylor Made 28 dozen range balls

12. Auto-Chlor of Carolina (automatic dishwashing machine) F&B

13. 2004 GMC Sienki pickup truck for golf course maintenance

14. See attached listing.

19352.9-597876 v2

2008-2010 Additions

Commercial Clothes Dryer                407.12 Home Depot              176000         Furn & Fixtures

Total Additions as of August 31, 2008   407.12

# The Reserve Golf Club
## Depreciation Expense Report
### As of May 31, 2009

Book = Tax

FYE Month = May

| Sye No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv / 168(k) Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class = BD** | | | | | | | | | | | | | | |
| 000082 | | Pump House | | | | | | | | | | | | |
| | 000 | 03/01/05 | 10,000.00 | R | MF100 | 39 00 | 0.00 | 10,000.00 | 05/31/08 | 566.24 | 256.41 | 256.41 | 822.65 | |
| 000083 | | Cart Barn | | | | | | | | | | | | |
| | 000 | 03/01/05 | 50,000.00 | R | MF100 | 39 00 | 0.00 | 50,000.00 | 05/31/08 | 2,831.19 | 1,282.05 | 1,282.05 | 4,113.24 | |
| 000084 | | Maintenance Shed | | | | | | | | | | | | |
| | 000 | 03/01/06 | 424,019.32 | R | MF100 | 39 00 | 0.00 | 424,019.32 | 05/31/08 | 24,009.64 | 10,872.29 | 10,872.29 | 34,881.93 | |
| 000085 | | Sales Office | | | | | | | | | | | | |
| | 000 | 03/01/06 | 10,000.00 | R | MF100 | 39 00 | 0.00 | 10,000.00 | 05/31/08 | 566.24 | 256.41 | 256.41 | 822.65 | |
| 000172 | | 3 Ton Trane Heat Pump | | | | | | | | | | | | |
| | 000 | 07/23/08 | 4,950.00 | P | MF200 | 07 00 | 0.00 | 4,950.00 | | 0.00 | 707.14 | 707.14 | 707.14 | |
| 000173 | | Cart House Repairs/Improvements | | | | | | | | | | | | |
| | 000 | 07/28/08 | 3,400.00 | P | MF150 | 15 00 | 0.00 | 3,400.00 | | 0.00 | 170.00 | 170.00 | 170.00 | |
| 000174 | | RGF Bulbs In Duct System | | | | | | | | | | | | |
| | 000 | 08/29/08 | 2,300.00 | P | MF150 | 15 00 | 0.00 | 2,300.00 | | 0.00 | 115.00 | 115.00 | 115.00 | |
| 000175 | | Replace Duct System | | | | | | | | | | | | |
| | 000 | 08/29/08 | 5,800.00 | P | MF150 | 15 00 | 0.00 | 5,800.00 | | 0.00 | 290.00 | 290.00 | 290.00 | |
| | | Class = BD | 510,469.32 | | | | 0.00 | 510,469.32 | | 27,973.31 | 13,949.30 | 13,949.30 | 41,922.61 | |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | | Count = 0 | | | | | | | | | | | | |
| | | Net Subtotal | 510,469.32 | | | | 0.00 | 510,469.32 | | 27,973.31 | 13,949.30 | 13,949.30 | 41,922.61 | |
| | | Count = 8 | | | | | | | | | | | | |
| **Class = CC** | | | | | | | | | | | | | | |
| 000088 | | GREEN SIDE FANS | | | | | | | | | | | | |
| | 000 | 07/13/05 | 18,214.29 | P | MF200 | 07 00 | 0.00 | 18,214.29 | 05/31/08 | 7,062.68 | 3,186.18 | 3,186.18 | 10,248.86 | |
| 000089 | | Green Side Fans | | | | | | | | | | | | |
| | 000 | 07/31/05 | 500.00 | P | MF200 | 07 00 | 0.00 | 500.00 | 05/31/08 | 193.88 | 87.46 | 87.46 | 281.34 | |
| 000090 | | Green Side Fans | | | | | | | | | | | | |
| | 000 | 06/30/06 | 2,000.00 | P | MF200 | 07 00 | 0.00 | 2,000.00 | 05/31/08 | 776.52 | 349.85 | 349.85 | 1,126.37 | |
| 000091 | | Meter Base | | | | | | | | | | | | |
| | 000 | 06/30/06 | 4,043.72 | P | MF200 | 07 00 | 0.00 | 4,043.72 | 05/31/08 | 1,567.98 | 707.36 | 707.36 | 2,275.34 | |
| 000092 | | Green Side Fans | | | | | | | | | | | | |
| | 000 | 06/27/05 | 1,500.00 | P | MF200 | 07 00 | 0.00 | 1,500.00 | 05/31/08 | 581.64 | 262.39 | 262.39 | 844.03 | |
| 000093 | | Cement | | | | | | | | | | | | |
| | 000 | 06/30/06 | 77.28 | P | MF200 | 07 00 | 0.00 | 77.28 | 05/31/08 | 29.97 | 13.52 | 13.52 | 43.49 | |
| 000094 | | Stump Removal from Greens | | | | | | | | | | | | |
| | 000 | 06/27/05 | 1,550.00 | P | MF200 | 07 00 | 0.00 | 1,550.00 | 05/31/08 | 604.90 | 272.89 | 272.89 | 877.79 | |
| 000095 | | Stump Removal from Greens | | | | | | | | | | | | |
| | 000 | 06/28/05 | 2,175.00 | P | MF200 | 07 00 | 0.00 | 2,175.00 | 05/31/08 | 843.37 | 380.47 | 380.47 | 1,223.84 | |
| 000096 | | Stump Removal from Greens | | | | | | | | | | | | |
| | 000 | 06/22/05 | 2,280.00 | P | MF200 | 07 00 | 0.00 | 2,280.00 | 05/31/08 | 884.09 | 398.83 | 398.83 | 1,282.92 | |
| 000097 | | Stump Removal from Greens | | | | | | | | | | | | |
| | 000 | 07/25/05 | 525.00 | P | MF200 | 07 00 | 0.00 | 525.00 | 05/31/08 | 203.57 | 91.84 | 91.84 | 295.41 | |
| 000098 | | Stump Removal from Greens | | | | | | | | | | | | |
| | 000 | 08/15/06 | 1,100.00 | P | MF200 | 07 00 | 0.00 | 1,100.00 | 05/31/08 | 426.53 | 192.42 | 192.42 | 618.95 | |
| 000099 | | Green Side Fans | | | | | | | | | | | | |
| | 000 | 07/31/05 | 2,305.75 | P | MF200 | 07 00 | 0.00 | 2,305.75 | 05/31/08 | 894.07 | 403.34 | 403.34 | 1,297.41 | |
| 000100 | | Wiring for Green Side Fans | | | | | | | | | | | | |
| | 000 | 06/30/06 | 6,774.68 | R | MF100 | 39 00 | 0.00 | 6,774.68 | 05/31/08 | 340.19 | 173.71 | 173.71 | 513.90 | |
| 000101 | | Wiring for Green Side Fans | | | | | | | | | | | | |
| | 000 | 06/30/05 | 587.07 | R | MF100 | 39 00 | 0.00 | 587.07 | 05/31/08 | 29.48 | 15.05 | 15.05 | 44.53 | |

# The Reserve Golf Club
### Depreciation Expense Report
### As of May 31, 2009

Book = Tax

FYE Month = May

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv / 168(k) Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class = CC** | | | | | | | | | | | | | | |
| 000141 | | Stump Grinder | | | | | | | | | | | | |
| | 000 | 06/13/07 | 1,101.57 | P | MF200 | 05 00 | 0.00 | 1,101.57 | 05/31/08 | 220.31 | 352.50 | 352.50 | 572.81 | |
| | | Class = CC | 44,744.26 | | | | 0.00 | 44,744.26 | | 14,658.18 | 6,887.81 | 6,887.81 | 21,545.99 | |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | | Count = 0 | | | | | | | | | | | | |
| | | Net Subtotal | 44,744.26 | | | | 0.00 | 44,744.26 | | 14,658.18 | 6,887.81 | 6,887.81 | 21,545.99 | |
| | | Count = 15 | | | | | | | | | | | | |
| **Class = CE** | | | | | | | | | | | | | | |
| 000130 | | Fileserver Configuration | | | | | | | | | | | | |
| | 000 | 12/19/05 | 450.00 | P | MF200 | 05 00 | 0.00 | 450.00 | 05/31/08 | 234.00 | 86.40 | 86.40 | 320.40 | |
| 000131 | | Dell Server | | | | | | | | | | | | |
| | 000 | 12/28/06 | 4,552.12 | P | MF200 | 05 00 | 0.00 | 4,552.12 | 05/31/08 | 2,367.10 | 874.01 | 874.01 | 3,241.11 | |
| 000132 | | Dell Computer | | | | | | | | | | | | |
| | 000 | 12/28/06 | 1,621.64 | P | MF200 | 05 00 | 0.00 | 1,621.64 | 05/31/08 | 843.25 | 311.36 | 311.36 | 1,154.61 | |
| 000133 | | Dell Computer | | | | | | | | | | | | |
| | 000 | 12/28/06 | 3,050.46 | P | MF200 | 05 00 | 0.00 | 3,050.46 | 05/31/08 | 1,586.24 | 585.69 | 585.69 | 2,171.93 | |
| 000134 | | Computer Hardware | | | | | | | | | | | | |
| | 000 | 12/28/06 | 9,138.16 | P | MF200 | 05 00 | 0.00 | 9,138.16 | 05/31/08 | 4,751.84 | 1,754.53 | 1,754.53 | 6,506.37 | |
| 000135 | | Computer Hardware | | | | | | | | | | | | |
| | 000 | 12/28/06 | 8,224.16 | P | MF200 | 05 00 | 0.00 | 8,224.16 | 05/31/08 | 4,276.56 | 1,579.04 | 1,579.04 | 5,855.60 | |
| 000158 | | Computer Hardware | | | | | | | | | | | | |
| | 000 | 06/21/07 | 6,180.00 | P | MF200 | 05 00 | 0.00 | 6,180.00 | 05/31/08 | 1,236.00 | 1,977.60 | 1,977.60 | 3,213.60 | |
| 000159 | | Portable Batch Terminal | | | | | | | | | | | | |
| | 000 | 09/07/07 | 821.03 | P | MF200 | 05 00 | 0.00 | 821.03 | 05/31/08 | 164.21 | 262.73 | 262.73 | 426.94 | |
| 000160 | | Web Site Security Blocker | | | | | | | | | | | | |
| | 000 | 03/27/08 | 576.95 | P | MF200 | 05 00 | 0.00 | 576.95 | 05/31/08 | 115.39 | 184.62 | 184.62 | 300.01 | |
| | | Class = CE | 34,614.52 | | | | 0.00 | 34,614.52 | | 15,574.59 | 7,615.98 | 7,615.98 | 23,190.57 | |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | | Count = 0 | | | | | | | | | | | | |
| | | Net Subtotal | 34,614.52 | | | | 0.00 | 34,614.52 | | 15,574.59 | 7,615.98 | 7,615.98 | 23,190.57 | |
| | | Count = 9 | | | | | | | | | | | | |
| **Class = CH** | | | | | | | | | | | | | | |
| 000011 | | Men's Lockers | | | | | | | | | | | | |
| | 000 | 03/01/06 | 38,400.00 | R | MF200 | 07 00 | 0.00 | 38,400.00 | 05/31/08 | 19,974.34 | 5,264.48 | 5,264.48 | 25,238.82 | |
| 000012 | | Ladie's Lockers | | | | | | | | | | | | |
| | 000 | 03/01/05 | 12,600.00 | R | MF200 | 07 00 | 0.00 | 12,600.00 | 05/31/08 | 6,554.09 | 1,727.40 | 1,727.40 | 8,281.49 | |
| 000086 | | Clubhouse | | | | | | | | | | | | |
| | 000 | 03/01/06 | 719,846.75 | R | MF100 | 39 00 | 0.00 | 719,846.75 | 05/31/08 | 40,760.56 | 18,457.61 | 18,457.61 | 59,218.17 | |
| 000087 | | Hot Water Heater | | | | | | | | | | | | |
| | 000 | 03/01/06 | 2,000.00 | R | MF100 | 39 00 | 0.00 | 2,000.00 | 05/31/08 | 108.97 | 51.28 | 51.28 | 160.25 | |
| 000104 | | Front Entrance Rails | | | | | | | | | | | | |
| | 000 | 03/19/07 | 1,050.00 | R | MF100 | 15 00 | 0.00 | 1,050.00 | 05/31/08 | 105.00 | 70.00 | 70.00 | 175.00 | |
| 000105 | | Clubhouse Awnings | | | | | | | | | | | | |
| | 000 | 12/30/06 | 4,576.00 | P | MF200 | 07 00 | 0.00 | 4,576.00 | 05/31/08 | 1,774.37 | 800.47 | 800.47 | 2,574.84 | |
| 000106 | | Bag Drop | | | | | | | | | | | | |
| | 000 | 11/01/06 | 4,100.00 | P | MF200 | 07 00 | 0.00 | 4,100.00 | 05/31/08 | 1,589.80 | 717.20 | 717.20 | 2,307.00 | |
| 000107 | | Flag Pole | | | | | | | | | | | | |

# The Reserve Golf Club
## Depreciation Expense Report
### As of May 31, 2009

Book = Tax

FYE Month = May

| Sys No | In Svc Ext Date | Acquired Value | P T | Depr Math | Est Life | Salv / 168(k) Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class = CH** | | | | | | | | | | | | | |
| | 000 08/29/06 | 2,598.54 | P | MF200 | 07 00 | 0.00 | 2,598.64 | 05/31/08 | 1,007.64 | 454.57 | 454.57 | 1,462.21 | |
| 000108 | Carpet | | | | | | | | | | | | |
| | 000 07/31/06 | 5,177.47 | P | MF200 | 05 00 | 0.00 | 5,177.47 | 05/31/08 | 2,692.28 | 994.08 | 994.08 | 3,686.36 | |
| 000145 | Clubhouse Repairs & Improvements | | | | | | | | | | | | |
| | 000 03/31/07 | 12,805.00 | P | MF150 | 15 00 | 0.00 | 12,805.00 | 05/31/08 | 540.25 | 1,216.48 | 1,216.48 | 1,856.73 | |
| 000146 | Windows | | | | | | | | | | | | |
| | 000 11/29/07 | 4,350.14 | P | MF150 | 15 00 | 0.00 | 4,350.14 | 05/31/08 | 217.51 | 413.26 | 413.26 | 630.77 | |
| 000147 | Pro Shop Lighting | | | | | | | | | | | | |
| | 000 01/25/08 | 3,224.94 | P | MF150 | 15 00 | 0.00 | 3,224.94 | 05/31/08 | 161.25 | 306.37 | 306.37 | 467.62 | |
| 000148 | Lockers and Shelves | | | | | | | | | | | | |
| | 000 02/29/08 | 5,501.20 | P | MF150 | 16 00 | 0.00 | 5,501.20 | 05/31/08 | 275.06 | 522.61 | 522.61 | 797.67 | |
| 000157 | Compressor | | | | | | | | | | | | |
| | 000 04/14/08 | 4,836.00 | P | MF200 | 07 00 | 0.00 | 4,836.00 | 05/31/08 | 690.86 | 1,184.33 | 1,184.33 | 1,875.19 | |
| 000168 | Air Conditioner/Compressor | | | | | | | | | | | | |
| | 000 04/30/09 | 1,200.00 | P | MF200 | 07 00 | 0.00 | 1,200.00 | | 0.00 | 171.43 | 171.43 | 171.43 | |
| 009168 | Clubhouse Repairs/Improvements | | | | | | | | | | | | |
| | 000 07/28/08 | 1,050.00 | P | MF150 | 15 00 | 0.00 | 1,050.00 | | 0.00 | 52.50 | 52.50 | 52.50 | |
| 000169 | Office Repairs/Improvements | | | | | | | | | | | | |
| | 000 07/28/08 | 1,050.00 | P | MF150 | 16 00 | 0.00 | 1,050.00 | | 0.00 | 52.50 | 52.50 | 52.50 | |
| 000170 | PTAC 1600 Amana A/C - Heat Pump | | | | | | | | | | | | |
| | 000 07/10/08 | 1,700.00 | P | MF200 | 07 00 | 0.00 | 1,700.00 | | 0.00 | 242.86 | 242.86 | 242.86 | |
| 000171 | Awning for Porch | | | | | | | | | | | | |
| | 000 07/31/08 | 1,687.50 | P | MF200 | 07 00 | 0.00 | 1,687.50 | | 0.00 | 241.07 | 241.07 | 241.07 | |
| | Class = CH | 827,753.64 | | | | 0.00 | 827,753.64 | | 76,551.98 | 32,940.50 | 32,940.50 | 109,492.48 | |
| | Less disposals and transfers Count = 0 | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | Net Subtotal Count = 19 | 827,753.64 | | | | 0.00 | 827,753.64 | | 76,551.98 | 32,940.50 | 32,940.50 | 109,492.48 | |
| **Class = CP** | | | | | | | | | | | | | |
| 000075 | Bridge (3) | | | | | | | | | | | | |
| | 000 03/01/06 | 10,630.00 | P | MF200 | 07 00 | 0.00 | 10,630.00 | 05/31/08 | 5,477.34 | 1,443.62 | 1,443.62 | 6,920.96 | m |
| 000076 | Parking Lot | | | | | | | | | | | | |
| | 000 03/01/06 | 185,992.30 | R | MF100 | 15 00 | 0.00 | 185,992.30 | 05/31/08 | 28,673.82 | 12,399.49 | 12,399.49 | 41,073.31 | m |
| 000079 | Irrigation System | | | | | | | | | | | | |
| | 000 03/01/06 | 330,000.00 | R | MF100 | 15 00 | 0.00 | 330,000.00 | 05/31/08 | 50,875.00 | 22,000.00 | 22,000.00 | 72,875.00 | m |
| 000080 | Golf Cart Path | | | | | | | | | | | | |
| | 000 03/01/06 | 1,329,046.40 | R | MF100 | 16 00 | 0.00 | 1,329,046.40 | 05/31/08 | 204,894.55 | 88,603.09 | 88,603.09 | 293,497.74 | m |
| 000081 | Putting Greens | | | | | | | | | | | | |
| | 000 03/01/06 | 648,122.14 | R | MF100 | 15 00 | 0.00 | 648,122.14 | 05/31/08 | 84,502.17 | 36,541.48 | 36,541.48 | 121,043.65 | m |
| | Class = CP | 2,403,690.84 | | | | 0.00 | 2,403,690.84 | | 374,422.98 | 160,987.68 | 160,987.68 | 535,410.56 | |
| | Less disposals and transfers Count = 0 | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | Net Subtotal Count = 5 | 2,403,690.84 | | | | 0.00 | 2,403,690.84 | | 374,422.98 | 160,987.68 | 160,987.68 | 535,410.56 | |
| **Class = CS** | | | | | | | | | | | | | |
| 000136 | Computer Software | | | | | | | | | | | | |
| | 000 12/28/06 | 2,996.79 | P | MF200 | 05 00 | 0.00 | 2,996.79 | 05/31/08 | 1,558.33 | 575.38 | 575.38 | 2,133.71 | |

## The Reserve Golf Club
### Depreciation Expense Report
#### As of May 31, 2009

Book = Tax
FYE Month = May

| Sys No | In Svc Ext Date | Acquired Value | P T | Depr Meth | Est Life | Salv / 168(k) Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class = CS** | | | | | | | | | | | | | |
| 000137 | Computer Software | | | | | | | | | | | | |
| | 000  12/28/05 | 15,000.00 | P | MF200 | 05 00 | 0.00 | 15,000.00 | 05/31/08 | 7,800.00 | 2,880.00 | 2,880.00 | 10,680.00 | |
| 000161 | Computer Software | | | | | | | | | | | | |
| | 000  06/21/07 | 9,888.71 | P | MF200 | 05 00 | 0.00 | 9,888.71 | 05/31/08 | 1,977.74 | 3,164.39 | 3,164.39 | 5,142.13 | |
| | Class = CS | 27,885.50 | | | | 0.00 | 27,885.50 | | 11,335.07 | 6,619.77 | 6,619.77 | 17,955.84 | |
| | Less disposals and transfers Count = 0 | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | Net Subtotal Count = 3 | 27,885.50 | | | | 0.00 | 27,885.50 | | 11,335.07 | 6,619.77 | 6,619.77 | 17,955.84 | |
| **Class = EM** | | | | | | | | | | | | | |
| 000005 | Kitchen Equipment | | | | | | | | | | | | |
| | 000  03/01/06 | 50,000.00 | P | MF200 | 05 00 | 0.00 | 50,000.00 | 05/31/08 | 33,500.00 | 6,600.00 | 6,600.00 | 40,100.00 | m |
| 000006 | Computers | | | | | | | | | | | | |
| | 000  03/01/06 | 15,000.00 | P | MF200 | 05 00 | 0.00 | 15,000.00 | 05/31/08 | 10,050.00 | 1,980.00 | 1,980.00 | 12,030.00 | m |
| 000007 | Phone System | | | | | | | | | | | | |
| | 000  03/01/06 | 5,000.00 | P | MF200 | 05 00 | 0.00 | 5,000.00 | 05/31/08 | 3,350.00 | 660.00 | 660.00 | 4,010.00 | m |
| 000010 | Fuel Pump | | | | | | | | | | | | |
| | 000  03/01/06 | 2,850.00 | P | MF200 | 05 00 | 0.00 | 2,850.00 | 05/31/08 | 1,885.07 | 385.97 | 385.97 | 2,271.04 | m |
| 000013 | Caryall cart | | | | | | | | | | | | |
| | 000  03/01/06 | 1,000.00 | P | MF200 | 05 00 | 0.00 | 1,000.00 | 05/31/08 | 661.43 | 135.43 | 135.43 | 796.86 | m |
| 000014 | Six Passenger Caryall | | | | | | | | | | | | |
| | 000  03/01/06 | 1,000.00 | P | MF200 | 05 00 | 0.00 | 1,000.00 | 05/31/08 | 661.43 | 135.43 | 135.43 | 796.86 | m |
| 000015 | Four Seater Passenger Cart | | | | | | | | | | | | |
| | 000  03/01/06 | 500.00 | P | MF200 | 05 00 | 0.00 | 500.00 | 05/31/08 | 330.72 | 67.71 | 67.71 | 398.43 | m |
| 000016 | Greens Roller | | | | | | | | | | | | |
| | 000  03/01/06 | 2,000.00 | P | MF200 | 05 00 | 0.00 | 2,000.00 | 05/31/08 | 1,322.85 | 270.86 | 270.86 | 1,593.72 | m |
| 000017 | Verti Cutter | | | | | | | | | | | | |
| | 000  03/01/06 | 7,000.00 | P | MF200 | 05 00 | 0.00 | 7,000.00 | 05/31/08 | 4,630.00 | 948.00 | 948.00 | 5,578.00 | m |
| 000018 | Verti Cutter | | | | | | | | | | | | |
| | 000  03/01/06 | 7,000.00 | P | MF200 | 05 00 | 0.00 | 7,000.00 | 05/31/08 | 4,630.00 | 948.00 | 948.00 | 5,578.00 | m |
| 000019 | Walking Greens Mower | | | | | | | | | | | | |
| | 000  06/01/06 | 718.00 | P | MF200 | 05 00 | 0.00 | 718.00 | 05/31/08 | 437.98 | 112.01 | 112.01 | 549.99 | m |
| 000020 | Walking Greens Mower | | | | | | | | | | | | |
| | 000  06/01/06 | 718.00 | P | MF200 | 05 00 | 0.00 | 718.00 | 05/31/08 | 437.98 | 112.01 | 112.01 | 549.99 | m |
| 000021 | Walking Greens Mower | | | | | | | | | | | | |
| | 000  06/01/06 | 718.00 | P | MF200 | 05 00 | 0.00 | 718.00 | 05/31/08 | 437.98 | 112.01 | 112.01 | 549.99 | m |
| 000022 | Utility Vehicle | | | | | | | | | | | | |
| | 000  06/01/06 | 5,779.71 | P | MF200 | 05 00 | 0.00 | 5,779.71 | 05/31/08 | 3,525.62 | 901.64 | 901.64 | 4,427.26 | m |
| 000023 | Utility Vehicle | | | | | | | | | | | | |
| | 000  06/01/06 | 5,779.71 | P | MF200 | 05 00 | 0.00 | 5,779.71 | 05/31/08 | 3,525.62 | 901.64 | 901.64 | 4,427.26 | m |
| 000024 | Utility Vehicle | | | | | | | | | | | | |
| | 000  06/01/06 | 5,779.71 | P | MF200 | 05 00 | 0.00 | 5,779.71 | 05/31/08 | 3,525.62 | 901.64 | 901.64 | 4,427.26 | m |
| 000025 | Utility Vehicle | | | | | | | | | | | | |
| | 000  06/01/06 | 5,779.71 | P | MF200 | 05 00 | 0.00 | 5,779.71 | 05/31/08 | 3,525.62 | 901.64 | 901.64 | 4,427.26 | m |
| 000026 | Utility Vehicle | | | | | | | | | | | | |
| | 000  06/01/06 | 5,779.71 | P | MF200 | 05 00 | 0.00 | 5,779.71 | 05/31/08 | 3,525.62 | 901.64 | 901.64 | 4,427.26 | m |
| 000027 | Utility Vehicle | | | | | | | | | | | | |
| | 000  06/01/06 | 5,779.71 | P | MF200 | 05 00 | 0.00 | 5,779.71 | 05/31/08 | 3,525.62 | 901.64 | 901.64 | 4,427.26 | m |
| 000028 | Utility Vehicle | | | | | | | | | | | | |
| | 000  06/01/06 | 5,779.71 | P | MF200 | 05 00 | 0.00 | 5,779.71 | 05/31/08 | 3,525.62 | 901.64 | 901.64 | 4,427.26 | m |

# The Reserve Golf Club
## Depreciation Expense Report
### As of May 31, 2009

Book = Tax

FYE Month = May

| Sys No Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv / 168(k) Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Class = EM | | | | | | | | | | | | | |
| 000029 | Sulky for Green Mowers | | | | | | | | | | | | |
| 000 | 06/01/06 | 600.00 | P | MF200 | 05 00 | 0.00 | 600.00 | 05/31/08 | 366.00 | 93.60 | 93.60 | 459.60 | m |
| 000030 | Sulky for Green Mowers | | | | | | | | | | | | |
| 000 | 06/01/06 | 600.00 | P | MF200 | 05 00 | 0.00 | 600.00 | 05/31/08 | 366.00 | 93.60 | 93.60 | 459.60 | m |
| 000031 | Sulky for Green Mowers | | | | | | | | | | | | |
| 000 | 06/01/06 | 600.00 | P | MF200 | 05 00 | 0.00 | 600.00 | 05/31/08 | 366.00 | 93.60 | 93.60 | 459.60 | m |
| 000032 | Sulky for Green Mowers | | | | | | | | | | | | |
| 000 | 06/01/06 | 600.00 | P | MF200 | 05 00 | 0.00 | 600.00 | 05/31/08 | 366.00 | 93.60 | 93.60 | 459.60 | m |
| 000033 | Sulky for Green Mowers | | | | | | | | | | | | |
| 000 | 06/01/06 | 600.00 | P | MF200 | 05 00 | 0.00 | 600.00 | 05/31/08 | 366.00 | 93.60 | 93.60 | 459.60 | m |
| 000034 | Cushman Utility Vehicle | | | | | | | | | | | | |
| 000 | 06/01/06 | 16,408.00 | P | MF200 | 05 00 | 0.00 | 16,408.00 | 05/31/08 | 10,008.88 | 2,559.65 | 2,559.65 | 12,568.53 | m |
| 000035 | Pro Core 648 | | | | | | | | | | | | |
| 000 | 06/01/06 | 18,703.18 | P | MF200 | 05 00 | 0.00 | 18,703.18 | 05/31/08 | 11,408.94 | 2,917.70 | 2,917.70 | 14,326.64 | m |
| 000036 | Pro Core 648 | | | | | | | | | | | | |
| 000 | 06/01/06 | 18,703.18 | P | MF200 | 05 00 | 0.00 | 18,703.18 | 05/31/08 | 11,408.94 | 2,917.70 | 2,917.70 | 14,326.64 | m |
| 000037 | Pro Sweep 52 | | | | | | | | | | | | |
| 000 | 06/01/06 | 9,940.52 | P | MF200 | 05 00 | 0.00 | 9,940.52 | 05/31/08 | 6,063.72 | 1,550.72 | 1,550.72 | 7,614.44 | m |
| 000038 | PTO Versa Vac | | | | | | | | | | | | |
| 000 | 06/01/06 | 17,306.28 | P | MF200 | 05 00 | 0.00 | 17,306.28 | 05/31/08 | 10,558.05 | 2,700.09 | 2,700.09 | 13,258.14 | m |
| 000039 | Sprayer Utility Vehicle | | | | | | | | | | | | |
| 000 | 06/01/06 | 21,623.00 | P | MF200 | 05 00 | 0.00 | 21,623.00 | 05/31/08 | 13,190.03 | 3,373.19 | 3,373.19 | 16,563.22 | m |
| 000040 | Sprayer Utility Vehicle | | | | | | | | | | | | |
| 000 | 06/01/06 | 28,782.00 | P | MF200 | 05 00 | 0.00 | 28,782.00 | 05/31/08 | 17,557.02 | 4,489.99 | 4,489.99 | 22,047.01 | m |
| 000041 | Buffalo Blower | | | | | | | | | | | | |
| 000 | 06/01/06 | 7,100.00 | P | MF200 | 05 00 | 0.00 | 7,100.00 | 05/31/08 | 4,331.00 | 1,107.60 | 1,107.60 | 5,438.60 | m |
| 000042 | AgriMetal BWT 180 | | | | | | | | | | | | |
| 000 | 06/01/06 | 3,200.00 | P | MF200 | 05 00 | 0.00 | 3,200.00 | 05/31/08 | 1,952.00 | 499.20 | 499.20 | 2,451.20 | m |
| 000043 | Toro Tri Roller | | | | | | | | | | | | |
| 000 | 06/01/06 | 935.00 | P | MF200 | 05 00 | 0.00 | 935.00 | 05/31/08 | 570.35 | 145.86 | 145.86 | 716.21 | m |
| 000044 | Toro Thatching Reel | | | | | | | | | | | | |
| 000 | 06/01/06 | 1,870.00 | P | MF200 | 05 00 | 0.00 | 1,870.00 | 05/31/08 | 1,140.70 | 291.72 | 291.72 | 1,432.42 | m |
| 000045 | Greens Spiker | | | | | | | | | | | | |
| 000 | 06/01/06 | 935.00 | P | MF200 | 06 00 | 0.00 | 935.00 | 05/31/08 | 570.35 | 145.86 | 145.86 | 716.21 | m |
| 000046 | Toro 3250D | | | | | | | | | | | | |
| 000 | 06/01/06 | 7,480.00 | P | MF200 | 05 00 | 0.00 | 7,480.00 | 05/31/08 | 4,562.80 | 1,166.88 | 1,166.88 | 5,729.68 | m |
| 000047 | Kubota Tractor | | | | | | | | | | | | |
| 000 | 06/01/06 | 7,225.00 | P | MF200 | 05 00 | 0.00 | 7,225.00 | 05/31/08 | 4,407.25 | 1,127.10 | 1,127.10 | 5,534.35 | m |
| 000048 | Kubota Tractor | | | | | | | | | | | | |
| 000 | 06/01/06 | 7,225.00 | P | MF200 | 05 00 | 0.00 | 7,225.00 | 05/31/08 | 4,407.25 | 1,127.10 | 1,127.10 | 5,534.35 | m |
| 000049 | Kubota Tractor | | | | | | | | | | | | |
| 000 | 06/01/06 | 6,630.00 | P | MF200 | 05 00 | 0.00 | 6,630.00 | 05/31/08 | 4,044.30 | 1,034.28 | 1,034.28 | 5,078.58 | m |
| 000050 | Kubota Tractor | | | | | | | | | | | | |
| 000 | 06/01/06 | 6,630.00 | P | MF200 | 05 00 | 0.00 | 6,630.00 | 05/31/08 | 4,044.30 | 1,034.28 | 1,034.28 | 5,078.58 | m |
| 000051 | Kubota Tractor | | | | | | | | | | | | |
| 000 | 06/01/06 | 14,875.00 | P | MF200 | 05 00 | 0.00 | 14,875.00 | 05/31/08 | 9,073.75 | 2,320.50 | 2,320.50 | 11,394.25 | m |
| 000052 | Pronovost Dump Trailor | | | | | | | | | | | | |
| 000 | 06/01/06 | 2,380.00 | P | MF200 | 05 00 | 0.00 | 2,380.00 | 05/31/08 | 1,451.80 | 371.28 | 371.28 | 1,823.08 | m |
| 000053 | Pronovost Dump Trailor | | | | | | | | | | | | |
| 000 | 06/01/06 | 2,380.00 | P | MF200 | 05 00 | 0.00 | 2,380.00 | 05/31/08 | 1,451.80 | 371.28 | 371.28 | 1,823.08 | m |
| 000054 | Ryan Sod Cutter | | | | | | | | | | | | |
| 000 | 06/01/06 | 1,275.00 | P | MF200 | 05 00 | 0.00 | 1,275.00 | 05/31/08 | 777.75 | 198.90 | 198.90 | 976.65 | m |

# The Reserve Golf Club
## Depreciation Expense Report
### As of May 31, 2009

Book = Tax

FYE Month = May

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168(K) Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class = EM** | | | | | | | | | | | | | | |
| 000055 | Lely Spreader | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 680.00 | P | MF200 | 05 00 | 0.00 | 680.00 | 05/31/08 | 414.80 | 106.08 | 106.08 | 520.88 | m |
| 000056 | Vermeer Tree | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 9,775.00 | P | MF200 | 05 00 | 0.00 | 9,775.00 | 05/31/08 | 5,962.75 | 1,524.90 | 1,524.90 | 7,487.65 | m |
| 000057 | Vermeer Chipper | | | | | | | | | | | | | |
| | 000 | 06/01/05 | 7,905.00 | P | MF200 | 05 00 | 0.00 | 7,905.00 | 05/31/08 | 4,822.05 | 1,233.18 | 1,233.18 | 6,055.23 | m |
| 000058 | Vermeer Trench | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 3,145.00 | P | MF200 | 05 00 | 0.00 | 3,145.00 | 05/31/08 | 1,918.45 | 490.62 | 490.62 | 2,409.07 | m |
| 000059 | Dakota 410 Top Dresser | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 3,485.00 | P | MF200 | 05 00 | 0.00 | 3,485.00 | 05/31/08 | 2,125.85 | 543.66 | 543.66 | 2,669.51 | m |
| 000060 | Toro Grounds Master 328-d | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 5,950.00 | P | MF200 | 05 00 | 0.00 | 5,950.00 | 05/31/08 | 3,629.50 | 928.20 | 928.20 | 4,557.70 | m |
| 000061 | Toro Pro Care | | | | | | | | | | | | | |
| | 000 | 06/01/05 | 6,800.00 | P | MF200 | 05 00 | 0.00 | 6,800.00 | 05/31/08 | 4,148.00 | 1,060.80 | 1,060.80 | 5,208.80 | m |
| 000062 | Sub Aire | | | | | | | | | | | | | |
| | 000 | 06/01/05 | 6,800.00 | P | MF200 | 05 00 | 0.00 | 6,800.00 | 05/31/08 | 4,148.00 | 1,060.80 | 1,060.80 | 5,208.80 | m |
| 000063 | Toro Pro Care | | | | | | | | | | | | | |
| | 000 | 06/01/05 | 6,800.00 | P | MF200 | 05 00 | 0.00 | 6,800.00 | 05/31/08 | 4,148.00 | 1,060.80 | 1,060.80 | 5,208.80 | m |
| 000064 | Sub Aire | | | | | | | | | | | | | |
| | 000 | 06/01/05 | 6,800.00 | P | MF200 | 05 00 | 0.00 | 6,800.00 | 05/31/08 | 4,148.00 | 1,060.80 | 1,060.80 | 5,208.80 | m |
| 000065 | Toro Reel Master Transport | | | | | | | | | | | | | |
| | 000 | 06/01/05 | 6,120.00 | P | MF200 | 05 00 | 0.00 | 6,120.00 | 05/31/08 | 3,733.20 | 954.72 | 954.72 | 4,687.92 | m |
| 000066 | Foley Bedknife Grinder | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 3,825.00 | P | MF200 | 05 00 | 0.00 | 3,825.00 | 05/31/08 | 2,333.25 | 595.70 | 595.70 | 2,929.95 | m |
| 000067 | Foley Reel Grinder Table Top | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 6,375.00 | P | MF200 | 05 00 | 0.00 | 6,375.00 | 05/31/08 | 3,888.75 | 994.50 | 994.50 | 4,883.25 | m |
| 000068 | Toro Sand Pro | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 3,655.00 | P | MF200 | 05 00 | 0.00 | 3,655.00 | 05/31/08 | 2,229.55 | 570.18 | 570.18 | 2,799.73 | m |
| 000069 | Toro Sand Pro | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 3,655.00 | P | MF200 | 05 00 | 0.00 | 3,655.00 | 05/31/08 | 2,229.55 | 570.18 | 570.18 | 2,799.73 | m |
| 000070 | Toro Sand Pro | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 3,655.00 | P | MF200 | 05 00 | 0.00 | 3,655.00 | 05/31/08 | 2,229.55 | 570.18 | 570.18 | 2,799.73 | m |
| 000071 | Toro Debris Blower | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 1,275.00 | P | MF200 | 05 00 | 0.00 | 1,275.00 | 05/31/08 | 777.75 | 198.90 | 198.90 | 976.65 | m |
| 000072 | Toro Debris Blower | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 1,275.00 | P | MF200 | 05 00 | 0.00 | 1,275.00 | 05/31/08 | 777.75 | 198.90 | 198.90 | 976.65 | m |
| 000073 | Toro Hydroject 3000 | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 6,800.00 | P | MF200 | 05 00 | 0.00 | 6,800.00 | 05/31/08 | 4,148.00 | 1,060.80 | 1,060.80 | 5,208.80 | m |
| 000074 | Toro Workman | | | | | | | | | | | | | |
| | 000 | 06/01/06 | 4,250.00 | P | MF200 | 05 00 | 0.00 | 4,250.00 | 05/31/08 | 2,592.50 | 663.00 | 663.00 | 3,255.50 | m |
| 000077 | Pumping Station | | | | | | | | | | | | | |
| | 000 | 03/01/06 | 110,000.00 | P | MF200 | 05 00 | 0.00 | 110,000.00 | 05/31/08 | 71,225.00 | 15,510.00 | 15,510.00 | 86,735.00 | m |
| 000114 | Cutter | | | | | | | | | | | | | |
| | 000 | 02/28/07 | 2,073.75 | P | MF200 | 05 00 | 0.00 | 2,073.75 | 05/31/08 | 1,078.35 | 398.16 | 398.16 | 1,476.51 | |
| 000162 | Goodman Heatpump Air Handler | | | | | | | | | | | | | |
| | 000 | 03/19/08 | 1,660.00 | P | MF200 | 07 00 | 0.00 | 1,660.00 | 05/31/08 | 237.14 | 406.53 | 406.53 | 643.67 | |

# The Reserve Golf Club
### Depreciation Expense Report
### As of May 31, 2009

Book = Tax
FYE Month = May

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Math | Est Life | Salv / 168(k) Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Class = EM | 551,328.88 | | | | 0.00 | 551,328.88 | | 344,771.51 | 82,460.38 | 82,460.38 | 427,231.89 | |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | | Count = 0 | | | | | | | | | | | | |
| | | Net Subtotal | 551,328.88 | | | | 0.00 | 551,328.88 | | 344,771.51 | 82,460.38 | 82,460.38 | 427,231.89 | |
| | | Count = 69 | | | | | | | | | | | | |
| | | **Class = FF** | | | | | | | | | | | | |
| 000002 | | Seats (50) | | | | | | | | | | | | |
| | 000 | 03/01/05 | 23,750.00 | P | MF200 | 05 00 | 0.00 | 23,750.00 | 05/31/08 | 15,912.50 | 3,135.00 | 3,135.00 | 19,047.50 | m |
| 000003 | | Tables (to seats) | | | | | | | | | | | | |
| | 000 | 03/01/05 | 9,750.00 | P | MF200 | 05 00 | 0.00 | 9,750.00 | 05/31/08 | 6,532.50 | 1,287.00 | 1,287.00 | 7,819.50 | m |
| 000004 | | Bar Stools | | | | | | | | | | | | |
| | 000 | 03/01/05 | 5,700.00 | P | MF200 | 05 00 | 0.00 | 5,700.00 | 05/31/08 | 3,819.00 | 752.40 | 752.40 | 4,571.40 | m |
| 000109 | | Office Furniture | | | | | | | | | | | | |
| | 000 | 03/01/05 | 20,000.00 | P | MF200 | 05 00 | 0.00 | 20,000.00 | 05/31/08 | 13,228.57 | 2,708.57 | 2,708.57 | 15,937.14 | m |
| 000109 | | Fireproof Cabinet | | | | | | | | | | | | |
| | 000 | 01/24/07 | 920.45 | P | MF200 | 07 00 | 0.00 | 920.45 | 05/31/08 | 356.91 | 161.01 | 161.01 | 517.92 | |
| 000110 | | Furniture | | | | | | | | | | | | |
| | 000 | 08/29/05 | 2,895.00 | P | MF200 | 07 00 | 0.00 | 2,895.00 | 05/31/08 | 1,122.55 | 506.42 | 506.42 | 1,628.97 | |
| 000160 | | Clubator Storage Units | | | | | | | | | | | | |
| | 000 | 08/10/07 | 1,926.52 | P | MF200 | 07 00 | 0.00 | 1,926.52 | 05/31/08 | 275.50 | 472.29 | 472.29 | 747.79 | |
| 000161 | | Flat Screen TV | | | | | | | | | | | | |
| | 000 | 10/31/07 | 2,838.47 | P | MF200 | 05 00 | 0.00 | 2,838.47 | 05/31/08 | 567.69 | 908.31 | 908.31 | 1,476.00 | |
| | | Class = FF | 67,782.44 | | | | 0.00 | 67,782.44 | | 41,815.22 | 9,931.00 | 9,931.00 | 51,746.22 | |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | | Count = 0 | | | | | | | | | | | | |
| | | Net Subtotal | 67,782.44 | | | | 0.00 | 67,782.44 | | 41,815.22 | 9,931.00 | 9,931.00 | 51,746.22 | |
| | | Count = 8 | | | | | | | | | | | | |
| | | **Class = GC** | | | | | | | | | | | | |
| 000001 | | Land | | | | | | | | | | | | |
| | 000 | 03/01/05 | 5,027,860.58 | R | NoDep | 00 00 | 0.00 | 5,027,860.58 | 05/31/08 | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | Class = GC | 5,027,860.58 | | | | 0.00 | 5,027,860.58 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | | Count = 0 | | | | | | | | | | | | |
| | | Net Subtotal | 5,027,860.58 | | | | 0.00 | 5,027,860.58 | | 0.00 | 0.00 | 0.00 | 0.00 | |
| | | Count = 1 | | | | | | | | | | | | |
| | | **Class = KE** | | | | | | | | | | | | |
| 000115 | | Swap Out Griddle | | | | | | | | | | | | |
| | 000 | 01/25/07 | 500.00 | P | MF200 | 05 00 | 0.00 | 500.00 | 05/31/08 | 260.00 | 96.00 | 96.00 | 356.00 | |
| 000116 | | Counter Gas Griddle | | | | | | | | | | | | |
| | 000 | 12/28/05 | 1,338.75 | P | MF200 | 05 00 | 0.00 | 1,338.75 | 05/31/08 | 696.15 | 257.04 | 257.04 | 953.19 | |
| 000117 | | Char Boiler Range | | | | | | | | | | | | |
| | 000 | 09/30/05 | 1,297.91 | P | MF200 | 05 00 | 0.00 | 1,297.91 | 05/31/08 | 674.91 | 249.20 | 249.20 | 924.11 | |
| 000118 | | Hot Plate Range | | | | | | | | | | | | |
| | 000 | 09/30/05 | 1,215.08 | P | MF200 | 05 00 | 0.00 | 1,215.08 | 05/31/08 | 631.84 | 233.30 | 233.30 | 865.14 | |
| 000119 | | Gas Griddle | | | | | | | | | | | | |

# The Reserve Golf Club
## Depreciation Expense Report
### As of May 31, 2009

Book = Tax

FYE Month = May

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv / 168(k) Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class = KE** | | | | | | | | | | | | | | |
| | 000 | 09/30/05 | 1,205.14 | P | MF200 | 05 00 | 0.00 | 1,205.14 | 05/31/08 | 626.67 | 231.39 | 231.39 | 858.06 | |
| 000120 | Coldtech Cooler | | | | | | | | | | | | | |
| | 000 | 09/30/06 | 1,543.64 | P | MF200 | 05 00 | 0.00 | 1,543.64 | 05/31/08 | 802.69 | 296.38 | 296.38 | 1,099.07 | |
| 000121 | Convection Oven | | | | | | | | | | | | | |
| | 000 | 09/30/06 | 3,749.38 | P | MF200 | 05 00 | 0.00 | 3,749.38 | 05/31/08 | 1,949.68 | 719.88 | 719.88 | 2,669.56 | |
| 000122 | Coldtech Freezer | | | | | | | | | | | | | |
| | 000 | 09/30/06 | 1,258.24 | P | MF200 | 05 00 | 0.00 | 1,258.24 | 05/31/08 | 654.29 | 241.58 | 241.58 | 895.87 | |
| 000123 | Heat Lamps | | | | | | | | | | | | | |
| | 000 | 09/30/06 | 430.46 | P | MF200 | 05 00 | 0.00 | 430.46 | 05/31/08 | 223.84 | 82.65 | 82.65 | 306.49 | |
| 000124 | Gas Fryer | | | | | | | | | | | | | |
| | 000 | 09/30/06 | 1,694.00 | P | MF200 | 05 00 | 0.00 | 1,694.00 | 05/31/08 | 880.88 | 325.25 | 325.25 | 1,206.13 | |
| 000125 | 20 Qt. Mixer | | | | | | | | | | | | | |
| | 000 | 09/30/06 | 1,810.00 | P | MF200 | 05 00 | 0.00 | 1,810.00 | 05/31/08 | 941.20 | 347.52 | 347.52 | 1,288.72 | |
| 000126 | Countertop Prep Unit | | | | | | | | | | | | | |
| | 000 | 09/30/05 | 1,972.24 | P | MF200 | 05 00 | 0.00 | 1,972.24 | 05/31/08 | 1,025.57 | 378.67 | 378.67 | 1,404.24 | |
| 000127 | 5 ft. Hood System | | | | | | | | | | | | | |
| | 000 | 09/30/06 | 9,660.00 | P | MF200 | 05 00 | 0.00 | 9,660.00 | 05/31/08 | 5,023.20 | 1,854.72 | 1,854.72 | 6,877.92 | |
| 000128 | Beer Cooler | | | | | | | | | | | | | |
| | 000 | 06/30/06 | 2,409.75 | P | MF200 | 05 00 | 0.00 | 2,409.75 | 05/31/08 | 1,253.07 | 462.67 | 462.67 | 1,715.74 | |
| 000129 | Waffle Baker | | | | | | | | | | | | | |
| | 000 | 03/30/07 | 941.75 | P | MF200 | 05 00 | 0.00 | 941.75 | 05/31/08 | 489.71 | 180.82 | 180.82 | 670.53 | |
| 000163 | Portable Call Box | | | | | | | | | | | | | |
| | 000 | 02/18/08 | 1,686.12 | P | MF200 | 07 00 | 0.00 | 1,686.12 | 05/31/08 | 240.88 | 412.93 | 412.93 | 653.81 | |
| 000164 | Ice Maker/Dispenser | | | | | | | | | | | | | |
| | 000 | 02/29/08 | 5,917.79 | P | MF200 | 05 00 | 0.00 | 5,917.79 | 05/31/08 | 1,183.56 | 1,893.69 | 1,893.69 | 3,077.25 | |
| 000155 | Water Filter | | | | | | | | | | | | | |
| | 000 | 03/13/08 | 650.00 | P | MF200 | 05 00 | 0.00 | 650.00 | 05/31/08 | 130.00 | 208.00 | 208.00 | 338.00 | |
| 000156 | Reach-In Refridgerator | | | | | | | | | | | | | |
| | 000 | 03/14/08 | 2,326.11 | P | MF200 | 05 00 | 0.00 | 2,326.11 | 05/31/08 | 465.22 | 744.36 | 744.36 | 1,209.58 | |
| 000167 | Beverage Air Beer Cooler | | | | | | | | | | | | | |
| | 000 | 03/14/08 | 2,461.76 | P | MF200 | 05 00 | 0.00 | 2,461.76 | 05/31/08 | 492.35 | 787.76 | 787.76 | 1,280.11 | |
| 000176 | Barbeque Grill | | | | | | | | | | | | | |
| | 000 | 05/07/09 | 430.92 | P | MF200 | 05 00 | 0.00 | 430.92 | | 0.00 | 86.18 | 86.18 | 86.18 | |
| | Class = KE | | 44,499.04 | | | | 0.00 | 44,499.04 | | 18,545.71 | 10,089.99 | 10,089.99 | 28,735.70 | |
| | Less disposals and transfers | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | Count = 0 | | | | | | | | | | | | | |
| | Net Subtotal | | 44,499.04 | | | | 0.00 | 44,499.04 | | 18,545.71 | 10,089.99 | 10,089.99 | 28,735.70 | |
| | Count = 21 | | | | | | | | | | | | | |
| **Class = OE** | | | | | | | | | | | | | | |
| 000112 | Printer | | | | | | | | | | | | | |
| | 000 | 08/31/05 | 437.72 | P | MF200 | 05 00 | 0.00 | 437.72 | 05/31/08 | 227.61 | 84.04 | 84.04 | 311.65 | |
| | Class = OE | | 437.72 | | | | 0.00 | 437.72 | | 227.61 | 84.04 | 84.04 | 311.65 | |
| | Less disposals and transfers | | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | Count = 0 | | | | | | | | | | | | | |
| | Net Subtotal | | 437.72 | | | | 0.00 | 437.72 | | 227.61 | 84.04 | 84.04 | 311.65 | |
| | Count = 1 | | | | | | | | | | | | | |
| **Class = OT** | | | | | | | | | | | | | | |

# The Reserve Golf Club
## Depreciation Expense Report
### As of May 31, 2009

Book = Tax

FYE Month = May

| Sys No | In Svc Ext Date | Acquired Value | P T | Depr Meth | Est Life | Salv / 168(k) Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class = OT** | | | | | | | | | | | | | |
| 000138 | Geng Ball Hawk (Driving Range Picker) | | | | | | | | | | | | |
| | 000 07/13/06 | 3,085.55 | P | MF200 | 05 00 | 0.00 | 3,085.55 | 05/31/08 | 1,604.49 | 592.42 | 592.42 | 2,196.91 | |
| 000139 | Air Purifiers | | | | | | | | | | | | |
| | 000 07/25/06 | 1,800.00 | P | MF200 | 05 00 | 0.00 | 1,800.00 | 05/31/08 | 936.00 | 345.60 | 345.60 | 1,281.60 | |
| 000140 | CO2 Regulator | | | | | | | | | | | | |
| | 000 07/31/06 | 45.16 | P | MF200 | 05 00 | 0.00 | 45.16 | 05/31/08 | 23.48 | 8.67 | 8.67 | 32.15 | |
| 000152 | FRx Defibrillator | | | | | | | | | | | | |
| | 000 09/30/07 | 1,699.00 | P | MF200 | 05 00 | 0.00 | 1,699.00 | 05/31/08 | 339.80 | 543.66 | 543.66 | 883.46 | |
| 000163 | Wiring for Green Side Fans | | | | | | | | | | | | |
| | 000 03/14/08 | 3,543.14 | R | MF100 | 39 00 | 0.00 | 3,543.14 | 05/31/08 | 18.93 | 90.85 | 90.85 | 109.78 | |
| 000177 | Pull Carts | | | | | | | | | | | | |
| | 000 08/22/08 | 1,479.70 | P | MF200 | 07 00 | 0.00 | 1,479.70 | | 0.00 | 211.39 | 211.39 | 211.39 | |
| 000178 | Road Signage | | | | | | | | | | | | |
| | 000 08/27/08 | 445.20 | P | MF200 | 07 00 | 0.00 | 445.20 | | 0.00 | 63.60 | 63.60 | 63.60 | |
| 000179 | Exchanger Cabinet Cooler | | | | | | | | | | | | |
| | 000 05/31/09 | 3,124.84 | P | MF200 | 05 00 | 0.00 | 3,124.84 | | 0.00 | 624.97 | 624.97 | 624.97 | |
| | Class = OT | 15,222.59 | | | | 0.00 | 15,222.59 | | 2,922.70 | 2,481.16 | 2,481.16 | 5,403.88 | |
| | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | Count = 0 | | | | | | | | | | | | |
| | Net Subtotal | 15,222.59 | | | | 0.00 | 15,222.59 | | 2,922.70 | 2,481.16 | 2,481.16 | 5,403.88 | |
| | Count = 8 | | | | | | | | | | | | |
| **Class = SO** | | | | | | | | | | | | | |
| 000102 | Fencing | | | | | | | | | | | | |
| | 000 02/28/07 | 3,200.00 | R | MF100 | 15 00 | 0.00 | 3,200.00 | 05/31/08 | 320.00 | 213.33 | 213.33 | 533.33 | |
| 000103 | Plants | | | | | | | | | | | | |
| | 000 02/28/07 | 1,503.45 | R | MF100 | 05 00 | 0.00 | 1,503.45 | 05/31/08 | 451.04 | 300.69 | 300.69 | 751.73 | |
| 000142 | Parking Lots (Resealing) | | | | | | | | | | | | |
| | 000 07/30/07 | 21,185.10 | P | MF150 | 15 00 | 0.00 | 21,185.10 | 05/31/08 | 1,059.26 | 2,012.58 | 2,012.58 | 3,071.84 | |
| 000143 | Sand Project | | | | | | | | | | | | |
| | 000 04/11/08 | 17,661.06 | P | MF150 | 15 00 | 0.00 | 17,661.06 | 05/31/08 | 883.05 | 1,677.80 | 1,677.80 | 2,560.85 | |
| 000144 | Green Side Fans | | | | | | | | | | | | |
| | 000 04/16/08 | 15,250.00 | P | MF200 | 07 00 | 0.00 | 15,250.00 | 05/31/08 | 2,178.57 | 3,734.70 | 3,734.70 | 5,913.27 | |
| 000164 | Bunker Sand | | | | | | | | | | | | |
| | 000 10/31/08 | 14,489.96 | P | MF150 | 15 00 | 0.00 | 14,489.96 | | 0.00 | 724.50 | 724.50 | 724.50 | |
| 000165 | 50" Oscillating Fans | | | | | | | | | | | | |
| | 000 06/20/08 | 13,614.41 | P | MF200 | 07 00 | 0.00 | 13,614.41 | | 0.00 | 1,944.92 | 1,944.92 | 1,944.92 | |
| 000166 | Fan Expenses | | | | | | | | | | | | |
| | 000 06/20/08 | 635.36 | P | MF200 | 07 00 | 0.00 | 635.36 | | 0.00 | 90.77 | 90.77 | 90.77 | |
| | Class = SO | 87,539.34 | | | | 0.00 | 87,539.34 | | 4,891.92 | 10,699.29 | 10,699.29 | 15,591.21 | |
| | Less disposals and transfers | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | Count = 0 | | | | | | | | | | | | |
| | Net Subtotal | 87,539.34 | | | | 0.00 | 87,539.34 | | 4,891.92 | 10,699.29 | 10,699.29 | 15,591.21 | |
| | Count = 8 | | | | | | | | | | | | |
| **Class = VH** | | | | | | | | | | | | | |
| 000008 | 2000 GMC Sierra | | | | | | | | | | | | |
| | 000 03/01/05 | 5,500.00 | A | MF200 | 05 00 | 0.00 | 5,500.00 | 05/31/08 | 3,685.00 | 726.00 | 726.00 | 4,411.00 | m |
| 000009 | Flatbed | | | | | | | | | | | | |

### The Reserve Golf Club
### Depreciation Expense Report
### As of May 31, 2009

Book = Tax
FYE Month = May

| Sys No | Ext | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv / 168(k) Sec 179 | Depreciable Basis | Prior Thru | Prior Accum Depreciation | Depreciation This Run | Current YTD Depreciation | Current Accum Depreciation | Key Code |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Class = VH** | | | | | | | | | | | | | | |
| 000 | | 03/01/06 | 2,000.00 | A | MF200 | 05 00 | 0.00 | 2,000.00 | 05/31/08 | 1,340.00 | 264.00 | 264.00 | 1,604.00 | m |
| | | Class = VH | 7,500.00 | | | | 0.00 | 7,500.00 | | 5,025.00 | 990.00 | 990.00 | 6,015.00 | |
| | | Less disposals and transfers Count = 0 | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | | Net Subtotal Count = 2 | 7,500.00 | | | | 0.00 | 7,500.00 | | 5,025.00 | 990.00 | 990.00 | 6,015.00 | |
| | | | | | | | | | | | | | | |
| | | Grand Total | 9,651,328.67 | | | | 0.00 | 9,651,328.67 | | 938,816.78 | 345,736.92 | 345,736.92 | 1,284,553.70 | |
| | | Less disposals and transfers Count = 0 | 0.00 | | | | 0.00 | 0.00 | | 0.00 | | | 0.00 | |
| | | Net Grand Total Count = 177 | 9,651,328.67 | | | | 0.00 | 9,651,328.67 | | 938,816.78 | 345,736.92 | 345,736.92 | 1,284,553.70 | |

-------------------------------------------- Report Assumptions --------------------------------------------

Report Name:  Depreciation Expense
Source Report:  <Standard Report>

Calculation Assumptions:
    Short Year: none
    Include Sec 168(k) Allowance & Sec 179: No
    Adjustment Convention: None

Key Codes:
    a:    A depreciation adjustment amount is included in the reporting period.
    b:    The asset's business-use percentage is less than 100%.
    d:    The asset has been disposed.
    l:    The asset has switched from a MACRS table calculation to the MACRS formula calculation.
    t:    The asset's depreciation has been limited by luxury auto rules.
    m:    The asset's depreciation was calculated using the mid-quarter convention.
    r:    The asset's acquired value was reduced to arrive at the depreciable basis.
    s:    The asset has switched from declining-balance to a straight-line.
    t:    The asset was transferred.
    v:    The asset has switched to remaining value over remaining life due to ACE.

Group/Sorting Criteria:
    Group = Class
    Include Assets that meet the following conditions:
        All FAS Assets
    Sorted by: Class (with subtotals), System No, Extension

## Schedule 2.1(c)

### Assigned Contracts

1. Santee Cooper Electrical 7/9/08 (Hartford Fire Insurance Co.) Bond #22BSBEA2094

2. Dodson Bros. Exterminating Company, Inc. – Subterranean Termite Service Agreement dated January 29, 2008

3. Boxgroove.com- Private Golf Club Service Agreement dated August 4, 2009

4. CitiCapital Commerical Leasing Corporation –Master Lease #111-0153170-002

5. Plantation Federal Bank – Promissory Note dated June 3, 2009

6. Wells Fargo Financial Leasing, Inc. – Master Leases dated June 30, 2006 and July 30, 2006

7. IKON Financial Services – Lease Agreement and Master Maintenance and Sale Agreement, each dated August 9, 2006.

8. Pitney Bowes – Lease dated March 10, 2006

9. Time Warner Cable – Service Agreement dated March 18, 2009

10. CSI USA Distribution Inc. – Software License Agreement dated May 15, 2007

11. Auto-Chlor System of Carolina LLC – Dishwashing Machine Agreement dated August 4, 2008

## Schedule 2.1(e)

## Intangible Rights

U.S. Mark No. 3355970

## Schedule 2.1(g)

### Inventory

See attached.

Turnhouse/Clubhouse Inventory

# OCT 09

Month ending

| Vendor | Size | Item | Cost | Turnhouse | Clubhouse | Turn totals | Clubhouse Total |
|--------|------|------|------|-----------|-----------|-------------|-----------------|
| | | **SOFT DRINKS** | | | | | |
| Sams | btl | Bottle Water 20oz. | $0.35 | 0 | 36 | $0.00 | $12.60 |
| Sams | 42 oz | Coffee-8 O'clock Reg* | $11.22 | 1 | 0 | $11.22 | $0.00 |
| Sams | 42 oz | Coffee-8 O'clock Decaf | $11.22 | 1 | 0 | $11.22 | $0.00 |
| Sams | bt | Gatorade | $0.71 | 0 | 613 | $0.00 | $435.23 |
| Sysco | 4 oz. | Ind. Tea Bags (32) | $1.21 | 0 | 11 | $0.00 | $13.31 |
| Sysco | 3 gal | Iced Tea swt * 2    1.5 gal | $94.57 | | 1 | $0.00 | $94.57 |
| Sysco | 1.5 gal | Iced Tea unswt * | $51.73 | | 0 | $0.00 | $0.00 |
| Fairway | btl | Arnold Palmer | $0.96 | 0 | 95 | $0.00 | $91.20 |
| Citavo | ea | Hot chocolate | $0.15 | 0 | 12 | $0.00 | $1.80 |
| Sysco | 64 oz. | Juice, Orange | $3.50 | 0 | 1 | $0.00 | $3.50 |
| Sysco | 32 oz. | Juice-Cranberry | $3.35 | 0 | 1 | $0.00 | $3.35 |
| Sysco | ea | Juice-Grapefruit *    48/5.5 oz | $0.56 | | 6 | $0.00 | $3.36 |
| Sysco | 6 oz | Juice - Pineapple | $0.47 | | | $0.00 | $0.00 |
| Sysco | 60 oz | Juice - Ruby Red Grapefruit | $2.86 | | 1 | $0.00 | $2.86 |
| Sysco | ea | Club Soda (1 Liter) | $0.75 | 0 | 5 | $0.00 | $3.75 |
| Sysco | ea | Tonic (1 Liter) | $0.75 | 0 | 2 | $0.00 | $1.50 |
| pepsi | ca | liq coffee | $92.13 | 0 | 4 | $0.00 | $368.52 |
| Coke | ea | Soda-12oz can Coke Products | $0.41 | 0 | 818 | $0.00 | $335.38 |
| | gal | Pepsi B cups | 14.30 | | 24 | | 343.20 |
| | | **TOTAL SOFT DRINKS INVENTORY:** | | | | $22.44 | $1,370.93 |
| | | **SNACKS/SIDES** | | | | | |
| | ea | Variety Pak,Candy bars (30 in a box) | $0.44 | 0 | 77 | $0.00 | $33.88 |
| Snack Shack | ea | Hersheys | $0.50 | 0 | 0 | $0.00 | $0.00 |
| Snack Shack | ea | Hersheys w/Almonds | $0.50 | 0 | 0 | $0.00 | $0.00 |
| Yak N Snack | ea | Chocolate Bar-Snickers 48 in case | $0.53 | 0 | 0 | $0.00 | $0.00 |
| Quick Street | ea | Chocolate Bar Reeses | $0.46 | | 0 | $0.00 | $0.00 |
| Quick Street | ea | Chocolate Bar M&Ms | $0.46 | | | $0.00 | $0.00 |
| Quick Street | ea | Chocolate Bar M&Ms Peanut | $0.46 | 0 | | $0.00 | $0.00 |
| Quick Street | ea | Chocolate Bar-Milky way/3musketeers | $0.46 | | | $0.00 | $0.00 |
| | ea | Cheezit 3lb. Box | $6.29 | 0 | 2 | $0.00 | $12.58 |
| Yak N Snack | ea | Cheezit 26 in a case | $0.43 | | | $0.00 | $0.00 |
| Yak N Snack | ea | Plain Chips  50 in a case | $0.27 | 0 | 200 | $0.00 | $54.00 |
| | ea | Chips- Variety Pack 50 in a case | $0.50 | 0 | | $0.00 | $0.00 |
| Yak N Snack | ea | BBQ Chips  50 in a case | $0.27 | 0 | 0 | $0.00 | $0.00 |
| Sysco | ea. | Chips-Lays Potato Bulk 16z bag | $1.92 | | | $0.00 | $0.00 |
| | es | Pepridge Farms assorted crackers | $38.98 | | | $0.00 | $0.00 |
| Quick Street | ea | Crackers-Lance asst. | $0.21 | 0 | 36 | $0.00 | $7.56 |
| Quick Street | ea | Cookies-Fig Newtons | $0.40 | | | $0.00 | $0.00 |
| Quick Street | ea | Granola | $0.49 | 0 | 3 | $0.00 | $1.47 |
| Quick Street | ea | Nuts-Planters Individual Asst. | $0.45 | 0 | | $0.00 | $0.00 |
| Sysco | ea | Nuts-Imperial Can | $22.99 | 0 | | $0.00 | $0.00 |
| Yak N Snack | ea | Pretzels 36 in a case | $0.30 | | 0 | $0.00 | $0.00 |
| Sysco | ea | Popcorn  Pansy Farm | $0.62 | 0 | 0 | $0.00 | $0.00 |

1714.13

Turnhouse/Clubhouse Inventory                                                                                    Month ending

| | | MEDICINES/SUNDRIES | | | | | |
|---|---|---|---|---|---|---|---|
| Snack Shack | can | Medicine-Rolaids | $0.58 | | 12 | $0.00 | $6.96 |
| Yak N Snack | can | Halls 20 in a case | $0.75 | 0 | 13 | $0.00 | $9.75 |
| Yak N Snack | can | Chap Stick 10 in case | $1.10 | 0 | 4 | $0.00 | $4.40 |
| Snack Shack | can | Medicine-Single Pack Asst. | $0.36 | 0 | 5 | $0.00 | $1.80 |
| | | CANNED VEGETABLES | | | | | |
| Roland | can #10 | Artichoke hearts | $11.67 | | | $0.00 | $0.00 |
| Lee's Farm | can #10 | Baby Corn | $5.48 | | | $0.00 | $0.00 |
| Sysco | | Lima Beans | $39.98 | | | $0.00 | $0.00 |
| Sysco | #10 can | Sweet Potatoes | $3.29 | | 0 | $0.00 | $0.00 |
| Sysco | can | Pepper Roland red roasted 28 0z. | $2.98 | | | $0.00 | $0.00 |
| | | CANNED SEAFOOD | | | | | |
| Sysco | Can | Clam Juice | $1.74 | | 2 | $0.00 | $3.48 |
| Sysco | Can | Clams sea chopped | $7.31 | | 4 | $0.00 | $29.24 |
| Sysco | Can | Crab meat lump Handy | $25.00 | | | $0.00 | $0.00 |
| Sysco | 66.5 oz can | Tuna 66.5 oz chunk white ** | $11.66 | | 1 | $0.00 | $11.66 |
| | | CANNED PASTAS/RICE/BEANS | | | | | |
| Sysco | can | Al Dente Pasta Sauce | $5.98 | | | $0.00 | $0.00 |
| Sysco | can | Baked Beans-Bush #10 can | $4.80 | | | $0.00 | $0.00 |
| Sysco | #10 | Beans-Black | $3.63 | | | $0.00 | $0.00 |
| Sysco | #10 | Beans-refried | $3.84 | | 7 | $0.00 | $26.88 |
| Sysco | #10 | Beans-Kidney | $3.33 | | 4 | $0.00 | $13.32 |
| Sysco | can | Beef Tamales | $37.15 | | | $0.00 | $0.00 |
| Sysco | #10 | Corned Beef Hash ** | $11.65 | | | $0.00 | $0.00 |
| | 10 #can | Salad-Three Bean | $5.74 | | | $0.00 | $0.00 |
| Chefmate | #10 can | Gravy sausage Chefmate | $9.61 | | 1 | $0.00 | $9.61 |
| | | DRY PASTAS/RICE/BEANS | | | | | |
| Sysco | can | Hashbrown Box | $3.50 | 0 | 4 | $0.00 | $14.00 |
| Piggly Wiggly | 2lb bag | Grits | $2.09 | | | $0.00 | $0.00 |
| | es. | Pasta-Bowtie | $8.33 | | | $0.00 | $0.00 |
| Sysco | 1# | Pasta-Angel Hair | $1.21 | | 2 | $0.00 | $2.46 |
| Sysco | can | Pasta-Ziti | $1.00 | | | $0.00 | $0.00 |
| Sysco | 1# bag | Pasta-Penne 1#** | $1.28 | | | $0.00 | $0.00 |
| Sysco | 1# bag | Pasta- Fettucini** | $1.13 | | | $0.00 | $0.00 |
| Sysco | can | Pancake / waffle mix | $7.79 | | 1 | $0.00 | $7.79 |
| Sysco | 50# | Popcorn Kernels | $35.87 | | 0 | $0.00 | $0.00 |
| Piggly Wiggly | can | Quaker Oats | $4.29 | | 1 | $0.00 | $4.29 |
| Sysco | 20 # | Rice- Jasmine | $1.59 | | | $0.00 | $0.00 |
| Sysco | 25# | Rice-uncle ben's converted | $0.62 | | | $0.00 | $0.00 |
| Sysco | bg. | Ricesticks | $0.99 | | | $0.00 | $0.00 |
| Piggly Wiggly | ea | Lentils | $0.79 | | 4 | $0.00 | $3.16 |
| Piggly Wiggly | can | Egg Noodles | $1.75 | | 1 | $0.00 | $1.75 |
| Piggly Wiggly | ea | Piggly Wiggly assorted small goods | $100.00 | | | $0.00 | $0.00 |
| | | PREPARED SALADS | | | | | |
| Sysco | 12# box | Potato Salad | $21.25 | | | $0.00 | $0.00 |

Tumhouse/Clubhouse Inventory                                                                 Month ending

| | | | BROTH BASES | | | | |
|---|---|---|---|---|---|---|---|
| RL Schreiber | jar | Beef | $14.75 | 0 | 1 | $0.00 | $14.75 |
| RL Schreiber | jl | Chicken | $14.88 | 0 | 0 | $0.00 | $0.00 |
| RL Schreiber | 2.5# tub | Turkey Base | $15.03 | | | $0.00 | $0.00 |
| RL Schreiber | 1# | Shrimp | $28.85 | | | $0.00 | $0.00 |
| RL Schreiber | lb | Veal demi glaze * | $9.66 | 0 | 2 | $0.00 | $19.32 |
| | | | SOUPS | | | | |
| Boars Head | 8 lb. | Manhattan clam chowder | $33.00 | | | $0.00 | $0.00 |
| Boars Head | 8 lb. | Chicken Pot Pie soup | $33.00 | | | $0.00 | $0.00 |
| Boars Head | ea | Turkey Sweet Corn Soup | $32.00 | | | $0.00 | $0.00 |
| Boars Head | jar | Turkey Wild Rice | $29.50 | | | $0.00 | $0.00 |
| Boars Head | 8 lb. | Chicken Noodle | $25.00 | | | $0.00 | $0.00 |
| Boars Head | 8 lb. | Turkey Chowder | $37.00 | | | $0.00 | $0.00 |
| Boars Head | 8 lb. | Potato leek soup | $32.00 | | | $0.00 | $0.00 |
| Sysco | ea. | Campbells Cream of Chicken Soup | $3.73 | | | $0.00 | $0.00 |
| Boars Head | 8 lb. | Chili w/ beans * | $40.00 | | | $0.00 | $0.00 |
| | | | OLIVES/PICKLES/PEPPERS/CHERRIES | | | | |
| Sysco | | Cherries w/stems | $13.95 | | | $0.00 | $0.00 |
| Sysco | gal | Jalapenos | $8.99 | 0 | 0.5 | $0.00 | $4.50 |
| Sysco | 2 gal | Pickles | $19.99 | | 0.5 | $0.00 | $10.00 |
| Sysco | ea. | Black Olives #10 Can | $5.40 | | | $0.00 | $0.00 |
| Sysco | gal . | Queen Olives Pitted | $18.99 | | | $0.00 | $0.00 |
| | | | DRESSINGS/CONDIMENTS | | | | |
| Sysco | packet/cs | Ketchup packets | $25.67 | | | $0.00 | $0.00 |
| Heinz | btl | Ketchup-Squeeze | $1.42 | 0 | 5 | $0.00 | $7.10 |
| Sysco | #10 can | Ketchup | $3.33 | | 1 | $0.00 | $3.33 |
| Sysco | packet/cs | Mayonnaise packets | $25.67 | | 0.75 | $0.00 | $19.25 |
| Sysco | btl | Mayo-Squeeze | $4.14 | | | $0.00 | $0.00 |
| Sysco | gal | Mayonnaise Hellmans | $14.99 | 0 | 2 | $0.00 | $29.98 |
| Sysco | packet/cs | Mustard packets | $ 9.15 | | 0.5 | $0.00 | $4.58 |
| Heinz | btl. | Mustard-squeeze | $1.69 | | 5 | $0.00 | $8.45 |
| Sysco | G | Mustard prepared | $3.98 | | 2 | $0.00 | $7.96 |
| Sysco | G | Mustard Brown spicy | $5.55 | | | $0.00 | $0.00 |
| Piggly Wiggly | jar | Mustard-Dijon | $3.49 | | | $0.00 | $0.00 |
| Sysco | pint | Mustard-Grey Poupon Bistro Sauce | $5.40 | | 2 | $0.00 | $10.80 |
| Sysco | G | Sweet Relish | $ 6.85 | | 1 | $0.00 | $6.85 |
| Sysco | G | Dressing-1000 Island | $10.89 | | 1 | $0.00 | $10.89 |
| Sysco | G | Dressing-Asian Sesame | $17.89 | | | $0.00 | $0.00 |
| Sysco | gal | Dressing-Sun Dried Tomato Basil | $12.93 | | | $0.00 | $0.00 |
| Southern | G | Dressing-Bleu Cheese * | $24.00 | | 0.5 | $0.00 | $12.00 |
| Sysco | G | Dressing-Ceasar *C94 | $15.55 | | 0.25 | $0.00 | $3.89 |
| Sysco | G | Dressing-Cole Slaw * | $8.99 | | | $0.00 | $0.00 |
| Sysco | G | Dressing-Cusabi | $11.83 | | 0.5 | $0.00 | $5.92 |
| Sysco | gal | Dressing-Honey Mustard * | $14.54 | | 1 | $0.00 | $14.54 |
| Sysco | G | Dressing-Hot Bacon | $11.97 | | | $0.00 | $0.00 |
| Southern | Gal | Dressing-Vidalia | $18.47 | | | $0.00 | $0.00 |
| Sysco | G | Dressing-Parm Peppercorn | $15.70 | | | $0.00 | $0.00 |
| Sysco | G | Dressing-Ranch * | $11.45 | | 1 | $0.00 | $11.45 |
| Sysco | G | Dressing-Rasp. Vinaigrette | $10.83 | | 2 | $0.00 | $21.66 |

Turnhouse/Clubhouse Inventory                                                                    Month ending

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Sysco | gal | Dressing-Wish bone (Italian) | $10.00 | | .1 | $0.00 | $10.00 |
| Dickenson | cs | Jelly Jars | $0.35 | | | $0.00 | $0.00 |
| Sysco | jar | Mint Jelly | $4.95 | | | $0.00 | $0.00 |
| Piggly Wiggly | ea. | Jif Peanut Butter | $4.55 | | | $0.00 | $0.00 |
| Knorr | can 1.5# | Hollandaise 4 per cs | $10.94 | | 2 | $0.00 | $21.88 |
| Sysco | G | Horseradish-White | $14.05 | | | $0.00 | $0.00 |
| Sysco | ea | Lemon Juice 32z/12 ct. cs. * | $2.04 | | 2 | $0.00 | $4.08 |
| Sysco | ea | Sauce-Cheese | $6.50 | | | $0.00 | $0.00 |
| Sysco | gal | Sauce-A-1 Steak | $33.99 | | | $0.00 | $0.00 |
| Sysco | G | Sauce-Cattlemen's Sweet/Bold BBQ * | $11.87 | | | $0.00 | $0.00 |
| Sysco | qt | Sauce-kitchen bouquet browning | $8.39 | | | $0.00 | $0.00 |
| Sysco | #10 con | Sauce-Marinara Angela Mia | $6.15 | | | $0.00 | $0.00 |
| | | Sauce-Enchilada | $4.35 | | 2 | $0.00 | $8.70 |
| Sysco | 4 Lb. | Sauce-Sweet Chili | $8.00 | | 1 | $0.00 | $8.00 |
| Sysco | gal | Sauce-Picante Mild Salsa | $11.45 | | 1 | $0.00 | $11.45 |
| Sysco | .5 gal | Sauce-Plum Sweet & Spicy | $11.45 | | | $0.00 | $0.00 |
| Sysco | gal | Sauce-Kikomen Teriyaki * | $11.78 | | 2 | $0.00 | $23.56 |
| Sysco | G | Sauce-Soy Kikkoman | $10.98 | | 0.5 | $0.00 | $5.49 |
| Sysco | G | Sauce-tartar | $13.45 | | | $0.00 | $0.00 |
| Sysco | G | Sauce-Texas Pete Buffalo | $8.78 | | | $0.00 | $0.00 |
| Southern | 12 oz. | Sauce-Tabasco bottles | $6.38 | 0 | 2 | $0.00 | $12.76 |
| Southern | gal. | Sauce-Frank's Hot | $14.08 | | | $0.00 | $0.00 |
| Southern | gal. | Sauce-Worchestershire | $11.78 | | 1 | $0.00 | $11.78 |
| Sysco | gal | Pancake Syrup | $20.95 | | 2 | $0.00 | $41.90 |
| | | **OILS/VINEGAR/COOKING WINE** | | | | | |
| Sysco | ea | Fryor oil 35# | $49.72 | | 2 | $0.00 | $99.44 |
| Sysco | G | Olive Oil | $18.80 | | 1 | $0.00 | $18.80 |
| Sysco | cn | Pan spray | $2.97 | | 1 | $0.00 | $2.97 |
| Sysco | gal | Olive Oil Blend | $9.83 | | 1 | $0.00 | $9.83 |
| PT Liquor | btl | Sherry Wine | $4.25 | | | $0.00 | $0.00 |
| | btl | Madeira Wine | $5.50 | | | $0.00 | $0.00 |
| | btl | Marsala Wine | $4.25 | | | $0.00 | $0.00 |
| Southern | G | Sherry Vinegar | $11.34 | | | $0.00 | $0.00 |
| Heinz | btl | vinegar malt | $2.49 | | | $0.00 | $0.00 |
| Sysco | G | Rice Wine Vinegar | $11.45 | | 0.05 | $0.00 | $0.57 |
| Sysco | G | White Vinegar | $2.94 | | | $0.00 | $0.00 |

Tuckhouse/Clubhouse Inventory                                                                         Month ending

| | | SPICES | | | | | |
|---|---|---|---|---|---|---|---|
| Sysco | Jar | Assorted Spices | $150.00 | | 1 | $0.00 | $150.00 |
| RL Schreiber | 5 lb | Blackfish | $6.95 | | | $0.00 | $0.00 |
| RL Schreiber | 24 oz. | Caribe Jerk | $15.82 | | | $0.00 | $0.00 |
| RL Schreiber | 14 oz | Cayenne | $4.83 | 0 | 1 | $0.00 | $4.83 |
| RL Schreiber | 16 oz. | Celery Seed | $6.09 | | | $0.00 | $0.00 |
| RL Schreiber | Jar | Chili Powder | $5.40 | | | $0.00 | $0.00 |
| RL Schreiber | 14 oz | Cinnamon-ground | $6.95 | | | $0.00 | $0.00 |
| RL Schreiber | 16 oz | Cumin | $5.50 | | | $0.00 | $0.00 |
| RL Schreiber | 4 oz jar | Dill weed * | $3.78 | | | $0.00 | $0.00 |
| RL Schreiber | 40 oz. | Garlic salt | $3.50 | | | $0.00 | $0.00 |
| RL Schreiber | 24 oz. | Garlic-granulated | $6.50 | | | $0.00 | $0.00 |
| RL Schreiber | 14 oz. | Ginger-ground * | $4.62 | | | $0.00 | $0.00 |
| Sysco | 5 lb | Lawrys Sea Salt  5# Container | $15.89 | 0 | 0.25 | $0.00 | $3.97 |
| RL Schreiber | Tub | Montreal Steak | $19.95 | | | $0.00 | $0.00 |
| | | Old Bay Seasoning | $9.75 | | | $0.00 | $0.00 |
| RL Schreiber | 16 oz. | Onion powder * | $5.26 | | | $0.00 | $0.00 |
| RL Schreiber | 4 oz jar | Oregano | $5.05 | | | $0.00 | $0.00 |
| RL Schreiber | 16 oz. | Paprika | $12.39 | | | $0.00 | $0.00 |
| RL Schreiber | 10 oz | Parsley Flakes | $5.25 | | | $0.00 | $0.00 |
| RL Schreiber | 12 oz. | Pepper- red-crushed | $4.15 | | | $0.00 | $0.00 |
| RL Schreiber | | Pepper-black | $6.25 | | | $0.00 | $0.00 |
| RL Schreiber | 5# tub | Pepper-Black 30 mesh | $26.95 | | | $0.00 | $0.00 |
| RL Schreiber | 1# | Peppercorn Blend | $7.75 | | | $0.00 | $0.00 |
| RL Schreiber | 23 oz | Peppercorns-whole | $9.75 | | | $0.00 | $0.00 |
| RL Schreiber | 16 oz jar | Pepper-white ground * | $10.09 | | 1 | $0.00 | $10.09 |
| RL Schreiber | 1# jar | Poultry seasoning | $5.25 | | | $0.00 | $0.00 |
| Sysco | 1 lb. | Rosemary-ground | $9.75 | | | $0.00 | $0.00 |
| Sysco | 6 oz | Sage-rubbed | $4.25 | | | $0.00 | $0.00 |
| Sysco | ea. | Salt ( 24 26 oz. per) * | $0.41 | | | $0.00 | $0.00 |
| Sysco | bx | Salt-Kosher | $0.95 | | | $0.00 | $0.00 |
| RL Schreiber | 1.5 oz jar | Sesame seed blk | $7.40 | | | $0.00 | $0.00 |
| RL Schreiber | 20 oz jar | Sesame-seed wht | $6.81 | | | $0.00 | $0.00 |
| RL Schreiber | 3 oz. | Shallots freeze dried | $ 16.54 | | | $0.00 | $0.00 |
| RL Schreiber | 24 oz. | Sweet & Smokey Rotisserie * | $5.01 | | | $0.00 | $0.00 |
| RL Schreiber | 20 oz | Taco Seasoning | $5.40 | | | $0.00 | $0.00 |
| RL Schreiber | 3 oz | Tarragon leaf * | $5.67 | | | $0.00 | $0.00 |
| RL Schreiber | 7 oz J | Thyme-Whole French | $4.25 | | | $0.00 | $0.00 |
| RL Schreiber | 6 oz | Whole Basil | $5.50 | | | $0.00 | $0.00 |
| RL Schreiber | 2 oz | Whole Bay Leaves | $5.25 | | | $0.00 | $0.00 |

Turnhouse/Clubhouse inventory                                                                   Month ending

| | | | | | | |
|---|---|---|---|---|---|---|
| **FLOUR/SUGAR/SWEETENERS** | | | | | | |
| Sysco | es. | Sweetener-Equal * | $28.98 | | 0.05 | $0.00 | $1.45 |
| Sysco | es | Sweetener-splenda sugar substitute * | $39.64 | | 0.05 | $0.00 | $1.98 |
| Sysco | os | Sweetener-sugar packets 2000ct * | $13.19 | | 0.05 | $0.00 | $0.66 |
| Sysco | es. | Sweetener-Sweet & Low * | $25.33 | | 0.5 | $0.00 | $12.67 |
| | 50 lb. bag | Brown Sugar ($32.35 per 50# bag) | $0.64 | | | $0.00 | $0.00 |
| | box | Confectioners sugar | $0.66 | | 1 | $0.00 | $0.66 |
| | 25# Bag | Flour | $0.35 | | | $0.00 | $0.00 |
| Sysco | 25#bag | Sugar-bulk | $13.87 | | 1 | $0.00 | $13.87 |
| | box | Corn Starch | $0.60 | | 11 | $0.00 | $6.60 |
| **BREADING GOODS** | | | | | | |
| Sysco | 2.25#bag | Croutons | $4.06 | | 0.5 | $0.00 | $2.03 |
| Sysco | cs | Captains Wafers | $17.98 | 0.5 | 0.5 | $4.49 | $8.99 |
| Sysco | 10 # box | Crushed Saltines | $14.98 | | 1 | $0.00 | $14.98 |
| Sysco | 25 lb bag | Hushpuppie mix | $0.62 | | | $0.00 | $0.00 |
| | un | Italian Bread crumbs | $1.75 | | | $0.00 | $0.00 |
| Sysco | 1# | Japanese Bread Crumb 25# bag | $0.86 | | | $0.00 | $0.00 |
| | 25#bag | Seafood breader (.64 lb) * | $0.64 | | | $0.00 | $0.00 |
| Sysco | 25#bag | Chicken Breador * | $0.75 | | | $0.00 | $0.00 |
| | bg | Tempura | $5.09 | | | $0.00 | $0.00 |
| **BAKING** | | | | | | |
| Sysco | gal | Vanilla Extract | $16.98 | | 1 | $0.00 | $16.98 |
| | ea. | Graham Cracker Crumbs | $12.00 | | | $0.00 | $0.00 |
| | packets | Chocolate Mousse Packets | $1.50 | | 9 | $0.00 | $13.50 |
| | Btl. | Hershey Syrup | $1.99 | | | $0.00 | $0.00 |
| Sysco | 5# | Honey | $17.56 | | | $0.00 | $0.00 |
| | en | Lyons Dessert Sauce-Asst. flavors | $2.24 | | 6 | $0.00 | $13.44 |
| | | Sprinkles | $2.00 | | | $0.00 | $0.00 |
| Sysco | 5# | Pecan Pieces ($38.79 case) | $7.76 | | | $0.00 | $0.00 |
| Sysco | cs | Pine nuts | $29.00 | | | $0.00 | $0.00 |
| **MEATS** | | | | | | |
| | # | Chicken breast | $1.97 | | 30 | $0.00 | $59.10 |
| Southern | cs | Bacon- Applewood Smoke | $45.50 | | | $0.00 | $0.00 |
| Piggly Wiggly | lb | Hamhocks | $0.99 | | | $0.00 | $0.00 |
| Sysco | cs. | Bratwurst * | $28.78 | | | $0.00 | $0.00 |
| Boars Head | lb | Canadian Bacon | $5.29 | | | $0.00 | $0.00 |
| Boars Head | lb | Turkey Breast (Honey) | $4.74 | | | $0.00 | $0.00 |
| Sysco | cs | Raw Turkey Breast | $60.64 | | 1 | $0.00 | $60.64 |
| Boars Head | lb | Ham- Honey | $4.07 | | 1 | $0.00 | $4.07 |
| Sams | 14 pk. | Hot Dog Hebrew Natl. | $9.88 | | 2 | $0.00 | $19.76 |
| Sysco | cs | Pit Ham | $68.69 | | 1 | $0.00 | $68.69 |
| Sysco | # | Ground Beef 81/19 fine *   CAB | $2.73 | | | $0.00 | $0.00 |

Turnhouse/Clubhouse Inventory                                                                 Month ending

| | | **DAIRY** | | | | | |
|---|---|---|---|---|---|---|---|
| Pig | ea | Milk 1 gal | $3.99 | | 1 | $0.00 | $3.99 |
| Boars Head | lb | White American Cheese | $2.99 | | 3 | $0.00 | $8.97 |
| Sysco | 3.4 lb. | Butter chip * | $8.36 | | | $0.00 | $0.00 |
| Sysco | 1# | Butter Brick unsalted * | $1.94 | | | $0.00 | $0.00 |
| Sysco | 1 gal | Butter It * | $12.28 | | | $0.00 | $0.00 |
| Sysco | 3# | Butter Pearls * | $14.60 | | | $0.00 | $0.00 |
| Boars Head | 1 lb. | American Cheese (5 # pack) | $2.99 | | 1 | $0.00 | $2.99 |
| Boars Head | lb | Cheddar Cheese | $8.59 | | | $0.00 | $0.00 |
| Sysco | lb | Cheese-Cream | $2.86 | | | $0.00 | $0.00 |
| Sysco | lb | Cheese-Crumbled blue | $3.07 | | | $0.00 | $0.00 |
| Boars Head | 1# | Cheese-Gouda | $4.26 | | | $0.00 | $0.00 |
| Sysco | 5# | Cheese-Mild Shred Cheddar 4/#5* | $18.30 | | | $0.00 | $0.00 |
| | 5# | Cheese- Grated Parmasean | $28.98 | | | $0.00 | $0.00 |
| Sysco | lb | Cheese-Feta | $5.52 | | | $0.00 | $0.00 |
| Sysco | 5 lb | Cheese-Mozz. Shredded (5 # per) ** | $15.46 | | | $0.00 | $0.00 |
| Sysco | 1# | Cheese-Shredded Parmesean * | $3.98 | | | $0.00 | $0.00 |
| Boars Head | 1# | Cheese-Swiss Slice 6/#2pk * | $5.42 | | 1 | $0.00 | $5.42 |
| Sysco | os | Creamer-French Vanilla (288 os.) * | $17.67 | | 1 | $0.00 | $17.67 |
| Sysco | os | Creamer-plain (360 cse) ** | $12.34 | | 1 | $0.00 | $12.34 |
| Sysco | doz. | Eggs-Large Grade AA Shell ** | $1.44 | | 5 | $0.00 | $7.20 |
| Sysco | 1# | Eggs-Liquid * | $1.68 | | | $0.00 | $0.00 |
| Sysco | 32z | Heavy Cream 40%* | $3.00 | | 2 | $0.00 | $6.00 |
| Sysco | 5# | Sour Cream * | $5.77 | | | $0.00 | $0.00 |
| Riches | ea | Whipped Topping | $2.97 | | | $0.00 | $0.00 |
| Sysco | 3G | Vanilla Ice Cream * | $17.98 | | 1 | $0.00 | $17.98 |
| | | **FRESH PRODUCE** | | | | | |
| Lee's Farm | 1# | Asparagus | $ 2.43 | | | $0.00 | $0.00 |
| Lee's Farm | ea | Avocados | $1.25 | | | $0.00 | $0.00 |
| Lees Farm | lb | Baby Spinach | $3.99 | | | $0.00 | $0.00 |
| Piggly Wiggly | 1 # | Cabbage-Slaw mix | $5.00 | | | $0.00 | $0.00 |
| Lee's Farm | ea | Cantalope | $2.34 | | | $0.00 | $0.00 |
| Sysco | ea | Capers | $7.75 | | | $0.00 | $0.00 |
| Lee's Farm | lb | Carrots | $0.50 | | | $0.00 | $0.00 |
| Lee's Farm | Stalk | Celery | $1.45 | | | $0.00 | $0.00 |
| Lee's Farm | ea | Cucumbers | $0.60 | | | $0.00 | $0.00 |
| Lee's Farm | gal | Garlic- Whole | $9.75 | | | $0.00 | $0.00 |
| Lee's Farm | 1# | Grapes Red | $ 1.90 | | | $0.00 | $0.00 |
| Lee's Farm | ea | Honeydew | $4.50 | | | $0.00 | $0.00 |
| Lee's Farm | ea | Lemons | $0.27 | 0 | 20 | $0.00 | $5.40 |
| Lee's Farm | ea | Lettuce-Green Leaf | $1.03 | | | $0.00 | $0.00 |
| Sysco | head | Lettuce-Iceburg | $0.95 | | 6 | $0.00 | $3.70 |
| Lee's Farm | ea | Lettuce-Romaine Hearts (48 ct) | $2.90 | 0 | 12 | $0.00 | $34.80 |
| Lees Farm | ea | Lettuce-Spring Mix | $11.75 | | 1 | $0.00 | $11.75 |
| Lee's Farm | ea. | Limes | $0.31 | 0 | 12 | $0.00 | $3.72 |
| Lee's Farm | 1# | Mushrooms | $1.95 | | | $0.00 | $0.00 |
| Lee's Farm | .25# | Onions- Red | $18.75 | 0 | 0.25 | $0.00 | $4.69 |
| Lee's Farm | 1# | Onions- Yellow | $0.87 | | | $0.00 | $0.00 |
| Lee's Farm | lb | Oranges | $1.00 | | | $0.00 | $0.00 |

Turnhouse/Clubhouse Inventory

Month ending

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Lees farm | Bunch | Parsley | $0.60 | | | $0.00 | $0.00 |
| Lee's Farm | ea | Peppers Green | $0.17 | | | $0.00 | $0.00 |
| Lee's Farm | ea | Peppers Red | $1.95 | | | $0.00 | $0.00 |
| Lee's Farm | ea | Peppers yellow | $3.75 | | | $0.00 | $0.00 |
| Lee's Farm | ea | Pineapple | $3.75 | | | $0.00 | $0.00 |
| Lee's Farm | Case | Potatoes | $26.75 | | | $0.00 | $0.00 |
| Lee's Farm | Bunch | Scallions | $0.60 | | 1 | $0.00 | $0.60 |
| Lee's Farm | 25# cs | Tomatoes | $28.75 | 0 | 0.25 | $0.00 | $7.19 |
| Lees Farm | Pint | Tomatoes-grape | $2.06 | | 1 | $0.00 | $2.06 |
| **BREADS** | | | | | | | |
| Sysco | es | Bread - Hot Dog Bun | $26.44 | 0 | 2.5 | $0.00 | $66.10 |
| | cs | Hamburger Rolls | $22.75 | | 10 | $0.00 | $227.50 |
| Lee's Farm | ea | Bread - Italian | $3.49 | | | $0.00 | $0.00 |
| Piggly Wiggly | ea | Sour Dough/ White and Wheat | $3.69 | 0 | 3 | $0.00 | $11.07 |
| Piggly Wiggly | ea | French Rolls | $3.49 | | | $0.00 | $0.00 |
| Sysco | ea | Croissant | $59.17 | | | $0.00 | $0.00 |
| Thomas | ea | English muffin (6 pk) * | $2.49 | | | $0.00 | $0.00 |
| Sysco | cs | Mini muffins | $21.75 | | | $0.00 | $0.00 |
| Piggly Wiggly | ea | Wanton Skins | $3.29 | | | $0.00 | $0.00 |
| Piggly Wiggly | ea | Flour Tortillas small | $1.99 | | | $0.00 | $0.00 |
| Sysco | pk | Flour Tortillas 12" * | $1.91 | | 5 | $0.00 | $9.55 |
| Sysco | cs | Pita 7" | $27.67 | | 0.25 | $0.00 | $6.92 |
| **FROZEN SNACKS/SIDES** | | | | | | | |
| Sysco | 5# | Chili-Hot Dog | $8.92 | 0 | 1 | $0.00 | $8.92 |
| Sysco | Box | Pork Egg roll (6 per ea) * | $7.48 | | | $0.00 | $0.00 |
| Sysco | Box | Veg. Spring roll (80 per cs) * | $6.25 | | | $0.00 | $0.00 |
| Sysco | ea | French Fries shoestring | $30.66 | | 4 | $0.00 | $122.64 |
| Sysco | cs | French Fries steak | $30.66 | | 2 | $0.00 | $61.32 |
| Sysco | ea | Onion Rings | $24.98 | | | $0.00 | $0.00 |
| Sysco | lb | Black bean &cheese Quesadilla Rolls | $4.05 | | | $0.00 | $0.00 |
| Sysco | 1 lb. | Guacamole (12 1 # per ea) * | $4.57 | | | $0.00 | $0.00 |
| Sysco | ea | Sausage Biscuits 24 per case | $1.66 | | 36 | $0.00 | $59.76 |
| **FROZEN FRUIT/VEGETABLES** | | | | | | | |
| Boars Head | cs | Sauerkraut | $12.96 | | 0.5 | $0.00 | $6.48 |
| Piggly Wiggly | Bag | Strawberries | $2.99 | | | $0.00 | $0.00 |
| Piggly Wiggly | Bag | Peaches | $1.99 | | | $0.00 | $0.00 |
| Sysco | 2# bag | Green Beans | $2.23 | | 0.5 | $0.00 | $1.12 |
| Piggly Wiggly | ea | Okra | $1.99 | | 2 | $0.00 | $3.98 |
| Sysco | cs | Corn | $31.56 | | | $0.00 | $0.00 |
| Sysco | cs | Corn on the cob | $25.98 | | 0.5 | $0.00 | $12.99 |
| **FROZEN PASTAS/RICE/BEANS** | | | | | | | |
| Southern | cs | Broccini Sausage Ravioli | $53.01 | | | $0.00 | $0.00 |
| | ea | Cheese Ravioli | $9.69 | | | $0.00 | $0.00 |
| Sysco | ea | Macaroni and Cheese Bites | $3.99 | | 1 | $0.00 | $3.99 |

Turnhouse/Clubhouse Inventory

Month ending

| | | FROZEN BREADS | | | | |
|---|---|---|---|---|---|---|
| Sysco | os. | Pundos] dinner roll asst. 6 - 40 oz @ os. * | $26.78 | 0 | $0.00 | $0.00 |
| Southern | cs | Kadifi (Shredded Philo) | $33.87 | 1 | $0.00 | $33.87 |
| Sysco | cs | Puff Pastry sheets | $36.78 | 0.5 | $0.00 | $18.39 |
| Piggly Wiggly | en | Filo Dough | $3.29 | | $0.00 | $0.00 |
| Sysco | cs. | Biscuits Buttermilk (180 os. $.16@) * | $30.89 | | $0.00 | $0.00 |
| | | FROZEN SEAFOOD | | | | |
| Sysco | lb | Grouper filet | $8.26 | | $0.00 | $0.00 |
| Sysco | 2 # bag | Grouper fingers (6 2lb. Bags per os.) * | $11.66 | | $0.00 | $0.00 |
| Sysco | lb | Cod filet | $5.48 | 10 | $0.00 | $54.80 |
| Sysco | lb. | Mahi Mahi 10# per os | $6.57 | | $0.00 | $0.00 |
| Sysco | Each | Mussels | $6.21 | | $0.00 | $0.00 |
| Sysco | 1# | Salmon Filet Packer * (avg. 10# box) | $6.77 | | $0.00 | $0.00 |
| Sysco | lb | Packer Sea Scallops (2 5# Bags) | $4.98 | | $0.00 | $0.00 |
| Sysco | cs | Snow crab clusters | $148.98 | | $0.00 | $0.00 |
| Sysco | lb | Shrimp 16/20 tall on (packer) * | $7.46 | | $0.00 | $0.00 |
| Sysco | lb | Tuna Ahi Loin | $7.84 | 2 | $0.00 | $15.68 |
| Sysco | 5# | Trout 3.93 por lb | $3.93 | 3 | $0.00 | $11.79 |
| Sysco | cs | Shrimp 41/50 * (poppers) | $33.80 | 0 | $0.00 | $0.00 |
| | | FROZEN MEATS | | | | |
| Sysco | cs | Beef steak chicken fried | $31.56 | | $0.00 | $0.00 |
| Sysco | ea | Beef Ribeye | $7.83 | | $0.00 | $0.00 |
| Sysco | Each | Beef Tenderloin | $50.33 | | $0.00 | $0.00 |
| Sysco | cs | beef steak philly | $38.79 | 0 | $0.00 | $0.00 |
| Sysco | ea | NY Strip Steak (12 oz) | $8.84 | 8 | $0.00 | $70.72 |
| Sysco | ea | Chicken breast (6 oz) * (48 per os.) | $1.20 | | $0.00 | $0.00 |
| Sysco | 10# | Chicken Meat-Pulled Diced | $41.57 | | $0.00 | $0.00 |
| Raeford | 10# os. | Chicken Tenders | $29.70 | 0 | $0.00 | $0.00 |
| Prestige | 40 # | Chicken Wings  1cs  1s 40# | $67.60 | 0 | $0.00 | $0.00 |
| Sysco | ea | Beef Livers | $20.35 | | $0.00 | $0.00 |
| Sysco | cs | Lamb rack (20 per os) | $158.19 | | $0.00 | $0.00 |
| Sysco | 5# | Meatballs ($1.79 per lb.)* | $8.95 | | $0.00 | $0.00 |
| Sysco | per case | Pork Rib Loin 30#case* | $107.13 | | $0.00 | $0.00 |
| Sysco | lb | Pork Shank | $2.98 | 0 | $0.00 | $0.00 |
| Sysco | 5 lb | Pork BBQ with sauce ** | $18.37 | | $0.00 | $0.00 |
| Sysco | Each | Ribeye-Whole | $69.20 | | $0.00 | $0.00 |
| Sysco | 30# Box | Ribs- Hormel | $100.86 | | $0.00 | $0.00 |
| Sysco | cs. | Sausage links (160 per cs. $.17@) * | $27.98 | | $0.00 | $0.00 |
| Sysco | cs. | Sausage patties] 1.5 oz)*($.24 @) * | $27.98 | | $0.00 | $0.00 |

Turnhouse/Clubhouse Inventory                                                                 Month ending

| | | DESSERTS/PASTRIES | | | | |
|---|---|---|---|---|---|---|
| Piggly Wiggly | en | Birthday Cake | $14.99 | | $0.00 | $0.00 |
| Southern | es | Pecan tarts | $64.99 | 0 | $0.00 | $0.00 |
| Sysco | ea | Carrot Cake Sarah Lee | $13.71 | 1 | $0.00 | $13.71 |
| | ies | Chocolate Chunk | $51.99 | | $0.00 | $0.00 |
| Sysco | en | Cheesecake 11" asst. | $18.82 | | $0.00 | $0.00 |
| Sysco | ea. | Churros | $19.95 | 0.5 | $0.00 | $9.98 |
| | es | Snicker Doodles Cookies | $48.75 | | $0.00 | $0.00 |
| Southern | icase | Cookie Dough-pnut butter 220 ct | $49.75 | | $0.00 | $0.00 |
| Sysco | ense | Cookie Dough-Heath 220 ct. ct. | $62.13 | | $0.00 | $0.00 |
| Sysco | anse | Lemon Bars/blue/apple | $79.98 | | $0.00 | $0.00 |
| Sweet Streets | ion | Orange Creamsicle Cheesecake | $30.12 | | $0.00 | $0.00 |
| Southern | onse | Lemon Tarts | $53.99 | | $0.00 | $0.00 |
| Sweet Streets | en | Strawberry Labomba Cake | $28.85 | | $0.00 | $0.00 |
| Sysco | onse | Lemon sorbet | $136.40 | 0 | 0.25 | $0.00 | $34.10 |
| | es | Danish- Sara Lee | $17.89 | | $0.00 | $0.00 |
| | ea | Carmel Apple Cookies | $52.78 | | $0.00 | $0.00 |
| Sweet Streets | es | Xangos | $68.65 | | $0.00 | $0.00 |
| Southern | ca | Apple Crowns | $24.99 | | $0.00 | $0.00 |
| Sysco | ea. | New York Cheesecake | $17.50 | | $0.00 | $0.00 |
| Sysco | ea | Pie-key lime | $6.50 | 0 | $0.00 | $0.00 |
| Sysco | 3G | Vanilla Ice Cream | $17.98 | 0 | 1 | $0.00 | $17.98 |
| | | CIGARS | | | | |
| Bucannans | en | Romeo y Julieta Reserva Real | $5.20 | | $0.00 | $0.00 |
| Bucannans | en | Romeo y Julieta Clemenceau en Tubos | $5.20 | | $0.00 | $0.00 |
| Bucannans | ea | Monte Cristo | $6.99 | | $0.00 | $0.00 |
| | | Ashton Imperial Tube | $7.20 | | $0.00 | $0.00 |
| Bucannans | ea | Davidoff 3x3 Churchill | $2.80 | | $0.00 | $0.00 |
| Bucannans | ea | Romeo y Julieta porto real | $4.40 | | $0.00 | $0.00 |
| Low country cigar | | Cohiba | $10.31 | | $0.00 | $0.00 |
| | | BAR MIXERS | | | | |
| Ben Arnold | 32 oz. | Bloody Mary Zing Zang (3.49 quart) | $3.49 | 0 | 14 | $0.00 | $48.86 |
| | | Angostura bitters | $5.48 | | $0.00 | $0.00 |
| | .5 gal | Cherries | $10.89 | | $0.00 | $0.00 |
| | | Finest call blue curacao | $3.00 | | $0.00 | $0.00 |
| | | Triple sec | $2.79 | 0 | 0 | $0.00 | $0.00 |
| | ea | Margarita Mix Cuervo | $5.19 | | $0.00 | $0.00 |
| Benchmark | ea | Rose's grenadine | $4.10 | | $0.00 | $0.00 |
| Ben Arnold | ea | Rose's lime juice | $4.19 | | $0.00 | $0.00 |
| | | Strawberry Daiquri Mix | $5.89 | | $0.00 | $0.00 |
| | | E&J Sweet Vermouth | $4.50 | | $0.00 | $0.00 |
| | | Pina Colada Mix | $5.79 | | $0.00 | $0.00 |
| | | TOTAL FOOD INVENTORY: | $31.48 | | | $2,358.00 |
| Food spoilage/buffet overages (clubhouse) | | | | | | $40.00 |
| beverage out of date | | | | | | $0.00 |
| Coffee giveaway at Turn daily | | | | | | $45.00 |
| Food waste at Turn | | | | | | |

coffee
not
inventable

**MONTH END INVENTORY**

| NOMENCLATURE | SR Btls. | Gr full | # | oz | tot oz. | less tare | Sr/Gr/E/I E/I | Price/oz | E/I value | Turn Gr full | # | oz | tot oz | less tare | E/I | Price/oz | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Absolute | 0 | 1 | 1 | 15 | 91 | 52 | 39 | $ 0.69 | $ 26.91 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Amaretto | 0 | | 0 | 0 | 0 | 0 | 23.8 | $ 0.34 | $ - | | | 0 | | | 0 | $ - | $ - |
| Bacardi Rum | 1 | 1 | | | 102.6 | 36.4 | 66.2 | $ 0.40 | $ 26.58 | | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Baileys | 1 | | 3 | 7.7 | 62.6 | 26.1 | 36.5 | $ 0.67 | $ 24.61 | | | 0 | 0 | | | $ - | $ - |
| Balvinie 12/yr (.75) | 0 | | 2 | 5 | 37 | 18 | 19 | $ 1.75 | $ 33.20 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Beefeater | 2 | | 2 | | 142 | 67.5 | 74.5 | $ 0.40 | $ 29.80 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Bombay | 1 | 0 | 3 | 7 | 114 | 51.4 | 62.6 | $ 0.74 | $ 46.48 | | | 0 | 0 | | | $ - | $ - |
| Capt. Morgan | 0 | 1 | 2 | 6 | 90 | 55.8 | 34.2 | $ 0.54 | $ 18.50 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Cointreau | 0 | | 3 | 11.3 | 59.3 | 28.9 | 59.3 | $ 1.01 | $ 59.70 | | | 0 | 0 | | | $ - | $ - |
| Couvoisier | 0 | | 2 | 10.6 | 42.6 | 26.2 | 16.4 | $ 1.08 | $ 17.73 | | | 0 | 0 | | | $ - | $ - |
| Crown Royal | 1 | 0 | 2 | 6 | 95 | 49.4 | 45.6 | $ 0.91 | $ 41.29 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Dewars | 2 | 1 | 1 | 14 | 183 | 80.55 | 102.45 | $ 0.73 | $ 74.48 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Drambuie | 0 | | 2 | 0.9 | 32.9 | 24.8 | 8.1 | $ 0.96 | $ 7.78 | | | 0 | 0 | | | $ - | $ - |
| Fleishmanns | 2 | 0 | 2 | 13 | 145 | 51.9 | 93.1 | $ 0.17 | $ 16.08 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Glenlevit | 0 | | 2 | 2 | 34 | 22.3 | 11.7 | $ 1.17 | $ 13.70 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Grand Marnier | 0 | | 2 | 14 | 46 | 28.2 | 17.8 | $ 1.19 | $ 21.24 | | | 0 | 0 | | | $ - | $ - |
| Grey Goose | 3 | | 2 | 11 | 217 | 124 | 93 | $ 0.95 | $ 97.89 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Jack Daniel | 1 | 0 | 2 | 10 | 94 | 56.4 | 38 | $ 0.78 | $ 29.59 | | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Jameson | 0 | | 2 | 14 | 46 | 24.2 | 21.8 | $ 0.80 | $ 17.54 | | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Jim Beam | 1 | 0 | 2 | 8 | 92 | 51.6 | 40.4 | $ 0.45 | $ 18.35 | | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Johnnie Black | 1 | | 2 | 3 | 86 | 37 | 49 | $ 1.27 | $ 62.22 | | | 0 | 0 | | | $ - | $ - |
| Johnnie Red | 1 | | 2 | 11 | 94 | 37.4 | 56.6 | $ 0.80 | $ 45.11 | | | 0 | 0 | | | $ - | $ - |
| Jose Cuervo | 0 | | 2 | 2 | 34 | 20.4 | 13.6 | $ 0.60 | $ 8.11 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Kahlua | 0 | | 3 | 8.3 | 56.3 | 18.4 | 37.8 | $ 0.65 | $ 24.51 | | | 0 | 0 | | | $ - | $ - |
| Ketel One | 1 | 1 | 1 | 12 | 148 | 67.5 | 80.5 | $ 0.77 | $ 61.98 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Macallan 12/yr (.75) | 1 | | 1 | 12 | 78.4 | 19.7 | 58.7 | $ 1.95 | $ 114.20 | | | 0 | 0 | | | $ - | $ - |
| Maker's Mark | | 1 | 3 | 1 | 111.5 | 48.8 | 62.7 | $ 0.86 | $ 53.68 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Meyers Rum | 0 | 1 | 2 | 10.9 | 42.9 | 27.4 | 15.5 | $ 0.59 | $ 9.21 | | | 0 | 0 | | | $ - | $ - |
| Mount Gay | | | 1 | 6 | 71 | 34.6 | 36.4 | $ 0.52 | $ 18.86 | 0 | 0 | 0 | 0 | 0 | 0 | $ - | $ - |
| Pepe Lopez | | | | | 54.3 | 22 | 32.3 | $ 0.40 | $ 12.77 | | | | 0 | | | $ - | $ - |
| Seagrams VO | 1 | | | | 51.1 | 18.3 | 32.8 | $ 0.53 | $. 17.29 | | 0 | 0 | 0 | 0 | | $ - | $ - |
| Smirnoff | 1 | 1 | 0 | 0 | 102 | 35 | 67 | $ 0.41 | $ 27.47 | | 0 | 0 | 0 | | 0 | $ - | $ - |
| Tanquray | | | 2 | 2.2 | 90 | 22.7 | 67.3 | $ 0.68 | $ 45.46 | 1 | 0 | 0 | 0 | | 0 | $ - | $ - |
| E/I value | | | | | | | | | $1,122.30 | | | | | | | | $ - |

| | Sr E | Gr E | Tu E/I | Tot. Gr | Cost/ btl | Gr.Beer val | | | Tu Beer val | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Amstel Light bottle | 0 | 0 | 0 | 32 | $ 1.19 | $ 38.08 | | | $ - | | |
| Amstel Light can | 0 | 0 | 0 | 61 | $ 1.19 | $ 72.64 | | | $ - | | |
| Bass bottle | 0 | 0 | 0 | 0 | $ 1.00 | $ - | | | $ - | | |
| Blue Moon bottle | 0 | 0 | 0 | 0 | $ 0.75 | $ - | | | $ - | | |
| Bud light bottle | 0 | 0 | 0 | 0 | $ - | $ - | | | $ - | | |
| Bud light can | 0 | 0 | 0 | 60 | $ 0.67 | $ 32.60 | | | $ - | | |
| Budweiser can | 0 | 0 | 0 | 59 | $ 0.67 | $ 16.08 | | | $ - | | |
| Busch can | 0 | 0 | 0 | 0 | $ 1.00 | $ - | | | $ - | | |
| Coors Light bottle | 0 | 0 | 0 | 88 | $ 1.00 | $ 88.00 | | | $ - | | |
| Coors Light can | 0 | 0 | 0 | 121 | $ 0.75 | $ 90.60 | | | $ - | | |
| Corona bottle | 0 | 0 | 0 | 124 | $ 1.19 | $ 147.56 | | | $ - | | |
| Corona can | 0 | 0 | | 159 | $ 1.15 | $ 182.85 | | | $ - | | |
| Heineken bottle | 0 | 0 | 0 | 32 | $ 1.19 | $ 38.08 | | | $ - | | |
| Heineken can | 0 | 0 | 0 | 32 | $ 1.19 | $ 38.07 | | | $ - | | |
| Michelob Ultra can | 0 | 0 | | 86 | $ 0.77 | $ 66.08 | | | $ - | | |
| Miller Lite bottle | 0 | 0 | 0 | 77 | $ 0.78 | $ 60.06 | | | $ - | | |
| Miller Lite can | 0 | 0 | | 97 | $ 0.75 | $ 72.63 | | | $ - | | |
| O'Douls | 0 | 0 | 0 | 19 | $ 0.60 | $ 11.35 | | | $ - | | |
| Yuengling bottle | 0 | 0 | 0 | 48 | $ 1.25 | $ 60.00 | | | $ - | | |
| Yuengling can | 0 | 0 | 0 | 120 | $ 0.75 | $ 90.00 | | | $ - | | |
| | | | | | | $1,104.67 | | | $ - | | |
| | | | | | | | | | | | |
| | | | | | Cost/ Keg | Gr Tap E/I | | | | | |
| 1/6new south w/a | 1 | 0.8 | 0 | 1.8 | $ 50.00 | $ 90.00 | | | | | |
| 1/6new south oct | 0 | 0 | 0 | 1 | $ 50.00 | $ 50.00 | | | | | |
| 1/6longboard | 1 | 0.2 | 0 | ~1 | $ 42.00 | $ 42.00  50.40 | | | | | |
| 1/6 ultra | 0 | 0 | 0 | 1 | $ 42.00 | $ 42.00 | | | | | |
| keg bud light | 0 | 0 | 0 | 0 | $ 88.00 | $ 88.00 | | | | | |
| | 0 | 0 | 0 | 0 | | $ - | | | | | |
| | | | | | | $ 312.00  320.40 | | | | | |
| Total Gr beer | | | | | | $1,416.67  1425.07 | | | | | |

| | Stor | Gr | Tu | | Tot Gr | Cost/ btl | Gr. value | | | | Tu E/I | | Cost/ | Tu value | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Andre Champagne | 3 | 1.0 | 0.0 | | 4 | $ 3.99 | 15.96 | | | | 0 | 0 | | 0 | | | |
| Asti Spamante | 0 | 2.0 | 0.0 | | 2 | $ 7.99 | 15.98 | | | | 0 | 0 | | 0 | | | |
| Centine Rose | 0 | 0.4 | 0.0 | | 0.4 | $ 9.99 | 3.996 | | | | 0 | 0 | | 0 | | | |
| Chianti Baskets | 0 | 1.0 | 0.0 | | 1 | $ 8.39 | 8.39 | | | | 0 | 0 | | 0 | | | |
| Chianti Classico | 1 | 0.0 | 0.0 | | 1 | $13.99 | 13.99 | | | | 0 | 0 | | 0 | | | |
| Dynamite Cab | 2 | 1.7 | 0.0 | | 3.7 | $12.72 | 47.064 | | | | 0 | 0 | | 0 | | | |
| Greg Norman Cab | 0 | 0.0 | 0.0 | | 0 | $14.99 | 0 | | | | 0 | 0 | | 0 | | | |
| Greg Norman Chard | 6 | 0.0 | 0.0 | | 4 | $ 9.50 | 38 57 | | | | 0 | 0 | | 0 | | | |
| Greg Norman Merlo | 2 | 1.0 | 0.0 | | 2 | $12.79 | 25.58 38.37 | | | | 0 | 0 | | 0 | | | |
| Kim Crawford Sauv | 5 | 0.0 | 0.0 | | 5 | $11.72 | 58.6 | | | | 0 | 0 | | 0 | | | |
| Kobel Champ. mini | 0 | 8.0 | 0.0 | | 8 | $ 4.00 | 32 | | | | 0 | 0 | | 0 | | | |
| La Crema Pinot N | 5 | 1.3 | 0.0 | | 6.3 | $14.99 | 94.437 | | | | 0 | 0 | | 0 | | | |
| walnut crest wzin | 1 | 2.0 | 0.0 | | 3 | $ 7.72 | 23.16 | | | | 0 | 0 | | 0 | | | |
| walnut crest chard | 0 | 4.0 | 0.0 | | 4 | $ 6.99 | 27.96 | | | | 0 | 0 | | 0 | | | |
| walnut crest pinot | 3 | 1.0 | 0.0 | | 4 | $ 8.72 | 34.88 | | | | 0 | 0 | | 0 | | | |
| walnut crestcab suv | 1 | 2.0 | 0.5 | | 3 | $ 7.72 | 23.16 | | | | 0 | 0 | | 0 | | | |
| Sanford Pinot N | 5 | 2.0 | 0.0 | | 7 | $19.99 | 139.93 | | | | 0 | 0 | | 0 | | | |
| Sangiovese | 1 | 2.0 | 0.0 | | 3 | $10.99 | 32.97 | | | | 0 | 0 | | 0 | | | |
| Satori Pinot Gre | 4 | 0.0 | 0.0 | | 4 | $ 7.72 | 30.88 | | | | 0 | 0 | | 0 | | | |
| Seven Deadly Zins | 2 | 2.0 | 0.0 | | 4 | $12.48 | 49.92 | | | | 0 | 0 | | 0 | | | |
| walnut crest merlot | 0 | 2.0 | 0.0 | | 2 | $ 8.72 | 17.44 | | | | 0 | 0 | | 0 | | | |
| Spurrier Cab | 0 | 1.0 | 0.0 | | 1 | $10.39 | 10.39 | | | | 0 | 0 | | 0 | | | |
| Stonestreet Merlot | 0 | 1.0 | 0.0 | | 1 | $15.99 | 15.99 | | | | 0 | 0 | | 0 | | | |
| lindemans | 0 | 1.0 | | | 1 | $7.28 | 7.28 | | | | | | | | | | |
| E/I VALUE | | | | | | | $738.80 | | | | | | | 0 | | | |

+ 19.00
+ 12.81
——————
770.61

Golf Reserve Report
GOLF
Category Summary

| Category | Description | Stock Location | Count On Hand | Count Variance | FIFO Value | Count Value | Variance Snap-Actual |
|---|---|---|---|---|---|---|---|
| 0000000020 | WoodsDrivers | MAIN | 7.00 | 0.00 | 839.55 | 839.55 | 0.00 |
| 0000000021 | WoodsFairway | MAIN | 3.00 | 0.00 | 419.69 | 419.69 | 0.00 |
| 0000000022 | Irons-Sets | MAIN | 2.00 | 0.00 | 1,224.00 | 1,224.00 | 0.00 |
| 0000000023 | Irons- Utilities | MAIN | 1.00 | 0.00 | 120.00 | 120.00 | 0.00 |
| 0000000024 | Putters | MAIN | 5.00 | 0.00 | 489.59 | 489.59 | 0.00 |
| 0000000025 | Golf Balls | MAIN | 290.00 | -4.00 | 1,532.34 | 1,524.21 | -8.13 |
| 0000000026 | Golf Bags | MAIN | 3.00 | 0.00 | 374.86 | 374.86 | 0.00 |
| 0000000027 | Bags Misc | MAIN | 1.00 | 0.00 | 62.15 | 62.15 | 0.00 |
| 0000000028 | Misc Accessories | MAIN | 1,346.00 | -25.00 | 4,511.78 | 4,501.20 | -10.58 |
| 0000000029 | Misc Equipment | MAIN | 1.00 | 0.00 | 139.31 | 139.31 | 0.00 |
| 0000000030 | Towels | MAIN | 12.00 | 0.00 | 89.04 | 89.04 | 0.00 |
| 0000000031 | Sunglasses | MAIN | 4.00 | 0.00 | 102.46 | 102.46 | 0.00 |
| 0000000035 | Mens Bottoms | MAIN | 9.00 | 0.00 | 233.72 | 233.72 | 0.00 |
| 0000000036 | Mens Shirts & Vests | MAIN | 169.00 | 0.00 | 5,457.55 | 5,461.11 | 3.56 |
| 0000000037 | Mens Outerwear | MAIN | 90.00 | 0.00 | 4,429.80 | 4,429.80 | 0.00 |
| 0000000038 | Mens Socks & Peds | MAIN | 59.00 | 0.00 | 204.02 | 204.02 | 0.00 |
| 0000000039 | Mens Belts | MAIN | 9.00 | 0.00 | 229.58 | 229.58 | 0.00 |
| 0000000040 | Mens Hats | MAIN | 137.00 | -2.00 | 1,210.30 | 1,195.61 | -14.69 |
| 0000000041 | Mens Gloves | MAIN | 173.00 | -3.00 | 1,594.74 | 1,566.42 | -28.32 |
| 0000000042 | Mens Shoes | MAIN | 18.00 | 0.00 | 1,557.82 | 1,557.82 | 0.00 |
| 0000000044 | LadiesBottoms | MAIN | 5.00 | 0.00 | 164.38 | 164.38 | 0.00 |
| 0000000045 | LadiesTops & Vests | MAIN | 38.00 | 0.00 | 1,142.87 | 1,142.87 | 0.00 |
| 0000000046 | LadiesOuterwear | MAIN | 26.00 | 0.00 | 796.56 | 796.56 | 0.00 |
| 0000000047 | LadiesSocks & Ped | MAIN | 12.00 | 0.00 | 59.60 | 59.60 | 0.00 |
| 0000000048 | LadiesHats | MAIN | 20.00 | 0.00 | 143.86 | 143.86 | 0.00 |
| 0000000049 | LadiesShoes | MAIN | 6.00 | 0.00 | 518.74 | 518.74 | 0.00 |
| 0000000050 | Ladiesbelts | MAIN | 2.00 | 0.00 | 51.73 | 51.73 | 0.00 |
| | Report Totals | | 2,450.00 | -34.00 | 27,700.06 | 27,641.90 | -58.16 |

===== End of Report =====

18.71 E
43.01 A
38.39

## Schedule 2.2(b)(ii)

### Other Indebtedness

1.  The obligations pursuant to the Assigned Contracts described in Schedule 2.1(c).

<u>Schedule 2.2(b)(iii)</u>

<u>Accounts Payable</u>

See attached.

**SCHEDULE 2.2 (b)(iii)**

<u>01 - The Reserve Golf Club</u>
<u>A/P - Trade Payables</u>
<u>Summary Aged Payables List</u>
<u>As of Nov09/09</u>
<u>Aged by Invoiced Date</u>

| Code | Supplier Name | Net A/P | Current | 31-60Days | 61-90Days | Over90Days |
|------|---------------|---------|---------|-----------|-----------|------------|
| BESGOL | Best Golf Cars | 182.99 | 182.99 | 0 | 0 | 0 |
| CALGOL | Callaway Golf | 68.98 | 0 | 68.98 | 0 | 0 |
| CLEUNI | Clemson University | 70 | 70 | 0 | 0 | 0 |
| COCOLA | Coca-Cola | 98 | 98 | 0 | 0 | 0 |
| FOOJOY | JP Morgan Chase | 562.91 | 198.21 | 364.7 | 0 | 0 |
| GCWASE | Gtown Cnty Water & Sewer District | 300.25 | 300.25 | 0 | 0 | 0 |
| HARREL | Harrell's Fertilzer | 4,162.24 | 4,162.24 | 0 | 0 | 0 |
| HSOIL | H&S Oil Co. | 961.93 | 961.93 | 0 | 0 | 0 |
| JOHDEE | John Deere Landscapes/Lesco | 406.51 | 304.75 | 101.76 | 0 | 0 |
| NAPAUT | Napa Auto Parts | 165.49 | 108.25 | 57.24 | 0 | 0 |
| NATWEL | Airgas National Welders | 76.16 | 44.94 | 31.22 | 0 | 0 |
| PEPSI | Pepsi | 318.16 | 318.16 | 0 | 0 | 0 |
| PETTY | Petty Cash | 227.4 | 227.4 | 0 | 0 | 0 |
| PIGWIG | Piggly Wiggly | 1,057.33 | 848.51 | 208.82 | 0 | 0 |
| PING | Ping | 807.28 | 0 | 807.28 | 0 | 0 |
| PITNEY | Purchase Power | 639.36 | 639.36 | 0 | 0 | 0 |
| SANCOO | Santee Cooper | 2,337.28 | 2,337.28 | 0 | 0 | 0 |
| SELINS | Selective Insurance | 2,376.00 | 2,376.00 | 0 | 0 | 0 |
| SMITUR | Smith Turf & Irrigation Co | 570.42 | 0 | 570.42 | 0 | 0 |
| SUNMOU | Sun Moutain | 235.5 | 0 | 0 | 235.5 | 0 |
| SYSFOO | Sysco Food Services/Columbia | 2,074.12 | 774.86 | 1,299.26 | 0 | 0 |
| TAYMAD | Taylor Made Golf Co. | 595.46 | 0 | 595.46 | 0 | 0 |
| TITDRA | JP Morgan Chase | 1,176.46 | 723.97 | 19.69 | 432.8 | 0 |
| TSP | Tri State Pump | 1,408.38 | 1,408.38 | 0 | 0 | 0 |
| VEREQU | Vereens Equipment | 3,536.06 | 3,536.06 | 0 | 0 | 0 |
| VERMID | Verimeer Mid Atlantic Inc | 223.46 | 223.46 | 0 | 0 | 0 |
| VERTUR | Vereens Turf Products | 3,113.11 | 3,113.11 | 0 | 0 | 0 |
| WELFTRD | Wells Fargo Trade Capital | 239.98 | 0 | 239.98 | 0 | 0 |
| WORTH | Worthwhile Company | 20 | 20 | 0 | 0 | 0 |

Total Repor t

| | | 28,011.22 | 22,978.11 | 4,364.81 | 668.3 | 0 |
|---|---|---|---|---|---|---|

## Schedule 7.9

### Absence of Certain Changes

None.

<u>Schedule 7.10</u>

<u>Compliance with Laws</u>

1.  EEOC Charge No. 415-200900799 by Jode Gammon

2.  The voluntary petition before the Bankruptcy Court

19352.9-597876 v2

<u>Schedule 7.11</u>

<u>Litigation</u>

1.  Michael Sacco, et al. v. The Reserve Golf Club of Pawleys Island, LLC and McConnell Golf, LLC.

2.  EEOC Charge No. 415-200900799 by Jode Gammon

3.  Unifirst Corp. has filed a demand for arbitration of an alleged breach of a uniform supply agreement.

19352.9-597876 v2

## Schedule 7.12

## No Breach

None.

## Schedule 7.14

### Employee Contracts and Benefits

See attached.



# GROUP BENEFITS PACKET

The Reserve Golf Club of Pawleys Island offers group medical insurance through United Healthcare to all full time employees after the completion of a 60 day waiting period. The employer contributes a portion of the employee's premium. Medical coverage is available for your spouse and any children under the age of nineteen (19) or twenty-three (23) years of age if a full time student. The premium for dependent coverage will be deducted from your check.

## A. Medical Insurance – United Healthcare - 1 (800) 357- 0978 – www.myuhc.com

| PPO Plan Benefits | In-Network | Out-of-Network |
|---|---|---|
| Benefit Period | Policy Year – July 1, 2008 to June 30, 2009 | |
| Deductible (Individual) | $1,000 | $2,000 |
| Deductible(Family) | $2,000 | $4,000 |
| Coinsurance (Insurance Co.) | 70% | 50% |
| Coinsurance (Member) | 30% | 50% |
| Out of Pocket Maximum (Individual) | $3,000 | $6,000 |
| Out of Pocket Maximum (Family) | $6,000 | $12,000 |
| Office Visits | $25 Primary / $50 Specialist | Deductible + 50% |
| Emergency Services | $150 co-payment | $150 co-payment |
| Urgent Care Services | $75 co-payment | Deductible + 50% |
| Inpatient Services | Deductible + 30% | Deductible + 50% |
| Outpatient Services | Deductible + 30% | Deductible + 50% |
| Preventive Services | $25 Primary / $50 Specialist: | |
| Prostate Screenings, Pap Smears, | 100% | Not covered |
| Mammograms, Routine Physical, | 100% | Not covered |
| Well Baby Care, Immunizations | 100% | Not covered |
| Drug Card - Retail | | |
| Generic | $10 co-payment | Not covered |
| Preferred Brand | $35 co-payment | Not covered |
| Non-Preferred Brand | $60 co-payment | Not covered |

This packet is for illustration purposes only. Please consult your certificate of coverage for complete details.

Prepared July 2008

| Drug Card – Mail Order | | |
|---|---|---|
| Generic | $25 co-payment | Not covered |
| Preferred Brand | $87.50 co-payment | Not Covered |
| Non-Preferred Brand | $150 co-payment | Not covered |
| | | |
| Vision Benefits (Routine) | | |
| Eye Exams for Glasses | One visit every 2 years | Not covered |
| Eye Exams for Contact Lenses | $25 co-pay | Not covered |
| | | |
| Lifetime Maximum Benefit | $5,000,000 (combined) | |

## B. Life / AD &D Insurance – 1 (800) 357- 0978 – www.myuhc.com

The Reserve Golf Club of Pawleys Island offers a total of $25,000 life insurance coverage to all full time employees enrolled in the medical plan with United Healthcare. The premium for this coverage is included in the medical premiums.

## C. Dental Insurance – Kansas City Life Ins – (800) 874-5254 ext.6045  www.kclgroupbenefits.com

Dental Insurance is offered through Kansas City Life Insurance. The Reserve Golf Club of Pawleys Island contributes a portion of this coverage. Dental coverage is available for your spouse and any children under the age of nineteen (19) or twenty-five (25) years of age if a full time student. The premium for dependent coverage will be deducted from your check.

- $1,000 calendar year maximum benefit per covered member
- $50 per covered member but $150 maximum deductible per family calendar year deductible applying to Basic or Major Services
- Preventive Services – Covered 100%
  - Includes oral examinations, dental cleanings, bitewing x-rays (up to four per calendar year), full mouth x-rays (one set every three years), fluoride treatment (children through age 19), sealants (children through age 14) and space maintainers (children through age 12)
- Basic Services – Covered 80% after deductible
  - Includes fillings, oral surgery, anesthesia, emergency treatment, endodontics, periodontics
- Major Services – Covered 50% after deductible
  - Includes complex extractions, in-lays, crowns, crown repairs, dentures and partials
  - **12 month wait for Major Services**

## D. Vision Discount Plan

The Preferred Vision Care network allows employees enrolled in the dental plan and their families to receive discounts on vision care items from participating providers. A complete provider listing may be accessed at www.preferredvisioncare.com.

This packet is for illustration purposes only. Please consult your certificate of coverage for complete details.

Prepared July 2008

## Schedule 9.2

## Member Credits

See attached.

**SCHEDULE 9.2**
**MEMBER CREDITS**
**GUEST PASSES**                                        As of November 9, 2009

<u>01 - The Reserve Golf Club</u>
<u>Outstanding Gift Certificates Report</u>
<u>Issued from Beginning... to ...End</u>

| Name | Event Certificate Number | Award Amount | Date Issued | Balance | |
|---|---|---|---|---|---|
| Gibbs, James L. | 5322 C-001581 | 50 | Apr 22/08 | 50 | Medical Leave extension |
| Gibbs, James L. | 5322 C-001582 | 50 | Apr 22/08 | 50 | Medical Leave extension |
| Gibbs, James L. | 5322 C-001583 | 50 | Apr 22/08 | 50 | Medical Leave extension |
| Gibbs, James L. | 5322 C-001584 | 50 | Apr 22/08 | 50 | Medical Leave extension |
| Gibbs, James L. | 5322 C-001585 | 50 | Apr 22/08 | 50 | Medical Leave extension |
| Gibbs, James L. | 5322 C-001586 | 50 | Apr 22/08 | 50 | Medical Leave extension |
| MacNaughton, R. James | 5184 C-001792 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| MacNaughton, R. James | 5184 C-001793 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| MacNaughton, R. James | 5184 C-001794 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| MacNaughton, R. James | 5184 C-001795 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Dakin, Michael | 5314 C-001803 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Dakin, Michael | 5314 C-001804 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Dakin, Michael | 5314 C-001805 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Easterling, John | 5330 C-001820 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Easterling, John | 5330 C-001821 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Easterling, John | 5330 C-001822 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Easterling, John | 5330 C-001823 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Benfield, Jack | 5339 C-001831 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Benfield, Jack | 5339 C-001832 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Benfield, Jack | 5339 C-001833 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Benfield, Jack | 5339 C-001834 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Benfield, Jack | 5339 C-001835 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Williams, Pete Jr. | 5073 C-001870 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Williams, Pete Jr. | 5073 C-001871 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Thomas, John G. | 5280 C-001876 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Thomas, John G. | 5280 C-001877 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Cline, Neb | 5011 C-001896 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Cline, Neb | 5011 C-001897 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Godwin, Jeannette | 1208 C-001899 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Godwin, Jeannette | 1208 C-001900 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Stowe, Harold C. | 1280 C-001910 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Stowe, Harold C. | 1280 C-001911 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Stowe, Harold C. | 1280 C-001912 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Corrigan, Kevin L. | 5334 C-001938 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| O'Brien, Stephen J. | 5198 C-001980 | 50 | Oct 07/08 | 50 | Exp. Extended to Jan 2010. |
| O'Brien, Stephen J. | 5198 C-001981 | 50 | Oct 07/08 | 50 | Exp. Extended to Jan 2010. |
| O'Brien, Stephen J. | 5198 C-001982 | 50 | Oct 07/08 | 50 | Exp. Extended to Jan 2010. |
| Cox, Leslie E. | 2010 C-001971 | 50 | Oct 07/08 | 50 | Exp. Extended to Jan 2010. |
| Cox, Leslie E. | 2010 C-001972 | 50 | Oct 07/08 | 50 | Exp. Extended to Jan 2010. |
| Boyle, Deloris | 2024 C-001980 | 50 | Oct 07/08 | 50 | Exp. Extended to Jan 2010. |
| Morris, Walter Smith | 5290 C-001993 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Morris, Walter Smith | 5290 C-001994 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Marino, Michael A. | 1101 C-002005 | 50 | Oct 08/08 | 25 | Exp. Extended to Jan 2010. |
| Marino, Michael A. | 1101 C-002006 | 50 | Oct 08/08 | 50 | Exp. Extended to Jan 2010. |
| Stripling, Robert J. | 1077 C-002022 | 50 | Oct 10/08 | 50 | Exp. Extended to Jan 2010. |
| Stripling, Robert J. | 1077 C-002023 | 50 | Oct 10/08 | 50 | Exp. Extended to Jan 2010. |
| Stripling, Robert J. | 1077 C-002024 | 50 | Oct 10/08 | 50 | Exp. Extended to Jan 2010. |
| Lee, Dwight | 1285 C-002028 | 50 | Oct 10/08 | 50 | Exp. Extended to Jan 2010. |
| Lee, Dwight | 1285 C-002029 | 50 | Oct 10/08 | 50 | Exp. Extended to Jan 2010. |

### 01 - The Reserve Golf Club
### Outstanding Gift Certificates Report
### Issued from Beginning... to ...End

| Name | Event Certificate Number | Award Amount | Date Issued | Balance | |
|---|---|---|---|---|---|
| Lee, Dwight | 1285 C-002030 | 50 | Oct 10/08 | 50 | Exp. Extended to Jan 2010. |
| Pannucci, Michael J. | 1213 C-002055 | 50 | Oct 15/08 | 50 | Exp. Extended to Jan 2010. |
| Pannucci, Michael J. | 1213 C-002056 | 50 | Oct 15/08 | 50 | Exp. Extended to Jan 2010. |
| Duncan, Charles L. | 1195 C-002058 | 50 | Oct 20/08 | 50 | Exp. Extended to Jan 2010. |
| Duncan, Charles L. | 1195 C-002059 | 50 | Oct 20/08 | 50 | Exp. Extended to Jan 2010. |
| Campbell, Charles M. | 5272 C-002070 | 50 | Oct 20/08 | 50 | Exp. Extended to Jan 2010. |
| Campbell, Charles M. | 5272 C-002071 | 50 | Oct 20/08 | 50 | Exp. Extended to Jan 2010. |
| Petrik, Jerry | 2031 C-002076 | 50 | Oct 20/08 | 50 | Exp. Extended to Jan 2010. |
| Petrik, Jerry | 2031 C-002077 | 50 | Oct 20/08 | 50 | Exp. Extended to Jan 2010. |
| Drohan, Matthew M. | 1030 C-002079 | 50 | Oct 22/08 | 50 | Exp. Extended to Jan 2010. |
| Drohan, Matthew M. | 1030 C-002080 | 50 | Oct 22/08 | 50 | Exp. Extended to Jan 2010. |
| Hupp, Jack S. | 1203 C-002091 | 50 | Oct 22/08 | 50 | Exp. Extended to Jan 2010. |
| Hupp, Jack S. | 1203 C-002092 | 50 | Oct 22/08 | 50 | Exp. Extended to Jan 2010. |
| Hupp, Jack S. | 1203 C-002093 | 50 | Oct 22/08 | 50 | Exp. Extended to Jan 2010. |
| Hupp, Jack S. | 1203 C-002094 | 50 | Oct 22/08 | 50 | Exp. Extended to Jan 2010. |
| Hupp, Jack S. | 1203 C-002095 | 50 | Oct 22/08 | 50 | Exp. Extended to Jan 2010. |
| Heaton, Paul | 2015 C-002100 | 50 | Oct 22/08 | 50 | Exp. Extended to Jan 2010. |
| Heaton, Paul | 2015 C-002101 | 50 | Oct 22/08 | 50 | Exp. Extended to Jan 2010. |
| Maynard, Walt | 5285 C-002106 | 50 | Oct 23/08 | 50 | Exp. Extended to Jan 2010. |
| Maynard, Walt | 5285 C-002107 | 50 | Oct 23/08 | 50 | Exp. Extended to Jan 2010. |
| Charlton, Richard K. | 1158 C-002122 | 50 | Oct 29/08 | 50 | Exp. Extended to Jan 2010. |
| Farrell, Kevin P. | 1153 C-002128 | 50 | Oct 29/08 | 50 | Exp. Extended to Jan 2010. |
| Farrell, Kevin P. | 1153 C-002129 | 50 | Oct 29/08 | 50 | Exp. Extended to Jan 2010. |
| Farrell, Kevin P. | 1153 C-002130 | 50 | Oct 29/08 | 50 | Exp. Extended to Jan 2010. |
| Lee, Thomas W. | 1244 C-002146 | 50 | Oct 30/08 | 50 | Exp. Extended to Jan 2010. |
| Lee, Thomas W. | 1244 C-002147 | 50 | Oct 30/08 | 50 | Exp. Extended to Jan 2010. |
| Lee, Thomas W. | 1244 C-002148 | 50 | Oct 30/08 | 50 | Exp. Extended to Jan 2010. |
| Heymann, Ronald S. | 1227 C-002151 | 50 | Oct 30/08 | 50 | Exp. Extended to Jan 2010. |
| Heymann, Ronald S. | 1227 C-002152 | 50 | Oct 30/08 | 50 | Exp. Extended to Jan 2010. |
| Heymann, Ronald S. | 1227 C-002153 | 50 | Oct 30/08 | 50 | Exp. Extended to Jan 2010. |
| Heymann, Ronald S. | 1227 C-002154 | 50 | Oct 30/08 | 50 | Exp. Extended to Jan 2010. |
| Brandt, Frederick T. | 6025 C-002171 | 50 | Oct 31/08 | 50 | Exp. Extended to Jan 2010. |
| Brandt, Frederick T. | 6025 C-002172 | 50 | Oct 31/08 | 50 | Exp. Extended to Jan 2010. |
| Vagelakos, Joseph J. | 5256 C-002173 | 50 | Oct 31/08 | 50 | Exp. Extended to Jan 2010. |
| Vagelakos, Joseph J. | 5256 C-002174 | 50 | Oct 31/08 | 50 | Exp. Extended to Jan 2010. |
| Vagelakos, Joseph J. | 5256 C-002175 | 50 | Oct 31/08 | 50 | Exp. Extended to Jan 2010. |
| Vagelakos, Joseph J. | 5256 C-002176 | 50 | Oct 31/08 | 50 | Exp. Extended to Jan 2010. |
| Vagelakos, Joseph J. | 5256 C-002177 | 50 | Oct 31/08 | 50 | Exp. Extended to Jan 2010. |
| Vagelakos, Joseph J. | 5256 C-002178 | 50 | Oct 31/08 | 50 | Exp. Extended to Jan 2010. |
| Keesling, Rodney W. | 6309 C-002181 | 50 | Oct 31/08 | 50 | Exp. Extended to Jan 2010. |
| Guth, Marsha | 1042A C-002188 | 50 | Nov 05/08 | 25 | Exp. Extended to Jan 2010. |
| Plott, Eric | 6328 C-002197 | 50 | Nov 25/08 | 50 | Exp. Extended to Jan 2010. |
| Plott, Eric | 6328 C-002198 | 50 | Nov 25/08 | 50 | Exp. Extended to Jan 2010. |
| Plott, Eric | 6328 C-002199 | 50 | Nov 25/08 | 50 | Exp. Extended to Jan 2010. |
| Theus, William H. | 5321 C-002211 | 50 | Apr 02/09 | 50 | |
| Caulk, W. Byron | 1240 C-002216 | 50 | Apr 02/09 | 50 | |
| Caulk, W. Byron | 1240 C-002217 | 50 | Apr 02/09 | 50 | |
| Kiser, John D. | 5241 C-002218 | 50 | Apr 02/09 | 25 | |
| Webster, David H. | 1276 C-002226 | 50 | Apr 02/09 | 50 | |

**01 - The Reserve Golf Club**
**Outstanding Gift Certificates Report**
**Issued from Beginning... to ...End**

| Name | Event | Certificate Number | Award Amount | Date Issued | Balance |
|------|-------|--------------------|--------------|-------------|---------|
| Webster, David H. | 1276 | C-002227 | 50 | Apr 02/09 | 50 |
| Webster, David H. | 1276 | C-002228 | 50 | Apr 02/09 | 50 |
| Webster, David H. | 1276 | C-002229 | 50 | Apr 02/09 | 50 |
| Morris, Walter Smith | 5290 | C-002230 | 50 | Apr 02/09 | 50 |
| Morris, Walter Smith | 5290 | C-002231 | 50 | Apr 02/09 | 50 |
| Morris, Walter Smith | 5290 | C-002232 | 50 | Apr 02/09 | 50 |
| Morris, Walter Smith | 5290 | C-002233 | 50 | Apr 02/09 | 50 |
| Morris, Walter Smith | 5290 | C-002234 | 50 | Apr 02/09 | 50 |
| Morris, Walter Smith | 5290 | C-002235 | 50 | Apr 02/09 | 50 |
| Mashburn, Harry L. | 2070 | C-002236 | 50 | Apr 02/09 | 50 |
| Mashburn, Harry L. | 2070 | C-002237 | 50 | Apr 02/09 | 50 |
| Mashburn, Harry L. | 2070 | C-002238 | 50 | Apr 02/09 | 50 |
| Mashburn, Harry L. | 2070 | C-002239 | 50 | Apr 02/09 | 50 |
| Mashburn, Harry L. | 2070 | C-002240 | 50 | Apr 02/09 | 50 |
| Mashburn, Harry L. | 2070 | C-002241 | 50 | Apr 02/09 | 50 |
| Donnelly, Michael C. | 5258 | C-002259 | 50 | Apr 02/09 | 50 |
| Donnelly, Michael C. | 5258 | C-002260 | 50 | Apr 02/09 | 50 |
| Donnelly, Michael C. | 5258 | C-002261 | 50 | Apr 02/09 | 50 |
| Donnelly, Michael C. | 5258 | C-002262 | 50 | Apr 02/09 | 50 |
| Cunningham, Ray R. | 5278 | C-002308 | 50 | Apr 02/09 | 50 |
| Cunningham, Ray R. | 5278 | C-002309 | 50 | Apr 02/09 | 50 |
| Cunningham, Ray R. | 5278 | C-002310 | 50 | Apr 02/09 | 50 |
| Shaw, Gifford M. | 5058 | C-002315 | 50 | Apr 02/09 | 50 |
| Shaw, Gifford M. | 5058 | C-002316 | 50 | Apr 02/09 | 50 |
| Marino, Michael A. | 1101 | C-002317 | 50 | Apr 02/09 | 50 |
| Marino, Michael A. | 1101 | C-002318 | 50 | Apr 02/09 | 50 |
| Marino, Michael A. | 1101 | C-002319 | 50 | Apr 02/09 | 50 |
| Marino, Michael A. | 1101 | C-002320 | 50 | Apr 02/09 | 50 |
| Marino, Michael A. | 1101 | C-002321 | 50 | Apr 02/09 | 50 |
| Marino, Michael A. | 1101 | C-002322 | 50 | Apr 02/09 | 50 |
| Patrick, Hugh | 5242 | C-002325 | 50 | Apr 02/09 | 50 |
| Patrick, Hugh | 5242 | C-002326 | 50 | Apr 02/09 | 50 |
| Nelson, Donald | 5347 | C-002328 | 50 | Apr 02/09 | 50 |
| Nelson, Donald | 5347 | C-002329 | 50 | Apr 02/09 | 50 |
| Nelson, Donald | 5347 | C-002330 | 50 | Apr 02/09 | 50 |
| Nelson, Donald | 5347 | C-002331 | 50 | Apr 02/09 | 50 |
| Nelson, Donald | 5347 | C-002332 | 50 | Apr 02/09 | 50 |
| Michaels, Gail | 5111 | C-002335 | 50 | Apr 02/09 | 50 |
| Michaels, Gail | 5111 | C-002336 | 50 | Apr 02/09 | 50 |
| Michaels, Gail | 5111 | C-002337 | 50 | Apr 02/09 | 50 |
| Kellersman, John K. | 5268 | C-002340 | 50 | Apr 03/09 | 50 |
| Whelchel, Nyra | 1089 | C-002343 | 50 | Apr 03/09 | 50 |
| Whelchel, Nyra | 1089 | C-002344 | 50 | Apr 03/09 | 50 |
| Whelchel, Nyra | 1089 | C-002345 | 50 | Apr 03/09 | 50 |
| Whelchel, Nyra | 1089 | C-002346 | 50 | Apr 03/09 | 50 |
| Dancu, Daniel | 1273 | C-002348 | 50 | Apr 03/09 | 50 |
| Dancu, Daniel | 1273 | C-002349 | 50 | Apr 03/09 | 50 |
| Dancu, Daniel | 1273 | C-002350 | 50 | Apr 03/09 | 50 |
| Dancu, Daniel | 1273 | C-002351 | 50 | Apr 03/09 | 50 |

**01 - The Reserve Golf Club**
**Outstanding Gift Certificates Report**
**Issued from Beginning... to ...End**

| Name | Event Certificate Number | Award Amount | Date Issued | Balance |
|---|---|---|---|---|
| Dancu, Daniel | 1273 C-002352 | 50 | Apr 03/09 | 50 |
| Marler, Guy | 1196 C-002356 | 50 | Apr 04/09 | 50 |
| Strittmatter, Thomas A. | 1252 C-002364 | 50 | Apr 05/09 | 50 |
| Fraley, Daniel M. | 1294 C-002375 | 50 | Apr 05/09 | 50 |
| Fraley, Daniel M. | 1294 C-002376 | 50 | Apr 05/09 | 50 |
| Mannella, Eugene M. | 2069 C-002380 | 50 | Apr 06/09 | 50 |
| Mannella, Eugene M. | 2069 C-002381 | 50 | Apr 06/09 | 50 |
| Mannella, Eugene M. | 2069 C-002382 | 50 | Apr 06/09 | 50 |
| Boyle, Deloris | 2024 C-002383 | 50 | Apr 07/09 | 50 |
| Boyle, Deloris | 2024 C-002384 | 50 | Apr 07/09 | 50 |
| Boyle, Deloris | 2024 C-002385 | 50 | Apr 07/09 | 50 |
| Boyle, Deloris | 2024 C-002386 | 50 | Apr 07/09 | 50 |
| Boyle, Deloris | 2024 C-002387 | 50 | Apr 07/09 | 50 |
| Boyle, Deloris | 2024 C-002388 | 50 | Apr 07/09 | 50 |
| Boyd, Robert S. | 1277 C-002399 | 50 | Apr 08/09 | 50 |
| Boyd, Robert S. | 1277 C-002400 | 50 | Apr 08/09 | 50 |
| Catanzaro, Benjamin S. | 2028 C-002419 | 50 | Apr 10/09 | 50 |
| Catanzaro, Benjamin S. | 2028 C-002420 | 50 | Apr 10/09 | 50 |
| Catanzaro, Benjamin S. | 2028 C-002421 | 50 | Apr 10/09 | 50 |
| Catanzaro, Benjamin S. | 2028 C-002422 | 50 | Apr 10/09 | 50 |
| Catanzaro, Benjamin S. | 2028 C-002423 | 50 | Apr 10/09 | 50 |
| Catanzaro, Benjamin S. | 2028 C-002424 | 50 | Apr 10/09 | 50 |
| Jewell, Dunbar | 1180 C-002429 | 50 | Apr 10/09 | 50 |
| Jewell, Dunbar | 1180 C-002430 | 50 | Apr 10/09 | 50 |
| Ferguson, Larry R. | 5233 C-002436 | 50 | Apr 10/09 | 50 |
| Kent, Arthur E. | 1149 C-002438 | 50 | Apr 11/09 | 50 |
| Kent, Arthur E. | 1149 C-002439 | 50 | Apr 11/09 | 50 |
| Kent, Arthur E. | 1149 C-002440 | 50 | Apr 11/09 | 50 |
| Kent, Arthur E. | 1149 C-002441 | 50 | Apr 11/09 | 50 |
| Kent, Arthur E. | 1149 C-002442 | 50 | Apr 11/09 | 50 |
| Cottingham, John R. | 1217 C-002445 | 50 | Apr 11/09 | 50 |
| Cottingham, John R. | 1217 C-002446 | 50 | Apr 11/09 | 50 |
| Cottingham, John R. | 1217 C-002447 | 50 | Apr 11/09 | 50 |
| Cottingham, John R. | 1217 C-002448 | 50 | Apr 11/09 | 50 |
| Bellas, Robert | 2008 C-002457 | 50 | Apr 13/09 | 50 |
| Bellas, Robert | 2008 C-002458 | 50 | Apr 13/09 | 50 |
| Bellas, Robert | 2008 C-002459 | 50 | Apr 13/09 | 50 |
| Bellas, Robert | 2008 C-002460 | 50 | Apr 13/09 | 50 |
| Lee, Timothy A. | 1259 C-002466 | 50 | Apr 14/09 | 50 |
| Christmas, C. Ronald | 2030 C-002467 | 50 | Apr 14/09 | 50 |
| Christmas, C. Ronald | 2030 C-002468 | 50 | Apr 14/09 | 50 |
| Christmas, C. Ronald | 2030 C-002469 | 50 | Apr 14/09 | 50 |
| Christmas, C. Ronald | 2030 C-002470 | 50 | Apr 14/09 | 50 |
| Christmas, C. Ronald | 2030 C-002471 | 50 | Apr 14/09 | 50 |
| Christmas, C. Ronald | 2030 C-002472 | 50 | Apr 14/09 | 50 |
| Work, Lyall | 6052 C-002474 | 50 | Apr 15/09 | 25 |
| Work, Lyall | 6052 C-002476 | 50 | Apr 15/09 | 50 |
| Work, Lyall | 6052 C-002477 | 50 | Apr 15/09 | 50 |
| Work, Lyall | 6052 C-002478 | 50 | Apr 15/09 | 50 |



**01 - The Reserve Golf Club**
**Outstanding Gift Certificates Report**
**Issued from Beginning... to ...End**

| Name | Event Certificate Number | Award Amount | Date Issued | Balance |
|------|--------------------------|--------------|-------------|---------|
| McElhaney, Sam C. | 5234 C-002488 | 50 | Apr 15/09 | 50 |
| Breit, Roslind | 1008 C-002488 | 50 | Apr 16/09 | 25 |
| Breit, Roslind | 1008 C-002489 | 50 | Apr 16/09 | 50 |
| Breit, Roslind | 1008 C-002490 | 50 | Apr 16/09 | 50 |
| Breit, Roslind | 1008 C-002491 | 50 | Apr 16/09 | 50 |
| Grassle, Bruce | 1248 C-002496 | 50 | Apr 16/09 | 50 |
| Grassle, Bruce | 1248 C-002497 | 50 | Apr 16/09 | 50 |
| Rosen, Benedict P. | 2066 C-002506 | 50 | Apr 16/09 | 50 |
| McDonald, Daniel | 5324 C-002517 | 50 | Apr 17/09 | 50 |
| McDonald, Daniel | 5324 C-002518 | 50 | Apr 17/09 | 50 |
| Slattery, Dennis J. | 1232 C-002523 | 50 | Apr 17/09 | 50 |
| Slattery, Dennis J. | 1232 C-002524 | 50 | Apr 17/09 | 50 |
| Kee, Barbara | 1281 C-002526 | 50 | Apr 17/09 | 50 |
| Rohde, Robert | 1177 C-002527 | 50 | Apr 18/09 | 50 |
| Rohde, Robert | 1177 C-002528 | 50 | Apr 18/09 | 50 |
| Rohde, Robert | 1177 C-002529 | 50 | Apr 18/09 | 50 |
| Rohde, Robert | 1177 C-002530 | 50 | Apr 18/09 | 50 |
| Butts, Frank | 1257 C-002532 | 50 | Apr 18/09 | 50 |
| Butts, Frank | 1257 C-002533 | 50 | Apr 18/09 | 50 |
| Butts, Frank | 1257 C-002534 | 50 | Apr 18/09 | 50 |
| Butts, Frank | 1257 C-002535 | 50 | Apr 18/09 | 50 |
| Butts, Frank | 1257 C-002536 | 50 | Apr 18/09 | 50 |
| Buttner, June | 5102A C-002542 | 50 | Apr 19/09 | 50 |
| Buttner, June | 5102A C-002543 | 50 | Apr 19/09 | 50 |
| Ousley, Dennis W. | 6022 C-002544 | 50 | Apr 20/09 | 50 |
| Ousley, Dennis W. | 6022 C-002545 | 50 | Apr 20/09 | 50 |
| Ousley, Dennis W. | 6022 C-002546 | 50 | Apr 20/09 | 50 |
| Ousley, Dennis W. | 6022 C-002547 | 50 | Apr 20/09 | 50 |
| Ousley, Dennis W. | 6022 C-002548 | 50 | Apr 20/09 | 50 |
| Ousley, Dennis W. | 6022 C-002549 | 50 | Apr 20/09 | 50 |
| Nesbitt, Dennis A. | 5245 C-002555 | 50 | Apr 21/09 | 50 |
| Wyatt, Harold W. | 1100 C-002557 | 50 | Apr 23/09 | 50 |
| Wyatt, Harold W. | 1100 C-002558 | 50 | Apr 23/09 | 50 |
| Wyatt, Harold W. | 1100 C-002559 | 50 | Apr 23/09 | 50 |
| Wyatt, Harold W. | 1100 C-002560 | 50 | Apr 23/09 | 50 |
| Wyatt, Harold W. | 1100 C-002561 | 50 | Apr 23/09 | 50 |
| Wyatt, Harold W. | 1100 C-002562 | 50 | Apr 23/09 | 50 |
| Cole, Edward R. | 1263 C-002568 | 50 | Apr 23/09 | 50 |
| Brigden, Richard N. | 1234 C-002569 | 50 | Apr 24/09 | 50 |
| Brigden, Richard N. | 1234 C-002570 | 50 | Apr 24/09 | 50 |
| Brigden, Richard N. | 1234 C-002571 | 50 | Apr 24/09 | 50. |
| Brigden, Richard N. | 1234 C-002572 | 50 | Apr 24/09 | 50 |
| Brigden, Richard N. | 1234 C-002573 | 50 | Apr 24/09 | 50 |
| Brigden, Richard N. | 1234 C-002574 | 50 | Apr 24/09 | 50 |
| Welde, Jack | 6047 C-002579 | 50 | Apr 25/09 | 50 |
| Welde, Jack | 6047 C-002580 | 50 | Apr 25/09 | 50 |
| Welde, Jack | 6047 C-002581 | 50 | Apr 25/09 | 50 |
| Welde, Jack | 6047 C-002582 | 50 | Apr 25/09 | 50 |
| Welde, Jack | 6047 C-002583 | 50 | Apr 25/09 | 50 |

**01 - The Reserve Golf Club**
**Outstanding Gift Certificates Report**
**Issued from Beginning... to ...End**

| Name | Event Certificate Number | Award Amount | Date Issued | Balance |
|------|--------------------------|--------------|-------------|---------|
| Welde, Jack | 6047 C-002584 | 50 | Apr 25/09 | 50 |
| Covington, William C. | 5170 C-002590 | 50 | Apr 27/09 | 50 |
| Covington, William C. | 5170 C-002591 | 50 | Apr 27/09 | 50 |
| Stowe, Harold C. | 1280 C-002592 | 50 | Apr 27/09 | 50 |
| Stowe, Harold C. | 1280 C-002593 | 50 | Apr 27/09 | 50 |
| Stowe, Harold C. | 1280 C-002594 | 50 | Apr 27/09 | 50 |
| Stowe, Harold C. | 1280 C-002595 | 50 | Apr 27/09 | 50 |
| Stowe, Harold C. | 1280 C-002596 | 50 | Apr 27/09 | 50 |
| Stowe, Harold C. | 1280 C-002597 | 50 | Apr 27/09 | 50 |
| Petrik, Jerry | 2031 C-002601 | 50 | Apr 27/09 | 50 |
| Petrik, Jerry | 2031 C-002602 | 50 | Apr 27/09 | 50 |
| Petrik, Jerry | 2031 C-002603 | 50 | Apr 27/09 | 50 |
| Petrik, Jerry | 2031 C-002604 | 50 | Apr 27/09 | 50 |
| Snider, John H. | 6063 C-002609 | 50 | Apr 27/09 | 50 |
| Snider, John H. | 6063 C-002610 | 50 | Apr 27/09 | 50 |
| Farrell, Kevin P. | 1153 C-002611 | 50 | Apr 28/09 | 50 |
| Farrell, Kevin P. | 1153 C-002612 | 50 | Apr 28/09 | 50 |
| Farrell, Kevin P. | 1153 C-002613 | 50 | Apr 28/09 | 50 |
| Farrell, Kevin P. | 1153 C-002614 | 50 | Apr 28/09 | 50 |
| Farrell, Kevin P. | 1153 C-002615 | 50 | Apr 28/09 | 50 |
| Farrell, Kevin P. | 1153 C-002616 | 50 | Apr 28/09 | 50 |
| Jaeger, Robert | 1281 C-002617 | 50 | Apr 28/09 | 50 |
| Jaeger, Robert | 1281 C-002618 | 50 | Apr 28/09 | 50 |
| Jaeger, Robert | 1281 C-002619 | 50 | Apr 28/09 | 50 |
| Jaeger, Robert | 1281 C-002620 | 50 | Apr 28/09 | 50 |
| Poole, Shawn W | 5145 C-002631 | 50 | Apr 30/09 | 25 |
| Bilotta, Mary | 1175 C-002638 | 50 | Apr 30/09 | 50 |
| Bilotta, Mary | 1175 C-002639 | 50 | Apr 30/09 | 50 |
| Bilotta, Mary | 1175 C-002640 | 50 | Apr 30/09 | 50 |
| Farb, Ruth | 1158A C-002647 | 50 | Apr 30/09 | 50 |
| Farb, Ruth | 1158A C-002648 | 50 | Apr 30/09 | 50 |
| Farb, Ruth | 1158A C-002649 | 50 | Apr 30/09 | 50 |
| Sanders, Barry | 1007 C-002658 | 50 | Apr 30/09 | 50 |
| Sanders, Barry | 1007 C-002659 | 50 | Apr 30/09 | 50 |
| Casse, Robert A. | 1228 C-002670 | 50 | May 04/09 | 50 |
| Casse, Robert A. | 1228 C-002671 | 50 | May 04/09 | 50 |
| Hall, Thomas C. | 5271 C-002673 | 50 | May 05/09 | 50 |
| Hall, Thomas C. | 5271 C-002674 | 50 | May 05/09 | 50 |
| Hall, Thomas C. | 5271 C-002675 | 50 | May 05/09 | 50 |
| McWilliams, William R. | 5289 C-002680 | 50 | Oct 01/09 | 50 |
| McWilliams, William R. | 5289 C-002681 | 50 | Oct 01/09 | 50 |
| McWilliams, William R. | 5289 C-002682 | 50 | Oct 01/09 | 50 |
| McWilliams, William R. | 5289 C-002683 | 50 | Oct 01/09 | 50 |
| McWilliams, William R. | 5289 C-002684 | 50 | Oct 01/09 | 50 |
| Shaw, Gifford M. | 5058 C-002687 | 50 | Oct 01/09 | 50 |
| Shaw, Gifford M. | 5058 C-002688 | 50 | Oct 01/09 | 50 |
| Shaw, Gifford M. | 5058 C-002689 | 50 | Oct 01/09 | 50 |
| Shaw, Gifford M. | 5058 C-002690 | 50 | Oct 01/09 | 50 |
| Shaw, Gifford M. | 5058 C-002691 | 50 | Oct 01/09 | 50 |

### 01 - The Reserve Golf Club
### Outstanding Gift Certificates Report
### Issued from Beginning.., to ...End

| Name | Event Certificate Number | Award Amount | Date Issued | Balance |
|---|---|---|---|---|
| Shaw, Gifford M. | 5058 C-002692 | 50 | Oct 01/09 | 50 |
| Talbert, Ronald J. | 1285 C-002694 | 50 | Oct 01/09 | 50 |
| Talbert, Ronald J. | 1285 C-002695 | 50 | Oct 01/09 | 50 |
| Talbert, Ronald J. | 1285 C-002696 | 50 | Oct 01/09 | 50 |
| Talbert, Ronald J. | 1285 C-002697 | 50 | Oct 01/09 | 50 |
| Talbert, Ronald J. | 1285 C-002698 | 50 | Oct 01/09 | 50 |
| Midura, John R. | 1055 C-002701 | 50 | Oct 01/09 | 50 |
| Midura, John R. | 1055 C-002702 | 50 | Oct 01/09 | 50 |
| Midura, John R. | 1055 C-002703 | 50 | Oct 01/09 | 50 |
| Midura, John R. | 1055 C-002704 | 50 | Oct 01/09 | 50 |
| Marler, Guy | 1196 C-002705 | 50 | Oct 01/09 | 50 |
| Marler, Guy | 1196 C-002706 | 50 | Oct 01/09 | 50 |
| Marler, Guy | 1196 C-002707 | 50 | Oct 01/09 | 50 |
| Marler, Guy | 1196 C-002708 | 50 | Oct 01/09 | 50 |
| Marler, Guy | 1196 C-002709 | 50 | Oct 01/09 | 50 |
| Marler, Guy | 1196 C-002710 | 50 | Oct 01/09 | 50 |
| Norris III, J. Edward | 5044 C-002712 | 50 | Oct 04/09 | 50 |
| Norris III, J. Edward | 5044 C-002713 | 50 | Oct 04/09 | 50 |
| Norris III, J. Edward | 5044 C-002714 | 50 | Oct 04/09 | 50 |
| Ives, Mona | 2020 C-002717 | 50 | Oct 06/09 | 25 |
| Ives, Mona | 2020 C-002720 | 50 | Oct 06/09 | 50 |
| Paone, William M. | 1214 C-002731 | 50 | Oct 07/09 | 50 |
| Paone, William M. | 1214 C-002732 | 50 | Oct 07/09 | 50 |
| Paone, William M. | 1214 C-002733 | 50 | Oct 07/09 | 50 |
| Paone, William M. | 1214 C-002734 | 50 | Oct 07/09 | 50 |
| Paone, William M. | 1214 C-002735 | 50 | Oct 07/09 | 50 |
| Johnson, W. Steven | 1282 C-002736 | 50 | Oct 08/09 | 50 |
| Johnson, W. Steven | 1282 C-002737 | 50 | Oct 08/09 | 50 |
| Johnson, W. Steven | 1282 C-002738 | 50 | Oct 08/09 | 50 |
| Johnson, W. Steven | 1282 C-002739 | 50 | Oct 08/09 | 50 |
| Johnson, W. Steven | 1282 C-002740 | 50 | Oct 08/09 | 50 |
| Rhine, Gary J. | 1083 C-002741 | 50 | Oct 08/09 | 60 |
| Niegelsky, Lee | 6021B C-002758 | 50 | Oct 08/09 | 50 |
| Niegelsky, Lee | 6021B C-002759 | 50 | Oct 08/09 | 50 |
| Niegelsky, Lee | 6021B C-002760 | 50 | Oct 08/09 | 50 |
| Niegelsky, Lee | 6021B C-002761 | 50 | Oct 08/09 | 50 |
| Niegelsky, Lee | 6021B C-002762 | 50 | Oct 08/09 | 50 |
| Niegelsky, Lee | 6021B C-002763 | 50 | Oct 08/09 | 50 |
| Patrick, Hugh | 5242 C-002764 | 50 | Oct 09/09 | 50 |
| Patrick, Hugh | 5242 C-002765 | 50 | Oct 09/09 | 50 |
| Patrick, Hugh | 5242 C-002766 | 50 | Oct 09/09 | 50 |
| Poole, Shawn W | 5145 C-002770 | 50 | Oct 11/09 | 50 |
| Poole, Shawn W | 5145 C-002771 | 50 | Oct 11/09 | 50 |
| Poole, Shawn W | 5145 C-002772 | 50 | Oct 11/09 | 50 |
| King, Alice | 6008A C-002775 | 50 | Oct 11/09 | 50 |
| King, W. Douglas | 8008 C-002776 | 50 | Oct 11/09 | 50 |
| King, W. Douglas | 8008 C-002777 | 50 | Oct 11/09 | 50 |
| Thomas, Bennett H. | 1080 C-002779 | 50 | Oct 13/09 | 50 |
| Caulk, W. Byron | 1240 C-002780 | 50 | Oct 17/09 | 50 |

**01 - The Reserve Golf Club**
**Outstanding Gift Certificates Report**
**Issued from Beginning... to ...End**

| Name | Event Certificate Number | Award Amount | Date Issued | Balance |
|------|--------------------------|--------------|-------------|---------|
| Caulk, W. Byron | 1240 C-002781 | 50 | Oct 17/09 | 50 |
| Caulk, W. Byron | 1240 C-002782 | 50 | Oct 17/09 | 50 |
| Caulk, W. Byron | 1240 C-002783 | 50 | Oct 17/09 | 50 |
| Caulk, W. Byron | 1240 C-002784 | 50 | Oct 17/09 | 50 |
| Caulk, W. Byron | 1240 C-002785 | 50 | Oct 17/09 | 50 |
| McDonald, Daniel | 5324 C-002793 | 50 | Oct 23/09 | 50 |
| McDonald, Daniel | 5324 C-002794 | 50 | Oct 23/09 | 50 |
| McDonald, Daniel | 5324 C-002795 | 50 | Oct 23/09 | 50 |
| McDonald, Daniel | 5324 C-002798 | 50 | Oct 23/09 | 50 |
| McDonald, Daniel | 5324 C-002797 | 50 | Oct 23/09 | 50 |
| McDonald, Daniel | 5324 C-002798 | 50 | Oct 23/09 | 50 |
| Mannella, Eugene M. | 2069 C-002799 | 50 | Oct 24/09 | 50 |
| Mannella, Eugene M. | 2069 C-002800 | 50 | Oct 24/09 | 50 |
| Mannella, Eugene M. | 2069 C-002801 | 50 | Oct 24/09 | 50 |
| Mannella, Eugene M. | 2069 C-002802 | 50 | Oct 24/09 | 50 |
| Mannella, Eugene M. | 2069 C-002803 | 50 | Oct 24/09 | 50 |
| Mannella, Eugene M. | 2069 C-002804 | 50 | Oct 24/09 | 50 |
| Jennings, W. Bruce | 5260 C-002807 | 50 | Oct 28/09 | 50 |
| Jennings, W. Bruce | 5260 C-002808 | 50 | Oct 28/09 | 50 |
| Jennings, W. Bruce | 5260 C-002809 | 50 | Oct 28/09 | 50 |
| Jennings, W. Bruce | 5260 C-002810 | 50 | Oct 28/09 | 50 |
| | Total Report | 18200 | | 18025 |

**SCHEDULE 9.2**
**MEMBER CREDITS**
**GIFT CERTIFICATES**                                    As of Novemer 9, 2009

<u>01 - The Reserve Golf Club</u>
<u>Outstanding Gift Certificates Report</u>
<u>Issued from Beginning... to ...End</u>

| Name | Event Certificate Number | Award Amount | Date Issued | Balance |
|------|--------------------------|--------------|-------------|---------|
| Thomas, Rowland H. | 1202 A-009434 | 20 | Nov 22/08 | 20 |
| Marino, Michael A. | 1101 A-009452 | 100 | Dec 24/08 | 10.62 |
| Secrest, Thomas L. | 1238 A-009458 | 45 | Feb 07/09 | 36.88 |
| Lee, Timothy A. | 1259 A-009462 | 25 | Feb 07/09 | 25 |
| Thomas, John G. | 5280 A-009467 | 20 | Feb 07/09 | 20 |
| Kirby Adem | A-009474 | 50 | Feb 21/09 | 18.35 |
| Ousley, Dennis W. | 6022 A-009477 | 50 | Feb 21/09 | 50 |
| Buchanon Jim | A-009484 | 18 | Feb 21/09 | 18 |
| Whelchel, Nyra | 1089 A-009488 | 20 | Mar 11/09 | 14.91 |
| Pannucci, Michael J. | 1213 A-009495 | 35 | Mar 31/09 | 2.2 |
| Adams, Danny | 1288 A-009500 | 22.5 | Mar 31/09 | 22.5 |
| | A-009502 | 50 | Mar 31/09 | 50 |
| Hurt, David B | 5092 A-009519 | 125 | Apr 05/09 | 30.87 |
| Thomas, Rowland H. | 1202 A-009525 | 72.5 | Apr 05/09 | 72.5 |
| Whelchel, Raymond | 1089A A-009527 | 125 | Apr 05/09 | 125 |
| Pannucci, Michael J. | 1213 A-009528 | 90 | Apr 05/09 | 90 |
| Short, Dale A. | 5150 A-009529 | 90 | Apr 05/09 | 90 |
| Guth, Carl | 1042 A-009530 | 72.5 | Apr 05/09 | 1.01 |
| Mannella, Eugene M. | 2069 A-009531 | 72.5 | Apr 05/09 | 1.37 |
| Whelchel, Nyra | 1089 A-009532 | 115 | Apr 05/09 | 115 |
| Davidson, Paul | 1269 A-009533 | 115 | Apr 05/09 | 33.3 |
| Zapletal, Pavla | 1186A A-009635 | 115 | Apr 05/09 | 73.71 |
| Guest, | 9000 A-009539 | 45 | Apr 18/09 | 45 |
| O'Brien, Chad | 3001 A-009542 | 45 | Apr 18/09 | 5 |
| Marino, Michael A. | 1101 A-009544 | 25 | Apr 18/09 | 17.98 |
| Zapletal, Jiri | 1186 A-009550 | 36 | Apr 23/09 | 16.92 |
| Lassiter, J. Donnell | 5135 A-009554 | 100 | Apr 25/09 | 100 |
| Ruhle, William | 1253 A-009558 | 20 | Apr 25/09 | 12.78 |
| Lee, Thomas W. | 1244 A-009563 | 35 | Apr 25/09 | 17.77 |
| Madison, Tim | 1254 A-009564 | 35 | Apr 25/09 | 33.89 |
| Brown Priscill | a A-009567 | 25 | Apr 29/09 | 25 |
| Thomas, Diane | 1202A A-009574 | 25 | Apr 29/09 | 25 |
| Furr Maxine | A-009575 | 25 | Apr 29/09 | 25 |
| Davis Mike | A-009579 | 50 | May 16/09 | 50 |
| Davis Mike | A-009581 | 50 | May 16/09 | 50 |
| Winstead, Fred S. | 5089 A-009582 | 75 | May 16/09 | 55.92 |
| Phillips Rick | A-009583 | 75 | May 16/09 | 75 |
| Cross Pete | A-009587 | 25 | May 16/09 | 25 |
| D'Antoni Frank | A-009591 | 100 | May 16/09 | 100 |
| Scavelli, Thomas D. | 1069 A-009592 | 100 | May 16/09 | 100 |
| Palazzo Dick | A-009593 | 100 | May 16/09 | 100 |
| Long Ron | A-009595 | 100 | May 16/09 | 100 |
| Gallo, Art D. | 1037 A-009596 | 100 | May 16/09 | 60.86 |
| Welsh, Thomas J. | 1250 A-009600 | 75 | May 16/09 | 0.29 |
| Dore Frank | A-009601 | 75 | May 16/09 | 75 |
| Thomas, Rowland H. | 1202 A-009602 | 75 | May 16/09 | 75 |
| Sweeney Bernard | A-009603 | 75 | May 16/09 | 75 |
| Klinger, Bryan | 1092 A-009604 | 75 | May 16/09 | 32.64 |

| Camasl Vic | A-009605 | 75 | May 16/09 | 75 |

### 01 - The Reserve Golf Club
### Outstanding Gift Certificates Report
### Issued from Beginning... to ...End

| Name | Event Certificate Number | Award Amount | Date Issued | Balance |
|---|---|---|---|---|
| Austin Gene | A-009607 | 75 | May 16/09 | 21.58 |
| Taylor, Alan | 1262 A-009608 | 50 | May 23/09 | 22.9 |
| Hirsch, Kathy | 2032A A-009619 | 50 | May 25/09 | 22.86 |
| Cox, Leslie E. | 2010 A-009622 | 45 | May 25/09 | 41.99 |
| Cox, Ruth | 2010A A-009623 | 45 | May 25/09 | 45 |
| Heaton, Paul | 2015 A-009624 | 45 | May 25/09 | 35.21 |
| Shaw, Gifford M. | 5058 A-009628 | 65 | May 30/09 | 15.52 |
| Besemer Bruce | A-009633 | 50 | May 30/09 | 50 |
| Stowe, Harold C. | 1260 A-009637 | 40 | May 30/09 | 40 |
| Bishop David | A-009638 | 40 | May 30/09 | 40 |
| Pannucci, Michael J. | 1213 A-009639 | 35 | May 30/09 | 35 |
| Lyon Punky | A-009641 | 35 | May 30/09 | 35 |
| Bellas, Susan | 2008A A-009650 | 8 | Jun 03/09 | 5.58 |
| Bilotta, Mary | 1175 A-009655 | 15 | Jun 24/09 | 15 |
| Stringer, Paul W. | 6027 A-009665 | 62.5 | Jul 04/09 | 1.49 |
| Stringer, Paul W. | 6027 A-009666 | 62.5 | Jul 04/09 | 6.53 |
| Hirsch, Michael J. | 2032 A-009668 | 62.5 | Jul 04/09 | 62.48 |
| Hirsch, Michael J. | 2032 A-009669 | 62.5 | Jul 04/09 | 62.5 |
| Rountree, John | 6019E A-009671 | 50 | Jul 04/09 | 6.02 |
| Rountree, John | 6019E A-009672 | 50 | Jul 04/09 | 50 |
| Dakin, Andrea | 5314A A-009674 | 50 | Jul 04/09 | 50 |
| Marino, Michael A. | 1101 A-009675 | 50 | Jul 04/09 | 50 |
| Hirsch, Kathy | 2032A A-009683 | 11 | Jul 15/09 | 11 |
| Farb, Ruth | 1158A A-009685 | 12 | Jul 22/09 | 3.88 |
| Bilotta, Mary | 1175 A-009688 | 12 | Jul 22/09 | 12 |
| Hirsch, Kathy | 2032A A-009689 | 11 | Jul 29/09 | 11 |
| Heaton, Fran | 2015A A-009690 | 11 | Jul 29/09 | 11 |
| Secrest, Elizabeth | 1238A A-009693 | 12 | Aug 05/09 | 12 |
| Flythe, Brenda W. | 1034 A-009695 | 16 | Aug 19/09 | 8.13 |
| Heaton, Fran | 2015A A-009696 | 8 | Aug 19/09 | 5.88 |
| Godwin, Jeannette | 1208 A-009697 | 8 | Sep 03/09 | 8 |
| Flythe, Brenda W. | 1034 A-009698 | 8 | Sep 03/09 | 8 |
| Kee, Barbara | 1291 A-009701 | 8 | Sep 16/09 | 8 |
| Secrest, Elizabeth | 1238A A-009702 | 8 | Sep 16/09 | 8 |
| Heaton, Fran | 2015A A-009703 | 8 | Sep 16/09 | 8 |
| Gallo, Art D. | 1037 A-009705 | 60 | Oct 01/09 | 40 |
| Morris, Walter Smith | 5290 A-009706 | 60 | Oct 01/09 | 40 |
| Pannucci, Michael J. | 1213 A-009707 | 60 | Oct 01/09 | 40 |
| Duncan, Charles L. | 1195 A-009708 | 100 | Oct 09/09 | 2.48 |
| Mashburn, Pat | 2070B A-009709 | 100 | Oct 11/09 | 100 |
| King, W. Douglas | 6008 A-009710 | 100 | Oct 11/09 | 100 |
| Rogers, Albert R. | 1147 A-009711 | 75 | Oct 11/09 | 38.11 |
| Getty, Michael | 1039 A-009712 | 100 | Oct 11/09 | 70.77 |
| Lee, Thomas W. | 1244 A-009715 | 75 | Oct 11/09 | 75 |
| Gaines, David II | 1170C A-009717 | 50 | Oct 11/09 | 50 |
| Petrik, Jerry | 2031 A-009718 | 50 | Oct 11/09 | 50 |
| Secrest, Thomas L. | 1238 A-009719 | 50 | Oct 11/09 | 50 |
| Flythe, Brenda W. | 1034 A-009720 | 100 | Oct 11/09 | 100 |
| Flythe, Brenda W. | 1034 A-009722 | 11 | Oct 12/09 | 11 |

### 01 - The Reserve Golf Club
### Outstanding Gift Certificates Report
### Issued from Beginning... to ...End

| Name | Event | Certificate Number | Award Amount | Date Issued | Balance |
|------|-------|--------------------|--------------|-------------|---------|
| Erwin, Jean | 5292A | A-009724 | 11 | Oct 12/09 | 11 |
| Heaton, Fran | 2015A | A-009725 | 11 | Oct 12/09 | 11 |
| | | A-009734 | 40 | Oct 12/09 | 40 |
| | | A-009735 | 40 | Oct 12/09 | 40 |
| | | A-009737 | 40 | Oct 12/09 | 40 |
| Drohan, Matthew M. | 1030 | A-009738 | 20 | Oct 17/09 | 20 |
| McDonald, Daniel | 5324 | A-009739 | 20 | Oct 17/09 | 20 |
| Walsh, Thomas J. | 1250 | A-009740 | 20 | Oct 17/09 | 20 |
| Foran Jan | | A-009743 | 50 | Oct 26/09 | 50 |
| Rusnak AJ | | A-009746 | 50 | Oct 26/09 | 50 |
| Securro Matt | | A-009747 | 50 | Oct 26/09 | 50 |
| Maxwell Pam | | A-009748 | 50 | Oct 26/09 | 50 |
| Resetar Gayle | | A-009749 | 50 | Oct 26/09 | 50 |
| Rosen, Brenda | 2066A | A-009755 | 25 | Oct 26/09 | 25 |
| Rosen, Brenda | 2066A | A-009756 | 25 | Oct 26/09 | 25 |
| Talbert, Ronald J. | 1265 | A-009757 | 25 | Oct 26/09 | 25 |
| | | A-009762 | 25 | Oct 26/09 | 25 |
| | | A-009763 | 25 | Oct 26/09 | 25 |
| | | A-009764 | 25 | Oct 26/09 | 25 |
| | | A-009765 | 25 | Oct 26/09 | 25 |
| Langfitt, Joan | 1139 | A-009766 | 16 | Oct 28/09 | 16 |
| Flythe, Brenda W. | 1034 | A-009767 | 16 | Oct 28/09 | 16 |
| | | A-009773 | 30 | Nov 08/09 | 0.84 |
| | | A-009774 | 15 | Nov 08/09 | 6.72 |
| | | A-009776 | 15 | Nov 08/09 | 15 |
| | | A-009777 | 15 | Nov 08/09 | 15 |
| | | A-009778 | 7 | Nov 08/09 | 7 |
| | | | ========== | | ========= |
| | Total Report | | 6002 | | 4595.54 |

Schedule 9.6(a)

Membership

See attached.

**Membership Record as of Nov 2009**

| Member Name | of Record | Act. Act. Res. Inac. | Date Act. Res. | Date Inac. | Date Joined | Class | Level | Current Shrwnr. $$ | Paid Init. Fees | Credit On Acct. | *As of 8-09 Delinquent A/R | Unpaid Init. Fees | $$ Amt. Init. Fee Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **A.** | **Active Members** | **Inac.** | **Act. Res.** | **Inac.** | | | | **$$** | | | | | **Owed** |
| Abbott/Trust | Richard | Active | | | 7/12/2002 | Golf | Individual | $ 5,000 | $32,500 | $ (432.59) | | | $ 29,250 |
| Adams | Thomas | Active | | | 2/4/2001 | Golf | Ext Fam | $ 5,000 | $20,000 | $ (396.36) | | | $ 16,000 |
| Adams | John C. | Active | | | 4/21/2008 | Golf | Individual | $ 5,000 | $ 5,000 | $ (252.99) | | | $ - |
| Adams | Leonard D. | Active | | | 6/1/2008 | Reserve | Family | $ 5,000 | $10,000 | | $ 101.64 | | $ - |
| Agresta | Ronald | Active | | | 1/12/1999 | Reserve | Ext Fam | $ 5,000 | $23,000 | $ (907.20) | | | $ 20,700 |
| Alexander | Glynn | Active | | | 4/8/2008 | Golf | Individual | $ 5,000 | $ 5,000 | $ (61.59) | | | $ - |
| Allan | Bruce | Active | | | 9/17/2002 | Golf | Family | $ 5,000 | $32,500 | | $ 299.25 | | $ 29,250 |
| Allen | J. | Active | | | 4/13/1999 | Golf | Family | $ - | $13,500 | | $1,080.75 | | $ 10,800 |
| Anderson | H. | Active | | | 9/30/1999 | Golf | Ext Fam | $ 5,000 | $15,000 | $ (348.23) | | | $ 12,000 |
| Anderson | Joe | Active | | | 12/1/2001 | Golf | Family | $ 5,000 | $20,000 | | $ 299.25 | | $ 16,000 |
| Anderson | Michael | Active | | | 8/21/2001 | Reserve | Indivual | $ 5,000 | $32,500 | | $ 320.25 | | $ 29,250 |
| Andrews | Mike T. | Active | | | 8/15/1997 | Reserve | Indivual | $ 5,000 | $15,000 | | $ 530.70 | | $ 15,000 |
| Arneman | Dana (Dunes Realty of Litchfield) | Active | | | 8/26/2004 | Golf | Individual | $ 5,000 | $20,000 | $ (124.98) | | | $ 16,000 |
| Atkins | Murrey | Active | | | 10/12/1998 | Golf | Individual | $ 5,000 | $12,500 | | $ 275.00 | | $ 10,000 |
| Atkisson | Sandra | Active | | | 5/5/1998 | Golf | Individual | $ 5,000 | $18,500 | | $ 478.59 | | $ 16,650 |
| Avinger | Robert | Active | | | 10/3/1997 | Golf | Individual | $ 5,000 | $11,000 | $ (321.96) | | | $ 8,800 |
| Babb | Robert | Active | | | 2/7/2005 | Golf | Individual | $ 5,000 | $20,000 | $ (245.72) | | | $ 16,000 |
| Bailey | Bruce | Active | | | 3/30/2009 | Corp | Individual | $ 5,000 | $ 2,500 | $ (171.46) | | | $ - |
| Bailey | Vic | Active | | | 9/25/2000 | Golf | Ext Fam | $ 5,000 | $18,000 | $ (529.20) | | | $ 14,400 |
| Bailey | John | Active | | | 3/16/1999 | Golf | Family | $ 5,000 | $27,500 | | $ 299.25 | | $ 24,750 |
| Ball | JoAnn | Active | | | 8/31/1999 | Golf | Ext Fam | $ 5,000 | $15,000 | | $ 400.25 | | $ 12,000 |
| Belk | Harry | Active | | | 3/9/1999 | Golf | Family | $ - | $13,500 | | $ 299.25 | | $ 11,040 |
| Bell | Frank | Active | | | 6/25/2002 | Golf | Ext Fam | $ 5,000 | $20,000 | | $ 330.75 | | $ 16,000 |
| Bellas | Robert | Active | | | 8/10/1999 | Reserve | Ext Fam | $ 5,000 | $25,000 | $ (742.08) | | | $ 22,500 |
| Benfield | Jack | Active | | | 10/14/1999 | Golf | Individual | $ 5,000 | $25,000 | $ (3,626.15) | | | $ 22,500 |
| Berry | Jane | Active | | | 5/1/2000 | Golf | Ext Fam | $ - | $16,500 | | $ 330.75 | | $ 13,200 |
| Beymer | Robert | Active | | | 2/24/2000 | Reserve | Ext Fam | $ 5,000 | $27,500 | $ (562.32) | | | $ 24,750 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Binder | Jim | | Active | | | 6/13/2000 | Bus En Des | Individual | | $ 5,000 | $ (86.49) | | $ - |
| Bishop | Barry | | Active | | | 6/22/1999 | Golf | Individual | $ 5,000 | $13,500 | | $ 233.10 | $ 10,800 |
| Bloom | Douglas | | Active | | | 8/11/1998 | Golf | Ext Fam | $ 5,000 | $12,500 | | $ 349.83 | $ 10,000 |
| Bohan | Michael | | Active | | | 8/26/2003 | Golf | Family | $ 5,000 | $20,000 | $ (421.56) | | $ 16,000 |
| Boyd | Robert | | Active | | | 2/1/2007 | Reserve | Family | $ 5,000 | $20,000 | | $ 89.39 | $ 10,000 |
| Boyle | Deloris | | Active | | | 5/18/1999 | Reserve | Individual | $ 5,000 | $32,500 | | $ 361.11 | $ 29,250 |
| Brabham, III | Angus M. | | Active | | | 5/22/2008 | Golf | Individual | $ 5,000 | $ 5,000 | | $ 337.59 | $ - |
| Bradshaw | Charles | | Active | | | 1/21/2004 | Golf | Individual | $ 5,000 | $20,000 | $ (372.96) | | $ 16,000 |
| Breit | Roslind | | Active | | | 10/21/1997 | Reserve | Individual | $ 5,000 | $17,500 | $ (493.32) | | $ 15,750 |
| Brice | Owen | | Active | | | 8/15/1997 | Reserve | Family | $ 5,000 | $15,000 | | $2,470.52 | $ 15,000 |
| Brigden | Richard | | Active | | | 4/4/1998 | Reserve | Family | $ 5,000 | $32,500 | $ (642.01) | | $ 29,250 |
| Brown | Tom  (Easlan Capital, Inc) | | Active | | | 1/30/2007 | Corp | Individual | $ 5,000 | $15,000 | | | $ 7,500 |
| Brown | Robert (Gilfillin Investments, LLC) | | Active | | | 12/29/2000 | Golf | Individual | $ 5,000 | $18,500 | | $ 233.10 | $ 14,800 |
| Brunnemer | H. | | Active | | | 6/2/1998 | Reserve | Individual | $ 5,000 | $20,000 | | $ 320.25 | $ 18,000 |
| Bryan | Charles | | Active | | | 7/8/2004 | Golf | Individual | $ 5,000 | $20,000 | | $ 46.34 | $ 16,000 |
| Bula | Simon | | Active | | | 8/1/1997 | Reserve | Individual | $ 5,000 | $15,000 | | $1,071.19 | $ 15,000 |
| Burwell | Jon | | Active | | | 9/27/2005 | Reserve | Individual | $ 5,000 | $32,500 | $ (235.98) | | $ 29,250 |
| Buttner | Robert | | Active | | | 4/27/1999 | Golf | Family | $ 5,000 | $13,500 | | $1,695.54 | $ 10,800 |
| Butts | Frank | | Active | | | 12/21/2004 | Reserve | Family | $ 5,000 | $20,000 | | $ 665.07 | $ 10,000 |
| Byrd | R. Wayne | | Active | | | 5/2/2007 | Golf | Family | $ 5,000 | $20,000 | | $ 371.33 | $ 16,000 |
| Campbell | Charles | | Active | | | 12/1/2004 | Reserve | Family | $ 5,000 | $20,000 | | $ 299.25 | $ 16,000 |
| Campbell | William | | Active | | | 9/24/1997 | Reserve | Individual | $ 5,000 | $15,000 | $ (512.40) | | $ 15,000 |
| Casse | Robert | | Active | | | 9/26/2005 | Reserve | Individual | $ 5,000 | $32,500 | $ (238.39) | | $ 29,250 |
| Cassidy | Timothy | | Active | | | 10/22/1997 | Reserve | Individual | $ 5,000 | $18,500 | $ (270.87) | | $ 16,650 |
| Catanzaro | Benjamin | | Active | | | 2/7/2005 | Reserve | Ext Fam | $ 5,000 | $32,500 | | $ 97.49 | $ 29,250 |
| Caton | Robert | | Active | | | 6/7/2000 | Reserve | Individual | $ 5,000 | $27,500 | | $ 965.55 | $ 24,650 |
| Caulk | Byron | | Active | | | 6/7/2006 | Reserve | Individual | $ 5,000 | $32,500 | $ (76.39) | | $ 29,250 |
| Chadwick | Everett | | Active | | | 11/28/2005 | Reserve | Individual | $ 5,000 | $20,000 | $ (231.34) | | $ 10,000 |
| Chambliss | Russell | | Active | | | 8/28/2007 | Golf | Ext Fam | $ 5,000 | $22,000 | | $ 330.75 | $ 17,600 |
| Charlton | Richard | | Active | | | 7/11/2004 | Reserve | Family | $ 5,000 | $27,500 | | $ 135.72 | $ 25,650 |
| Chiappetta | Larry | | Active | | | 9/13/2004 | Reserve | Individual | $ 5,000 | $20,000 | | $ 434.93 | $ 10,000 |
| Christmas | C. Ronald | | Active | | | 5/2/2004 | Reserve | Ext Fam | $ 5,000 | $32,500 | $ (907.20) | | $ 29,250 |
| Clamp | James | | Active | | | 10/22/1997 | Reserve | Individual | $ 5,000 | $17,500 | $ (316.96) | | $ 15,750 |
| Clark | Chris | | Active | | | 10/10/2006 | Bus Entity | Individual | $ - | $20,000 | | $ 199.43 | $ 16,000 |
| Clark | Milton | | Active | | | 10/22/2007 | Reserve | Individual | $ 5,000 | $10,000 | | $ 320.35 | $ - |
| Clarke | John | | Active | | | 12/1/1998 | Reserve | Family | $ 5,000 | $23,000 | | $ 488.25 | $ 20,700 |

| | | | Status | | | Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Clay | Dennis | | Active | | | 3/18/1998 | Reserve | Family | $ 5,000 | $23,000 | $ (781.20) | | | $ 20,700 |
| Cline | William | | Active | | | 8/15/2003 | Reserve | Individual | $ 5,000 | $32,500 | $ (483.78) | | | $ 29,250 |
| Coker | William | | Active | | | 10/14/1997 | Reserve | Individual | $ 5,000 | $17,500 | $ (616.17) | | | $ 15,750 |
| Cole | Ed | | Active | | | 10/24/2007 | Reserve | Individual | $ 5,000 | $10,000 | | $ 285.59 | | $ - |
| Commander | Charles | | Active | | | 7/15/2000 | Golf | Individual | $ 5,000 | $16,500 | $ (372.96) | | | $ 13,200 |
| Congel | Betty | | Active | | | 3/27/1998 | Reserve | Family | $ 5,000 | $18,500 | | $ 299.25 | | $ 16,650 |
| Cook | James | | Active | | | 7/15/1998 | Golf | Individual | $ 5,000 | $12,500 | $ (372.96) | | | $ 10,000 |
| Cook | Walter | | Active | | | 7/13/1998 | Golf | Individual | $ 5,000 | $12,500 | $ (372.96) | | | $ 10,000 |
| Cook | John | | Active | | | 4/25/2005 | Reserve | Individual | $ 5,000 | $32,500 | | $ 322.04 | | $ 29,250 |
| Cooper | Gary | | Active | | | 9/16/2003 | Reserve | Individual | $ 5,000 | $20,000 | | $ 853.99 | | $ 10,000 |
| Corrigan | Kevin L. | | Active | | | 8/14/1997 | Golf | Individual | $ 5,000 | $ 5,000 | | $ 784.90 | | $ - |
| Cottingham | John | | Active | | | 4/11/2005 | Reserve | Individual | $ 5,000 | $32,500 | | $ 118.43 | | $ 29,250 |
| Covington | William | | Active | | | 6/27/2000 | Golf | Individual | $ 5,000 | $16,500 | $ (606.06) | | | $ 13,200 |
| Cox | Leslie | | Active | | | 6/7/1999 | Reserve | Ext Fam | $ 5,000 | $23,000 | $ (371.97) | | | $ 21,600 |
| Cummings | Thomas | | Active | | | 5/2/2005 | Golf | Ext Fam | $ 5,000 | $20,000 | | $ 480.53 | | $ 16,000 |
| Cunningham | Ray | | Active | | | 1/3/2005 | Golf | Individual | $ - | $20,000 | | $ 298.18 | | $ 16,000 |
| Currie | John | | Active | | | 4/27/1999 | Reserve | Individual | $ 5,000 | $13,500 | | $ 688.20 | | $ 6,750 |
| Dakin | Mike | | Active | | | 4/26/2006 | Golf | Family | $ 5,000 | $20,000 | $ (233.97) | | | $ 16,000 |
| Dancu | Daniel | | Active | | | 12/4/2007 | Reserve | Individual | $ 5,000 | $10,000 | $ (344.06) | | | $ - |
| Daniels | Gary | | Active | | | 7/17/1998 | Reserve | Ext Fam | $ 5,000 | $20,000 | | $ 567.00 | | $ 18,000 |
| Dargan | Perrin | | Active | | | 8/15/1997 | Reserve | Individual | $ 5,000 | $15,000 | $ (340.20) | | | $ 15,000 |
| Davidson | James | | Active | | | 6/7/2000 | Golf | Individual | $ 5,000 | $16,500 | | $ 233.30 | | $ 13,200 |
| Davidson | Paul | | Active | | | 6/25/2002 | Reserve | Family | $ 5,000 | $10,000 | | $1,040.79 | | $ 10,000 |
| Davis | J. B.(Carolina Custom Finishing, LLC) | | Active | | | 11/18/2003 | Corp | Individual | $ 5,000 | $32,500 | $ (252.00) | | | $ 29,250 |
| Davis | I. E. (Sandy) | | Active | | | 1/26/2005 | Golf | Individual | $ 5,000 | $20,000 | | $ 139.86 | | $ 16,000 |
| Davis | Robert | | Active | | | 6/2/1998 | Reserve | Individual | $ 5,000 | $20,000 | $ (79.10) | | | $ 18,000 |
| Denton | Graham | | Active | | | 5/13/2002 | Golf | Individual | $ 5,000 | $20,000 | | $ 233.10 | | $ 16,000 |
| DeRuiter | Richard | | Active | | | 10/5/2004 | Golf | Individual | $ 5,000 | $20,000 | $ (245.34) | | | $ 16,000 |
| Dickens | John | | Active | | | 6/2/1998 | Golf | Ext Fam | $ 5,000 | $11,500 | | $1,119.07 | | $ 9,200 |
| Dickens | Al | | Active | | | 4/29/1999 | Golf | Ext Fam | $ 5,000 | $13,500 | | $ 822.84 | | $ 10,800 |
| Donnelly | Michael | | Active | | | 8/6/2004 | Golf | Family | $ 5,000 | $20,000 | | $ 299.25 | | $ 16,000 |
| Dorman | Dexter | | Active | Suspended | | 8/18/1997 | Reserve | Individual | $ - | $15,000 | | $2,601.40 | | $ 15,000 |
| Drohan | Matthew | | Active | | | 8/5/1997 | Reserve | Family | $ 5,000 | $15,000 | $ (308.97) | | | $ 15,000 |
| Dulin | Tom | | Active | | | 11/1/2007 | Reserve | Individual | $ 5,000 | $10,000 | $ (501.70) | | | $ - |
| Duncan | Charles | | Active | | | 8/11/1998 | Reserve | Individual | $ 5,000 | $32,500 | $ (585.84) | | | $ 29,250 |
| Dusenbury | Brenda | | Active | | | 6/15/1999 | Golf | Individual | $ 5,000 | $13,500 | | $1,916.75 | | $ 10,800 |

| Easterling | John | | Active | | | 4/1/2008 | Golf | Individual | $ 5,000 | $ 5,000 | | $ 233.10 | | $ - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eibeler | Paul | | Active | | | 11/30/2007 | Reserve | Individual | $ 5,000 | $ 9,000 | | $ 295.15 | | $ - |
| Eisenstadt | Lewis | | Active | | | 7/28/1999 | Golf | Family | $ 5,000 | $ 15,000 | | $ 299.25 | | $ 12,000 |
| Ellis | Robert | | Active | | | 11/6/1998 | Golf | Ext Fam | $ 5,000 | $ 13,500 | | $ 330.75 | | $ 10,800 |
| Errico | Keith (The Titan Group, Inc) | | Active | | | 3/7/2005 | Golf | Individual | $ 5,000 | $ 20,000 | | $ 396.29 | | $ 16,000 |
| Fabian | Stan | | Active | | | 9/28/2006 | Golf | Family | $ 5,000 | $ 20,000 | | $ 906.02 | | $ 16,000 |
| Feild | Jack | | Active | | | 7/30/1997 | Reserve | Individual | $ 5,000 | $ 15,000 | $ (200.99) | | | $ 15,000 |
| Ferguson | Larry | | Active | | | 6/1/2003 | Golf | Individual | $ 5,000 | $ 20,000 | | $ 233.10 | | $ 16,000 |
| Flythe | Brenda | | Active | | | 6/30/1998 | Reserve | Individual | $ 5,000 | $ 20,000 | $ (162.51) | | | $ 18,000 |
| Folsom | John | | Active | | | 3/1/2005 | Golf | Individual | $ 5,000 | $ 20,000 | | $ 233.10 | | $ 16,000 |
| Fordyce | James | | Active | | | 4/17/2008 | Golf | Family | $ 5,000 | $ 5,000 | $ (421.56) | | | $ - |
| Forshaw | Thomas | | Active | | | 10/1/1997 | Reserve | Ext Fam | $ 5,000 | $ 17,500 | $ (863.06) | | | $ 15,750 |
| Fraley | Daniel M. | | Active | | | 10/15/2008 | Reserve | Individual | $ 5,000 | $ 10,000 | | $ 117.57 | | $ - |
| Francis | Jimmy | | Active | | | 1/30/2007 | Corp Des | Individual | $ - | $ 2,500 | | $ 157.50 | | $ - |
| Gaines | David | | Active | | | 12/18/2000 | Reserve | Family | $ 5,000 | $ 30,000 | | $2,754.32 | | $ 27,000 |
| Gallagher | Terrence | | Active | | | 12/30/2005 | Reserve | Individual | $ 5,000 | $ 32,500 | $ (177.75) | | | $ 29,250 |
| Gallo | Art | | Active | | | 1/20/1998 | Reserve | Family | $ 5,000 | $ 18,500 | $ (336.21) | | | $ 16,650 |
| Gerber | Chrsitine | | Active | | | 6/13/2000 | Bus Entity | Individual | $ 5,000 | $ 16,500 | | $ 159.86 | | $ 13,200 |
| Getty | Michael | | Active | | | 5/5/1998 | Reserve | Individual | $ 5,000 | $ 18,500 | $ (91.11) | | | $ 16,650 |
| Gibbs | Joe | | Active | | | 10/1/2008 | Reserve | Individual | $ - | NONE | | | | $ - |
| Gilles | Mark | | Active | | | 2/20/2001 | Reserve | Individual | $ 5,000 | $ 30,000 | | $ 326.61 | | $ 27,000 |
| Godwin | Jeannette | | Active | | | 9/22/2004 | Reserve | Individual | $ 5,000 | $ 32,500 | | $ 977.81 | | $ 29,250 |
| Gonyea | Andrew | | Active | | | 10/27/1997 | Reserve | Family | $ - | $ 17,500 | | $ 721.38 | | $ 15,750 |
| Grassie | Bruce | | Active | | | 7/16/2007 | Reserve | Individual | $ 5,000 | $ 32,500 | $ (281.95) | | | $ 29,250 |
| Gregg | Elizabeth | | Active | | | 10/1/2004 | Golf | Individual | $ 5,000 | $ 20,000 | $ (344.34) | | | $ 16,000 |
| Griffith | Steve | | Active | | | 11/9/1999 | Golf | Individual | $ 5,000 | $ 15,000 | $ (316.94) | | | $ 12,000 |
| Guth | Carl | | Active | | | 3/1/1998 | Reserve | Family | $ 5,000 | $ 18,500 | $ (718.41) | | | $ 16,650 |
| Haas | Jay | | Active | | | 6/1/2008 | Reserve | Individual | $ - | NONE | | | | $ - |
| Haigler | George | | Active | | | 5/5/1998 | Golf | Individual | $ 5,000 | $ 11,500 | | $ 351.80 | | $ 9,200 |
| Hall | Thomas | | Active | | | 11/16/2004 | Golf | Individual | $ 5,000 | $ 20,000 | $ (372.96) | | | $ 16,000 |
| Hallmark | Thomas | | Active | | | 8/31/2002 | Golf | Family | $ 5,000 | $ 20,000 | | $ 299.25 | | $ 16,000 |
| Hamilton | Edgar | | Active | | | 6/29/2004 | Golf | Individual | $ 5,000 | $ 20,000 | $ (341.51) | | | $ 10,000 |
| Hanna | Paul J. | | Active | | | 4/6/2006 | Golf | Individual | $ - | $ 20,000 | | $ 303.00 | | $ 16,000 |
| Harrelson | Tim | | Active | | | 9/29/1998 | Reserve | Family | $ 5,000 | $ 21,500 | | $ 636.16 | | $ 19,350 |
| Harry | David  (Preferred Power, Inc) | | Active | | | 5/29/2007 | Corp | Individual | $ 5,000 | $ 15,000 | | $ 315.00 | | $ 7,500 |
| Haworth | Howard | | Active | | | 4/30/2002 | Golf | Family | $ 5,000 | $ 20,000 | | $ 233.10 | | $ 16,000 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hay | John | Active | 3/30/1998 | Reserve | Individual | $ 5,000 | $18,500 | | | $ 754.57 | $ 16,650 |
| Healey | Richard | Active | 5/4/2009 | Reserve | Individual | $ - | NONE | | | $ 350.72 | $ - |
| Heaton | Paul | Active | 7/15/2000 | Reserve | Family | $ 5,000 | $27,500 | $ (278.28) | | | $ 24,750 |
| Heggie | Skip | Active | 11/16/2007 | Reserve | Family | $ 5,000 | $10,000 | $ (597.76) | | | $ - |
| Heymann | Ronald | Active | 8/4/2005 | Reserve | Individual | $ 5,000 | $32,500 | | | $ 516.75 | $ 29,250 |
| Hirsch | Michael | Active | 8/15/1997 | Reserve | Family | $ 5,000 | $15,000 | $ (478.24) | | | $ 15,000 |
| Hodges | Bernard | Active | 6/7/1999 | Golf | Individual | $ 5,000 | $13,500 | $ (259.74) | | | $ 10,800 |
| Hogan | Michael (Puck, Sheetz & Hogan) | Active | 8/13/1997 | Golf | Individual | $ 5,000 | $15,000 | | | $ 639.94 | $ 15,000 |
| Hollingsworth | Jim | Active | 6/7/2006 | Golf | Individual | $ 5,000 | $20,000 | | | $ 626.85 | $ 16,000 |
| Hoover | Raymond | Active | 8/19/2005 | Golf | Family | $ 5,000 | $20,000 | | | $ 299.25 | $ 16,000 |
| Horvath | Robert | Active | 6/13/2000 | Bus En Des | Individual | | $ 5,000 | $ (252.00) | | | $ - |
| Hoyle | William | Active | 5/3/2004 | Reserve | Individual | $ 5,000 | $20,000 | $ (277.28) | | | $ 10,000 |
| Hupp | Jack | Active | 4/1/2004 | Reserve | Family | $ 5,000 | $32,500 | $ (733.50) | | | $ 29,250 |
| Hurt | David | Active | 3/9/1999 | Golf | Family | $ - | $13,500 | | | $ 690.06 | $ 10,800 |
| Hurt | John | Active | 3/9/1999 | Golf | Individual | $ - | $13,500 | | | $ 233.10 | $ 10,800 |
| Ives | Mona | Active | 3/24/1998 | Reserve | Ext Fam | $ 5,000 | $18,500 | | | $ 873.38 | $ 16,650 |
| Jaeger | Robert | Active | 12/18/2007 | Reserve | Individual | $ 5,000 | $10,000 | | | $ 120.96 | $ - |
| James | William | Active | 6/15/1999 | Golf | Family | $ 5,000 | $13,500 | $ (478.80) | | | $ 10,800 |
| Jennings | W. Bruce | Active | 8/6/2004 | Reserve | Individual | $ 5,000 | $20,000 | | | $ 778.05 | $ 16,000 |
| Jewell | Dunbar | Active | 7/30/1997 | Reserve | Individual | $ - | $15,000 | | | $ 490.86 | $ 15,000 |
| Jobe | Henry | Active | 6/7/1999 | Reserve | Individual | $ 5,000 | $23,000 | $ (450.71) | | | $ 20,700 |
| Johnson | Robert | Active | 6/21/2005 | Golf | Family | $ - | $ 20,000 | | | $ 417.25 | $ 16,000 |
| Johnson | Steve | Active | 1/3/2008 | Reserve | Individual | $ 5,000 | $10,000 | | | $ 603.79 | $ - |
| Jones | Robert | Active | 7/31/1997 | Reserve | Family | $ 5,000 | $15,000 | | | $ 369.74 | $ 15,000 |
| Justice, Jr. | Frank P. | Active | 6/1/2008 | Reserve | Individual | $ 5,000 | $32,500 | | | $ 233.10 | $ 29,250 |
| Kane | Robert | Active | 3/1/2008 | Reserve | Family | $ 5,000 | $10,000 | | | $ 567.02 | $ - |
| Kantor | Stanley | Active | 4/18/2005 | Reserve | Family | $ 5,000 | $20,000 | | | $1,463.17 | $ 16,000 |
| Kaylor | Kevin T. | Active | 9/28/2009 | Reserve | Individual | $ - | NONE | $ (489.32) | | | $ - |
| Kee | Barbara | Active | 7/14/2008 | Reserve | Individual | $ 5,000 | $10,000 | | | $ 423.07 | $ - |
| Keesling | Rodney | Active | 2/16/2006 | Golf | Individual | $ - | $ 20,000 | | | | $ 16,000 |
| Kelliher | Maurice | Active | 8/4/1998 | Reserve | Family | $ 5,000 | $20,000 | $ (587.63) | | | $ 18,000 |
| Kent | Arthur | Active | 6/13/2000 | Reserve | Individual | $ 5,000 | $20,000 | $ (499.61) | | | $ 24,750 |
| Kimbrell | W.Duke | Active | 5/26/1998 | Reserve | Individual | $ 5,000 | $20,000 | $ (512.40) | | | $ 18,000 |
| King | W. Douglas | Active | 5/4/1998 | Golf | Ext Fam | $ 5,000 | $11,500 | | | $ 693.87 | $ 9,200 |
| Kirk | Bill (John W.) (VFG Partners) | Active | 4/10/2000 | Bus Entity | Individual | $ 5,000 | $16,500 | | | $ 157.50 | $ 13,200 |

| Last | First | | Status | | Date | Type | Category | | Amt1 | Amt2 | | Amt3 | | Amt4 |
|------|-------|---|--------|---|------|------|----------|---|------|------|---|------|---|------|
| Kiser | John | | Active | | 10/3/2003 | Golf | Individual | $ | 5,000 | $20,000 | | | $ 233.10 | $ 16,000 |
| Knapp | Cissy (James) | | Active | | 6/15/1999 | Reserve | Individual | $ | 5,000 | $23,000 | $ (321.64) | | | $ 20,700 |
| Knupp | Bill (BB&T Barnes Insurance) | | Active | | 6/1/2000 | Bus Entity | Individual | $ | - | $21,500 | | | $ 157.50 | $ 17,200 |
| Koehler | Gerald | | Active | | 11/13/2003 | Golf | Ext Fam | $ | 5,000 | $20,000 | | | $ 661.50 | $ 16,000 |
| Kreikemeier | Kenneth | | Active | | 2/3/1998 | Golf | Individual | $ | 5,000 | $11,500 | | | $ 233.10 | $ 9,200 |
| Kubeck | Eleanor | | Active | | 9/11/2006 | Golf | Individual | $ | 5,000 | $32,500 | | | $ 233.10 | $ 29,250 |
| Landau | Richard | | Active | | 7/28/2008 | Golf | Individual | $ | 5,000 | $ 5,000 | $ (285.72) | | | $ - |
| Langfitt | Joan | | Active | | 2/18/2000 | Reserve | Individual | $ | 5,000 | $27,500 | $ (230.63) | | | $ 24,750 |
| Lassiter | J. Donnell | | Active | | 9/21/1999 | Golf | Individual | $ | 5,000 | $15,000 | $ (137.66) | | | $ 12,000 |
| Lauffer | James (Mike) | | Active | | 4/8/1998 | Reserve | Family | $ | 5,000 | $20,000 | | | $ 488.25 | $ 18,000 |
| Leach | Ken | | Active | | 11/16/2007 | Reserve | Ext Fam | $ | 5,000 | $32,500 | | | $1,243.55 | $ 29,250 |
| Lee | John | | Active | | 2/2/1999 | Golf | Family | $ | 5,000 | $13,500 | $ (446.26) | | | $ 10,800 |
| Lee | Kenneth | | Active | | 3/28/2005 | Golf | Individual | $ | 5,000 | $20,000 | $ (0.90) | | | $ 16,000 |
| Lee | Timothy | | Active | | 9/17/2002 | Reserve | Family | $ | 5,000 | $20,000 | $ (608.02) | | | $ 10,000 |
| Lee | Dwight | | Active | | 1/24/2008 | Reserve | Family | $ | 5,000 | $10,000 | | | $ 488.25 | $ - |
| Lee | Thomas | | Active | | 7/28/2000 | Reserve | Individual | $ | 5,000 | $29,500 | $ (369.30) | | | $ 26,550 |
| Mackey | Jon | | Active | | 6/26/2009 | Reserve | Individual | $ | - | $ - | | | $ 453.35 | $ - |
| MacNaughton | R. | | Active | | 5/2/2000 | Golf | Individual | $ | - | $16,500 | | | $ 269.53 | $ 12,750 |
| Madison | Tim | | Active | | 10/11/2004 | Reserve | Individual | $ | - | $20,000 | | | $ 358.66 | $ 10,000 |
| Maloney | James | | Active | | 8/6/1997 | Reserve | Ext Fam | $ | 5,000 | $10,000 | | | $ 567.00 | $ 7,000 |
| Mannella | Gene | | Active | | 3/21/2007 | Reserve | Ext Fam | $ | 5,000 | $32,500 | | | $ 796.24 | $ 29,250 |
| Marcoux | Tom | | Active | | 4/20/2006 | Reserve | Family | $ | 5,000 | $20,000 | $ (762.12) | | | $ 10,000 |
| Marier | Guy | | Active | | 7/1/2003 | Reserve | Family | $ | 5,000 | $32,500 | $ (257.67) | | | $ 29,250 |
| Marino | Michael | | Active | | 1/26/1999 | Reserve | Individual | $ | 5,000 | $23,000 | $ (158.14) | | | $ 20,700 |
| Mashburn | Harry | | Active | | 5/5/1998 | Reserve | Ext Fam | $ | 5,000 | $11,500 | | | $ 813.89 | $ 7,500 |
| Mason | Robert | | Active | | 1/13/2000 | Reserve | Ext Fam | $ | 5,000 | $15,000 | | | $ 330.75 | $ 12,000 |
| Maynard | Walt | | Active | | 2/3/2005 | Golf | Family | $ | 5,000 | $20,000 | $ (189.12) | | | $ 16,000 |
| McBride | Robert | | Active | | 1/1/2000 | Reserve | Individual | $ | 5,000 | $15,000 | $ (522.30) | | | $ 7,500 |
| McCarthy | Robert | | Active | | 11/7/2000 | Golf | Individual | $ | 5,000 | $30,000 | | | $ 233.10 | $ 27,000 |
| McDonald | Daniel | | Active | | 5/29/2007 | Golf | Individual | $ | 5,000 | $20,000 | | | $ 593.98 | $ 16,000 |
| McDowell | Robert | | Active | | 12/14/2000 | Golf | Family | $ | 5,000 | $30,000 | | | $ 346.42 | $ 27,000 |
| McElhaney | Sam | | Active | | 6/1/2003 | Golf | Family | $ | 5,000 | $20,000 | $ (306.30) | | | $ 16,000 |
| McGeorge | Gilbert | | Active | | 3/23/2000 | Bus En Des | Individual | $ | - | $ 5,000 | | | $ 315.00 | $ - |
| McGuire | E. | | Active | | 6/13/2000 | Reserve | Family | $ | 5,000 | $27,500 | | | $ 711.49 | $ 24,750 |
| McLemore | Robert | | Active | | 10/13/2005 | Reserve | Individual | $ | 5,000 | $20,000 | $ (400.79) | | | $ 10,000 |
| McMahon | J. | | Active | | 8/19/1999 | Golf | Individual | $ | 5,000 | $15,000 | | | $ 233.10 | $ 12,000 |

| Last | First | Status | Date | Type | Membership | $ | | $ | | $ | | $ | | $ | | $ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| McWilliams | William | Active | 3/7/2005 | Golf | Individual | $ | 5,000 | $20,000 | $ | (109.11) | | | | | | $ | 16,000 |
| Melvin | E. S. (Jim) | Active | 4/29/2003 | Golf | Ext Fam | $ | 5,000 | $15,000 | $ | (281.35) | | | | | | $ | 12,000 |
| Mersey | James | Active | 1/15/2008 | Reserve | Individual | $ | 5,000 | $10,000 | | | | | $ | 339.33 | | $ | - |
| Metzger | David | Active | 10/24/1997 | Golf | Family | $ | 5,000 | $11,000 | $ | (478.80) | | | | | | $ | 8,800 |
| Michaels | Gail | Active | 6/7/1999 | Golf | Individual | $ | 5,000 | $13,500 | | | | | $ | 0.50 | | $ | 10,800 |
| Michaux | Roy | Active | 7/11/2000 | Golf | Individual | $ | 5,000 | $16,500 | | | | | $ | 233.10 | | $ | 13,200 |
| Midura | John | Active | 10/10/1997 | Reserve | Individual | $ | 5,000 | $17,500 | $ | (167.43) | | | | | | $ | 15,750 |
| Mincher | Thomas | Active | 9/14/1997 | Golf | Individual | $ | 5,000 | $15,000 | $ | (372.96) | | | | | | $ | 15,000 |
| Miralia | R.J. (Distribution Technology) | Active | 7/15/1998 | Golf | Individual | $ | 5,000 | $12,500 | | | | | $ | 491.43 | | $ | 10,000 |
| Montagne | Carolyn | Active | 5/11/2006 | Golf | Individual | $ | - | $20,000 | $ | (292.38) | | | | | | $ | 16,000 |
| Moore | James | Active | 8/15/1997 | Reserve | Family | $ | 5,000 | $15,000 | | | | | $ | 488.25 | | $ | 15,000 |
| Morris | Walter | Active | 3/21/2005 | Golf | Individual | $ | 5,000 | $20,000 | $ | (198.30) | | | | | | $ | 16,000 |
| Morrison | Cynthia | Active | 10/22/1997 | Reserve | Individual | $ | 5,000 | $17,500 | $ | (512.40) | | | | | | $ | 15,750 |
| Moser | Greg | Active | 10/22/2009 | Reserve | Individual | $ | - | NONE | | | | | $ | 339.00 | | | |
| Nelson | Donald | Active | 10/21/2008 | Golf | Individual | $ | 5,000 | $ 5,000 | $ | (263.40) | | | | | | $ | - |
| Nesbitt | Dennis | Active | 2/16/2004 | Golf | Individual | $ | 5,000 | $20,000 | $ | (324.83) | | | | | | $ | 16,000 |
| Niegelsky | Leon | Active | 8/13/1997 | Golf | Ext Fam | $ | 5,000 | $10,000 | | | | | $ | 630.75 | | $ | 10,000 |
| Norris | Ed | Active | 8/6/1997 | Golf | Individual | $ | 5,000 | $10,000 | | | | | $1,057.53 | | | $ | 10,000 |
| Oakey | Orran | Active | 7/11/2000 | Golf | Family | $ | 5,000 | $16,500 | | | | | $ | 431.75 | | $ | 13,200 |
| O'Brien | Stephen | Active | 1/7/2001 | Golf | Individual | $ | 5,000 | $18,000 | $ | (65.48) | | | | | | $ | 14,400 |
| O'Brien | Chad | Active | 5/21/2008 | Reserve | Individual | $ | - | $ 1,000 | | | | | $ | 640.50 | $ 9,000 | $ | - |
| Otis | William | Active | 8/31/1998 | Golf | Family | $ | 5,000 | $12,500 | $ | (153.15) | | | | | | $ | 10,000 |
| Ousley | Dennis | Active | 8/3/2000 | Golf | Ext Fam | $ | 5,000 | $16,500 | | | | | $ | 661.55 | | $ | 13,200 |
| Oxner | Harry | Active | 9/2/1999 | Golf | Individual | $ | 5,000 | $15,000 | | | | | $ | 233.10 | | $ | 12,000 |
| Pannucci | Michael | Active | 5/14/2002 | Golf | Individual | $ | 5,000 | $32,500 | $ | (204.15) | | | | | | $ | 29,250 |
| Paone | William | Active | 2/4/2005 | Reserve | Individual | $ | 5,000 | $32,500 | $ | (238.77) | | | | | | $ | 29,250 |
| Parker | Larry | Active | 1/13/2000 | Golf | Ext Fam | $ | 5,000 | $15,000 | | | | | $ | 679.19 | | $ | 12,000 |
| Patrick | Hugh | Active | 10/21/2003 | Golf | Individual | $ | 5,000 | $20,000 | $ | (106.99) | | | | | | $ | 16,000 |
| Patrick | Edward | Active | 3/12/2002 | Reserve | Family | $ | 5,000 | $32,500 | $ | (761.00) | | | | | | $ | 29,250 |
| Peace | Bony | Active | 8/2/2004 | Golf | Family | $ | 5,000 | $20,000 | | | | | $ | 334.95 | | $ | 16,000 |
| Pendleton | William | Active | 6/5/2008 | Golf | Individual | $ | 5,000 | $ 5,000 | $ | (94.53) | | | | | | $ | - |
| Petrik | Jerry | Active | 6/22/1999 | Reserve | Individual | $ | 5,000 | $27,500 | | | | | $1,018.04 | | | $ | 24,750 |
| Petry | Dan (Petry Properties) | Active | 4/18/2005 | Golf | Individual | $ | 5,000 | $20,000 | | | | | $1,186.55 | | | $ | 16,000 |
| Phillips | T. Martin | Active | 10/28/2005 | Reserve | Individual | $ | 5,000 | $20,000 | | | | | $ | 521.26 | | $ | 16,000 |
| Pirovitz | Philip | Active | 6/15/1999 | Golf | Family | $ | 5,000 | $13,500 | $ | (293.29) | | | | | | $ | 10,800 |
| Plott | Eric (PL Industries) | Active | 12/29/2005 | Golf | Individual | $ | 5,000 | $25,000 | | | | | $ | 350.21 | | $ | 22,500 |

| | | | Status | | | Date | Type | Category | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Poole | Walker | | Active | | | 10/14/1998 | Golf | Family | $ | 5,000 | $12,500 | | $ 299.25 | | $ 10,000 |
| Poole | David | | Active | | | 8/13/1997 | Golf | Individual | $ | 5,000 | $10,000 | | $ 247.49 | | $ 10,000 |
| Poole | Shawn | | Active | | | 12/21/1999 | Golf | Individual | $ | 5,000 | $15,000 | | $ 272.86 | | $ 12,000 |
| Poteet | David | | Active | | | 7/12/2004 | Golf | Individual | $ | 5,000 | $20,000 | | $ 263.83 | | $ 16,000 |
| Puckett | W. | | Active | | | 1/11/1999 | Golf | Individual | $ | 5,000 | $13,500 | | $ 229.71 | | $ 10,800 |
| Purdy | Verl | | Active | | | 8/5/1997 | Reserve | Ext Fam | $ | 5,000 | $15,000 | | $ 567.00 | | $ 15,000 |
| Quinn | Mike | | Active | | | 5/4/2009 | Reserve | Individual | $ | - | NONE | $ (390.71) | | | $ - |
| Rawls | James (Rawls Auto Auction) | | Active | | | 10/13/2005 | Golf | Individual | $ | - | $ 20,000 | | $ 233.10 | | $ 16,000 |
| Redding | William | | Active | | | 6/26/2007 | Corp | Individual | $ | 5,000 | $15,000 | $ (209.04) | | | $ 7,500 |
| Reid | Paul | | Active | | | 4/20/2005 | Reserve | Individual | $ | 5,000 | $32,500 | $ (218.32) | | | $ 29,250 |
| Reidy | Richard | | Active | | | 6/1/2008 | Golf | Individual | $ | 5,000 | $ 5,000 | | $ 327.25 | | $ - |
| Rhine | Gary | | Active | | | 10/9/1997 | Reserve | Family | $ | 5,000 | $17,500 | $ (731.20) | | | $ 15,750 |
| Rhodes | William | | Active | | | 11/12/2002 | Reserve | Family | $ | 5,000 | $20,000 | | $ 488.25 | | $ 10,000 |
| Richardson | Curtis | | Active | | | 4/6/1999 | Golf | Individual | $ | 5,000 | $15,000 | $ (1,222.24) | | | $ 10,800 |
| Richmond | Gayle | | Active | | | 6/13/2002 | Bus En Des | Individual | $ | - | $ 5,000 | | $ 157.50 | | $ - |
| Rish | Norman | | Active | | | 10/10/1997 | Reserve | Family | $ | 5,000 | $17,500 | $ (781.20) | | | $ 15,750 |
| Roberts | John | | Active | | | 3/4/2003 | Golf | Family | $ | 5,000 | $20,000 | | $ 299.25 | | $ 16,000 |
| Robinson | Alfred | | Active | | | 8/15/1997 | Golf | Individual | $ | - | $10,000 | | $ 233.10 | | $ 10,000 |
| Rogers | Albert | | Active | | | 5/17/2000 | Reserve | Family | $ | 5,000 | $27,500 | | $1,153.99 | | $ 24,750 |
| Rohde | Robert | | Active | | | 11/27/2000 | Reserve | Family | $ | 5,000 | $18,000 | $ (522.33) | | | $ 16,200 |
| Rollins | Edwin | | Active | | | 8/5/1997 | Reserve | Ext Fam | $ | 5,000 | $15,000 | | $ 567.00 | | $ 15,000 |
| Rose | Porter | | Active | | | 1/8/1998 | Golf | Individual | $ | 5,000 | $11,500 | | $ 233.10 | | $ 9,200 |
| Rosen | Benedict | | Active | | | 8/11/1997 | Reserve | Ext Fam | $ | 5,000 | $15,000 | $ (608.29) | | | $ 15,000 |
| Rotty | R. David | | Active | | | 1/8/2002 | Reserve | Family | $ | 5,000 | $32,500 | $ (91.83) | | | $ 29,250 |
| Roy | E. Kendall | | Active | | | 11/1/2004 | Reserve | Family | $ | 5,000 | $32,500 | $ (10,222.75) | | | $ 29,250 |
| Rutrough | Pat | | Active | | | 4/12/2007 | Reserve | Individual | $ | 5,000 | $32,500 | $ (462.45) | | | $ 29,250 |
| Sanders | Harvey | | Active | | | 8/12/1997 | Golf | Family | $ | 5,000 | $10,000 | | $ 403.63 | | $ 10,000 |
| Sanders | Barry (Brandon Advertising) | | Active | | | 8/13/1997 | Reserve | Individual | $ | 5,000 | $15,000 | | $ 888.49 | | $ 15,000 |
| Sargent | Gary | | Active | | | 11/27/2000 | Golf | Family | $ | - | $18,000 | | $ 299.25 | | $ 14,400 |
| Scanlon | Kevin | | Active | | | 6/22/1999 | Reserve | Individual | $ | 5,000 | $27,500 | $ (512.40) | | | $ 24,750 |
| Scavelli | Thomas | | Active | | | 10/2/1997 | Reserve | Family | $ | 5,000 | $17,500 | | $ 498.25 | | $ 15,750 |
| Schille | Donald | | Active | | | 8/13/2009 | Reserve | Individual | $ | - | $ - | | $ 356.87 | | $ - |
| Scholl | G.Kenneth | | Active | | | 1/11/1999 | Golf | Individual | $ | - | $13,500 | | $ 349.47 | | $ 10,800 |
| Scott | David | | Active | | | 8/6/1997 | Reserve | Individual | $ | 5,000 | $15,000 | | $ 241.10 | | $ 15,000 |
| Secrest | Thomas | | Active | | | 4/6/2006 | Reserve | Family | $ | 5,000 | $32,500 | | $ 289.31 | | $ 29,250 |

| Seigle | Robert | | Active | | | 10/22/2007 | Reserve | Individual | $ | 5,000 | $10,000 | | | $ | 320.25 | | $ | - |
|--------|--------|--|--------|--|--|-----------|---------|------------|---|-------|----------|--|--|---|--------|--|---|---|
| Shaffner | Robert | | Active | | | 2/20/2007 | Corp Des | Individual | | | $ 2,500 | $ | (252.00) | | | | $ | - |
| Shannon | Kevin | | Active | | | 5/10/2004 | Golf | Family | $ | 5,000 | $20,000 | | | $1,226.82 | | | $ | 16,000 |
| Shaw | Gifford | | Active | | | 10/17/1997 | Golf | Individual | $ | 5,000 | $11,000 | | | $ | 27.74 | | $ | 8,800 |
| Shealy | Joel | | Active | | | 3/20/2009 | Corp Des | Individual | $ | - | $ 1,500 | $ | (252.00) | | | | $ | - |
| Sholtis | Brian | | Active | | | 5/21/2002 | Reserve | Individual | $ | 5,000 | $32,500 | | | $ | 320.25 | | $ | 29,250 |
| Short | Dale | | Active | | | 1/13/2000 | Golf | Individual | $ | 5,000 | $15,000 | $ | (312.33) | | | | $ | 12,000 |
| Siebrecht | Kevin | | Active | | | 6/25/2007 | Golf | Individual | $ | 5,000 | $20,000 | $ | (372.96) | | | | $ | 16,000 |
| Slatery | Charles | | Active | | | 9/10/2007 | Corp | Individual | $ | 5,000 | $15,000 | $ | (189.81) | | | | $ | 7,500 |
| Slattery | Dennis | | Active | | | 10/7/2005 | Reserve | Individual | $ | 5,000 | $32,500 | $ | (204.43) | | | | $ | 29,250 |
| Smith | C. Michael | | Active | | | 10/14/2008 | Corp | Individual | $ | 5,000 | $ 5,000 | | | $ | 37.35 | | $ | - |
| Smith | Cary K. | | Active | | | 11/2/2009 | Reserve | Individual | | - | | - | | | | | | |
| Snider | John | | Active | | | 8/4/1998 | Golf | Ext Fam | $ | 5,000 | $23,000 | $ | (137.74) | | | | $ | 20,700 |
| Stanton | James | | Active | | | 8/15/1997 | Reserve | Individual | $ | 5,000 | $15,000 | | | $ | 320.25 | | $ | 15,000 |
| Stowe | Harold | | Active | | | 8/14/1997 | Reserve | Individual | $ | 5,000 | $10,000 | $ | (465.80) | | | | $ | 7,000 |
| Stringer | Paul | | Active | | | 3/1/2002 | Golf | Ext Fam | $ | 5,000 | $20,000 | | | $ | 368.92 | | $ | 16,000 |
| Stripling | Robert | | Active | | | 8/9/1997 | Reserve | Family | $ | 5,000 | $15,000 | $ | (668.38) | | | | $ | 15,000 |
| Sumner | John | | Active | | | 7/16/2003 | Reserve | Ext Fam | $ | 5,000 | $32,500 | $ | (907.20) | | | | $ | 29,250 |
| Swink | James | | Active | | | 5/5/1998 | Reserve | Individual | $ | 5,000 | $11,500 | $ | (24.25) | | | | $ | 5,750 |
| Talbert | Ronald | | Active | | | 8/6/2004 | Reserve | Family | $ | 5,000 | $20,000 | | | $ | 791.82 | | $ | 10,000 |
| Tarolli | Eugene | | Active | | | 3/14/1998 | Golf | Family | $ | 5,000 | $11,500 | $ | (246.32) | | | | $ | 9,200 |
| Taylor | David | | Active | | | 4/15/1998 | Reserve | Individual | $ | 5,000 | $18,500 | $ | (305.91) | | | | $ | 16,650 |
| Teague | Barry | | Active | | | 1/26/1999 | Golf | Family | $ | 5,000 | $13,500 | | | $ | 52.62 | | $ | 10,800 |
| Theus | William | | Active | | | 3/6/2007 | Golf | Individual | $ | 5,000 | $20,000 | $ | (344.34) | | | | $ | 16,000 |
| Thomas | John | | Active | | | 6/14/1999 | Golf | Family | $ | 5,000 | $13,500 | | | $ | 397.34 | | $ | 10,800 |
| Thomas | David | | Active | | | 1/20/2005 | Golf | Individual | $ | - | $20,000 | | | $ | 311.18 | | $ | 16,000 |
| Thomas | Rowland | | Active | | | 10/23/2000 | Reserve | Family | $ | 5,000 | $30,000 | | | $1,739.67 | | | $ | 27,000 |
| Thomas | Bennett | | Active | | | 8/19/1997 | Reserve | Individual | $ | - | $15,000 | $ | (318.63) | | | | $ | 15,000 |
| Thompson | James N. | | Active | | | 6/6/2003 | Golf | Ext Fam | $ | 5,000 | $20,000 | | | $ | 377.52 | | $ | 16,000 |
| Thompson | Patrick | | Active | | | 12/15/1997 | Reserve | Individual | $ | 5,000 | $18,000 | | | $ | 352.05 | | $ | 16,200 |
| Tiller | Bob | | Active | | | 3/1/2005 | Golf | Individual | $ | 5,000 | $20,000 | | | $ | 236.67 | | $ | 16,000 |
| Tourville | Frank | | Active | | | 5/21/2002 | Golf | Ext Fam | $ | 5,000 | $20,000 | | | $ | 330.75 | | $ | 16,000 |
| Trent | Wayne | | Active | | | 4/20/2006 | Golf | Individual | $ | - | $20,000 | | | $ | 233.10 | | $ | 16,000 |
| Truesdale | Gerald | | Active | | | 3/30/1999 | Golf | Individual | $ | 5,000 | $13,500 | | | $ | 466.20 | | $ | 10,800 |
| Utz | Bruce | | Active | | | 4/18/2005 | Reserve | Individual | $ | 5,000 | $32,500 | $ | (271.66) | | | | $ | 29,250 |
| Vagelakos | Joseph | | Active | | | 7/20/2004 | Golf | Family | $ | 5,000 | $20,000 | $ | (79.05) | | | | $ | 16,000 |
| Vallery | Steven B. | | Active | | | 10/12/2009 | Reserve | Individual | | - | | - | | | $ | 564.96 | | | - |

| Last | First | Status | Resign Date | Date | Type | Member | $ | Value | Adj | Refund | Refund 2 | Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Valuska | James | Active | | 10/9/1998 | Reserve | Individual | $ 5,000 | $23,000 | $ (512.40) | | | $ 20,700 |
| Vanzant | Pete | Active | | 6/7/2006 | Golf | Individual | $ 5,000 | $20,000 | | $ 392.10 | | $ 16,000 |
| Vincent | Jerry | Active | | 1/1/2009 | Golf | Individual | $ 5,000 | $ 5,000 | | $ 533.10 | | $ - |
| Wagoner | J. Eric | Active | | 8/22/1997 | Golf | Individual | $ 5,000 | $18,500 | $ (372.96) | | | $ 18,500 |
| Walker | L. Dudley | Active | | 7/28/1997 | Reserve | Individual | $ 5,000 | $15,000 | $ (501.94) | | | $ 15,000 |
| Walsh | Thomas | Active | | 2/19/2000 | Reserve | Individual | $ 5,000 | $16,500 | | | $1,009.56 | $ 8,250 |
| Wardlaw | Craig | Active | | 5/5/1998 | Golf | Individual | $ 5,000 | $11,500 | $ (372.96) | | | $ 9,200 |
| Warner | Tom | Active | | 8/15/1997 | Reserve | Individual | $ 5,000 | $15,000 | | $ 398.33 | | $ 15,000 |
| Warren | Walter | Active | | 6/1/2000 | Golf | Individual | $ 5,000 | $16,500 | | $ 233.10 | | $ 13,200 |
| Webster | David | Active | | 9/18/2000 | Reserve | Individual | $ 5,000 | $18,000 | $ (220.78) | | | $ 9,000 |
| Welde | Jack | Active | | 9/30/2005 | Golf | Family | $ 5,000 | $20,000 | $ (440.64) | | | $ 16,000 |
| Wellington | Donald | Active | | 2/21/2007 | Corp Des | Individual | $ - | $ 2,500 | $ (252.00) | | | $ - |
| Wermelinger | Beat | Active | | 10/13/2000 | Golf | Ext Fam | $ 5,000 | $18,000 | | | $1,556.28 | $ 14,400 |
| West | Barney | Active | | 5/1/2000 | Golf | Individual | $ 5,000 | $16,500 | | $ 233.10 | | $ 13,200 |
| Wheeler | James | Active | | 8/8/2008 | Golf | Individual | $ 5,000 | $ 5,000 | | $ 233.10 | | $ - |
| Whelchel | Nyra | Active | | 7/29/1997 | Reserve | Family | $ 5,000 | $15,000 | $ (532.93) | | | $ 15,000 |
| Whitmire | John | Active | | 1/20/2005 | Golf | Individual | $ 5,000 | $20,000 | | $ 233.10 | | $ 16,000 |
| Whittle | Mack | Active | | 10/11/2007 | Golf | Individual | $ 5,000 | $22,000 | | $ 466.20 | | $ 17,600 |
| Wickham | Charles | Active | | 10/14/1997 | Golf | Individual | $ 5,000 | $11,000 | | $ 271.26 | | $ 8,800 |
| Willett | Buzz | Active | | 6/15/1999 | Golf | Individual | $ 5,000 | $13,500 | | $ 233.10 | | $ 10,800 |
| Williams | Joseph | Active | | 7/14/1998 | Golf | Family | $ 5,000 | $12,500 | $. (478.80) | | | $ 10,000 |
| Willis | Bud | Active | | 3/30/1999 | Reserve | Family | $ 5,000 | $32,500 | $ (450.75) | | | $ 29,250 |
| Winstead | Fred | Active | | 2/23/1999 | Golf | Individual | $ 5,000 | $13,500 | | $ 594.41 | | $ 10,800 |
| Wolfe | Jack | Active | | 6/13/2007 | Corp | Individual | $ 5,000 | $15,000 | $ (237.37) | | | $ 7,500 |
| Work | Lyall | Active | | 2/8/2008 | Golf | Ext Fam | $ 5,000 | $10,000 | | $ 410.51 | | $ - |
| Wyatt | Harold | Active | | 1/11/1999 | Reserve | Individual | $ 5,000 | $23,000 | | $ 363.02 | | $ 20,700 |
| Yahnis | Jimmy (Chris Yahnis Coastal, Inc) | Active | | 8/14/1997 | Golf | Individual | $ 5,000 | $10,000 | | $ 233.10 | | $ 10,000 |
| Young | Joe | Active | | 3/23/2000 | Golf | Ext Fam | $ 5,000 | $16,500 | $ (790.99) | | | $ 13,200 |
| Zapletal | Jiri | Active | | 5/2/2000 | Reserve | Family | $ 5,000 | $32,500 | | $ 619.27 | | $ 29,250 |
| **B. Active Resigned Members** | | | | | | | | | | | | |
| Jordan | Wallace | Active Res | 12/1/2008 | 3/20/2001 | Golf | Family | $ - | $20,000 | | $ 368.18 | | $ 16,000 |
| Ormand | Ragan | Active Res | 12/1/2008 | 3/15/2004 | Golf | Family | $ 5,000 | $20,000 | $ (51.62) | | | $ 16,000 |
| Keiser | Donald | Active Res | 1/1/2009 | 10/10/2000 | Golf | Individual | $ - | $18,000 | | $ 439.13 | | $ 14,400 |
| Hamlin | Bill | Active Res | 2/2/2009 | 7/28/2000 | Golf | Family | $ - | $18,000 | | $ 299.25 | | $ 14,400 |
| Taylor | George | Active Res | 2/7/2009 | 8/15/1997 | Golf | Ext Fam | $ 5,000 | $10,000 | | $ 349.41 | | $ 10,000 |

| Name | Detail | Status | Date | | Date | Type | Class | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cline | Neb | Active Res | 2/9/2009 | | 7/21/1998 | Golf | Individual | | $12,500 | | $ 233.10 | $ 10,000 |
| Babcock | Doug | Active Res | 2/20/2009 | | 6/25/2007 | Golf | Indivual | $ 5,000 | $20,000 | | $ 233.10 | $ 16,000 |
| Lachicotte | Arthur | Active Res | 2/20/2009 | | 1/24/2000 | Golf | Individual | $ 5,000 | $15,000 | | $ 233.10 | $ 12,000 |
| Melvin | Chuck | Active Res | 2/23/2009 | | 1/13/2000 | Golf | Individual | $ 5,000 | $15,000 | | $ 466.20 | $ 12,000 |
| Blazar | Jody | Active Res | 2/25/2009 | | 8/15/1997 | Golf | Family | $ 5,000 | $10,000 | | $ 299.25 | $ 10,000 |
| Moore | Grady | Active Res | 2/25/2009 | | 1/14/2005 | Golf | Individual | $ 5,000 | $20,000 | $ (372.96) | | $ 16,000 |
| Erwin | James | Active Res | 4/1/2009 | | 4/5/2005 | Golf | Family | $ 5,000 | $23,000 | | $ 484.20 | $ 11,500 |
| Mims | Mitch | Active Res | 4/1/2009 | | 11/1/2005 | Golf | Individual | $ 5,000 | $20,000 | | $ 804.28 | $ 16,000 |
| Ahlfeldt | Harry | Active Res | 4/24/2009 | | 8/1/2002 | Golf | Indivual | $ 5,000 | $32,500 | $ (353.88) | | $ 29,250 |
| Averyt | Gayle | Active Res | 5/5/2009 | | 4/15/1998 | Golf | Indivual | $ 5,000 | $11,500 | | $ 466.20 | $ 9,200 |
| Butler | Harry | Active Res | 6/8/2009 | | 7/10/2000 | Golf | Ext Fam | $ - | $16,500 | | $ 330.75 | $ 13,200 |
| Tarrant | Guy | Active Res | 6/10/2009 | | 8/15/2002 | Golf | Individual | $ - | $20,000 | | $ 466.20 | $ 16,000 |
| Shuford | Harley | Active Res | 7/15/2009 | | 7/13/1999 | Golf | Individual | $ 5,000 | $15,000 | | $ 342.90 | $ 12,000 |
| Williams | Pete (Folger Buick Subaru) | Active Res | 7/31/2009 | | 11/28/1997 | Golf | Individual | $ 5,000 | $11,500 | | $ 233.10 | $ 9,200 |
| Timmons | Herbert | Active Res | 8/14/2009 | | 5/7/2003 | Golf | Individual | $ - | $20,000 | | $ 233.10 | $ 16,000 |
| Peace | Perry | Active Res | 12/1/2008 | | 4/1/2005 | Reserve | Individual | $ 5,000 | $32,500 | | $ 975.23 | $ 29,250 |
| Weathers | H. | Active Res | 1/1/2009 | | 8/15/1997 | Reserve | Individual | $ - | $15,000 | | $ 320.25 | $ 15,000 |
| Ruhle | William | Active Res | 1/19/2009 | | 10/30/2007 | Reserve | Family | $ 5,000 | $10,000 | | $ 311.69 | $ - |
| Bilotta | Joseph | Active Res | 2/1/2009 | | 2/28/2001 | Reserve | Individual | $ 5,000 | $32,500 | $ (403.84) | | $ 29,250 |
| Stiglin | Frank | Active Res | 2/2/2009 | | 11/27/2000 | Reserve | Individual | $ 5,000 | $30,000 | | $ 320.25 | $ 27,000 |
| Brockington | C.J. | Active Res | 4/1/2009 | | 8/3/1997 | Reserve | Individual | $ 5,000 | $15,000 | | $ 348.50 | $ 15,000 |
| Taylor | Alan | Active Res | 4/20/2009 | | 12/1/1999 | Reserve | Individual | $ 5,000 | $25,000 | $ (418.91) | | $ 22,500 |
| Watkins | Kenneth | Active Res | 4/24/2009 | | 8/6/2004 | Reserve | Individual | $ 5,000 | $32,500 | | $ 640.50 | $ 29,250 |
| Barnett | William | Active Res | 6/10/2009 | | 3/9/1999 | Reserve | Individual | $ - | $23,000 | | $ 344.81 | $ 20,700 |
| Strittmatter | Thomas | Active Res | 6/30/2009 | | 7/7/2005 | Reserve | Individual | $ 5,000 | $20,000 | $ (493.32) | | $ 10,000 |
| Lardi | Marco | Active Res | 7/10/2009 | | 2/2/1999 | Reserve | Family | $ 5,000 | $23,000 | | $ 631.55 | $ 20,700 |
| Aspden | William | Active Res | 7/11/2009 | | 12/14/2000 | Reserve | Indivual | $ 5,000 | $30,000 | | $1,295.40 | $ 27,000 |
| Horne | Charles | Active Res | 9/14/2009 | | 7/19/2005 | Reserve | Individual | $ 5,000 | $32,500 | | $ 320.25 | $ 29,250 |
| | | | | | | | | | | | | |
| **C. Medical & Financial Hardships** | | | | | | | | | | | | |
| Kelly | David (medical hard 11/1/08) | Hardship | 11/1/2008 | | 6/11/2002 | Golf | Individual | $ 5,000 | $20,000 | | | $ 16,000 |
| Sassi | Stephen (6/1/09) (Med Leave) | Hardship | 11/1/2008 | | 10/22/2007 | Reserve | Individual | $ 5,000 | $10,000 | | | $ - |
| Gibbs | James (1/01/09) (Med Leave) | Hardship | 1/1/2009 | | 3/20/2007 | Golf | Individual | $ 5,000 | $20,000 | | | $ 10,000 |
| Farrell | Kevin (Med Leave) | Hardship | 9/1/2009 | (12 mos) | 6/13/2000 | Reserve | Individual | $ 5,000 | $27,500 | | | $ 24,750 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Klinger | Bryan (Concrete Special.) (Fin) | | Hardship | 9/1/2009 | (For 6mos.) | 8/15/1997 | Reserve | Individual | $ | 5,000 | $15,000 | | | $ 15,000 |
| Miller | Joe (Financial) | | Hardship | 10/1/2009 | (For 6mos.) | 11/26/2003 | Golf | Family | $ | - | $20,000 | $1,819.38 | | $ 16,000 |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| **D.** | **Inactive Former Members** | | | | | | | | | | | | | |
| Abernethy | Chip | | Inactive | 10/15/2008 | 10/15/2009 | 5/26/2005 | Golf | Indivual | $ | 5,000 | $20,000 | | | $ 16,000 |
| Allen | Harry | | Inactive | 4/12/2006 | 4/12/2007 | 10/15/2004 | Golf | Individual | $ | - | $20,000 | | | $ 16,000 |
| Alpaugh | Don | F | Inactive | | | | | | | | | | | $ - |
| Althoff | Rodger | | Inactive | 8/15/2007 | 8/15/2008 | 8/27/2004 | Reserve | Family | $ | - | $32,500 | | | $ 29,250 |
| Ammons | Phil | F | Inactive | | | | | | | | | | | $ - |
| Appel | Jeff | | Inactive | 2/29/2008 | 2/29/2009 | 2/17/2004 | Golf | Individual | $ | - | $20,000 | | | $ 16,000 |
| Archer | Paul | | Inactive | 12/31/2001 | 12/31/2002 | 9/1/1998 | Reserve | Individual | $ | - | $20,000 | | | $ 18,000 |
| Atherton | Diane | | Inactive | 7/9/2008 | 7/9/2009 | 8/15/1997 | Reserve | Indivual | $ | - | $15,000 | | | $ 15,000 |
| Bailey | Richard | | Inactive | 6/25/2004 | 6/25/2005 | 8/1/1998 | Reserve | Family | $ | - | $25,000 | | | $ 22,500 |
| Barber | William | | Inactive | 11/1/2008 | 11/1/2009 | 12/3/1999 | Reserve | Family | $ | 5,000 | $25,000 | $1,203.50 | | $ 22,500 |
| Becker | Walter | | Inactive | 2/26/2003 | 2/26/2004 | 7/1/2000 | Reserve | Individual | $ | - | $27,500 | | | $ 24,750 |
| Bennett | Robert (deceased) | | Inactive | 2/6/2007 | 2/6/2008 | 8/31/1999 | Golf | Ext Fam | $ | - | $15,000 | | | $ 12,000 |
| Bishop | Frank | | Inactive | 4/3/2008 | 4/3/2009 | 6/15/2000 | Golf | Individual | $ | - | $16,500 | | | $ 13,200 |
| Bishop | G. David | | Inactive | 4/22/2004 | 4/22/2005 | 8/1/1997 | Reserve | Family | $ | - | $15,000 | | | $ 15,000 |
| Boineau | Trippett | F | Inactive | 4/28/2009 | 4/28/2009 | 9/30/1997 | Reserve | Individual | $ | 5,000 | $15,000 | | | $ - |
| Bowles | Richard | | Inactive | 8/11/2004 | 8/11/2005 | 11/1/1999 | Reserve | Individual | $ | - | $25,000 | | | $ 22,500 |
| Brandon | Scott | F | Inactive | | | | | | | | | | | $ - |
| Brandt | Fred | F | Inactive | | | | | | | | | | | $ - |
| Briechle | George | | Inactive | 1/11/2006 | 1/11/2007 | 4/27/1999 | Golf | Individual | $ | - | $13,500 | | | $ 10,800 |
| Britt | William | | Inactive | 1/22/2008 | 1/22/2009 | 2/24/2000 | Golf | Family | $ | - | $16,500 | | | $ 13,200 |
| Brooks | H. Buddy | | Inactive | 6/11/2007 | 6/11/2008 | 7/1/2003 | Golf | Individual | $ | - | $20,000 | | | $ 16,000 |
| Burke | James | | Inactive | 1/21/2008 | 1/21/2009 | 10/31/2006 | Golf | Individual | $ | - | $20,000 | | | $ 16,000 |
| Burton | Howard | F | Inactive | | | | | | | | | | | $ - |
| Buss | William | | Inactive | 12/29/2007 | 12/29/2008 | 1/24/2000 | Reserve | Individual | $ | - | $25,000 | | | $ 22,500 |
| Campbell | Carroll (deceased) | | Inactive | 3/22/2006 | 3/22/2007 | 8/15/1997 | Reserve | Individual | $ | - | $15,000 | | | $ 15,000 |
| Clark | William | | Inactive | 7/14/2004 | 7/14/2005 | 8/1/1997 | Reserve | Family | $ | - | $15,000 | | | $ 15,000 |
| Clements | Jack | | Inactive | 1/26/2006 | 1/26/2007 | 5/4/1999 | Golf | Family | $ | - | $13,500 | | | $ 10,800 |
| Clemons | J. Tobey (deceased) | | Inactive | 5/5/2006 | 5/5/2007 | 4/28/2004 | Golf | Individual | $ | - | $ 8,000 | | | $ 6,400 |
| Coggeshall | Peter | | Inactive | 9/18/2008 | 9/18/2009 | 6/23/1998 | Golf | Individual | $ | - | $12,500 | | | $ 10,000 |
| Coldreck | Harry | | Inactive | 3/6/2002 | 3/6/2003 | 9/1/1998 | Reserve | Individual | $ | - | $21,500 | | | $ 19,350 |
| Cooke | Denny | F | Inactive | | | | | | | | | | | $ - |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cooper | Sam | F | Inactive | | | | | | | | | $ - |
| Corrigan | James | F | Inactive | | | | | | | | | $ - |
| Corey | Lisa | | Inactive | 6/27/2008 | 6/27/2009 | 12/2/2004 | Golf | Individual | $ - | $20,000 | | $ 16,000 |
| Covello | Emmett | | Inactive | 2/27/2006 | 2/27/2007 | 11/27/2000 | Golf | Individual | $ - | $18,000 | | $ 14,400 |
| Cowley | A. | F | Inactive | | | | | | | | | $ - |
| Cox | Charles | F | Inactive | 4/29/2009 | 4/29/2009 | 4/21/2000 | Reserve | Individual | $ 5,000 | $21,500 | | $ - |
| Daniel | Dan | F | Inactive | | | | | | | | | $ - |
| Davis | Barry | F | Inactive | | | | | | | | | $ - |
| Davis | John W. | F | Inactive | | | | | | | | | $ - |
| Decker | Bonnie | | Inactive | 10/9/2008 | 10/8/2009 | 7/15/2000 | Golf | Individual | $ - | $16,500 | | $ 13,200 |
| Dickens | Todd (Bo) | | Inactive | 7/7/2008 | 7/7/2009 | 6/1/2005 | Reserve | Individual | $ - | $32,500 | | $ 29,250 |
| Drummond | Ray | | Inactive | 6/28/2002 | 6/28/2003 | 10/7/1997 | Reserve | Individual | $ - | $17,500 | | $ 15,750 |
| Dyer | John | | Inactive | 6/5/2002 | 6/5/2003 | 4/1/2000 | Reserve | Individual | $ - | $32,500 | | $ 29,250 |
| Echols | William | F | Inactive | 11/2/2009 | 11/2/2009 | 1/2/2007 | Golf | Individual | $ - | $20,000 | $ 702.80 | $ 16,000 |
| Eckard | Randy | | Inactive | 2/9/2005 | 8/31/2005 | 1/13/2000 | Reserve | Individual | $ - | $25,000 | | $ 22,500 |
| Ellington | Frank | | Inactive | 6/7/2008 | 6/7/2009 | 5/1/2000 | Golf | Individual | $ - | $16,500 | | $ 13,200 |
| England | Alan | | Inactive | 6/5/2003 | 6/5/2004 | 7/1/2000 | Reserve | Family | $ - | $27,500 | | $ 24,750 |
| Fairey | William | F | Inactive | | | | | | | | | $ - |
| Fletcher | Frank | | Inactive | 12/19/2001 | 12/19/2002 | 8/1/1997 | Reserve | Family | $ - | $15,000 | | $ 15,000 |
| Freeman | Bill | | Inactive | 10/6/2008 | 10/6/2009 | 4/30/2007 | Reserve | Family | $ - | $32,500 | $ 628.37 | $ 29,250 |
| Fruchterman | James (deceased) | | Inactive | 3/1/2009 | 10/13/2009 | 10/14/1998 | Golf | Individual | $ 5,000 | $12,500 | | $ 10,000 |
| Gardner | Alan | | Inactive | 10/30/2006 | 10/30/2007 | 3/17/1998 | Reserve | Individual | $ - | $18,500 | | $ 16,650 |
| Gardner | Paul | F | Inactive | | | | | | | | | $ - |
| Gillis | Joe | | Inactive | 9/13/2007 | 9/13/2008 | 6/16/1999 | Golf | Individual | $ - | $13,500 | $ 177.98 | $ 10,800 |
| Goodman | John | | Inactive | 7/15/2008 | 7/15/2009 | 8/25/1998 | Golf | Individual | $ - | $12,500 | | $ 10,000 |
| Hall | Joseph | | Inactive | 12/8/2006 | 12/8/2007 | 4/27/1999 | Golf | Individual | $ - | $13,500 | | $ 10,800 |
| Hall | Wade | | Inactive | 6/7/2002 | 6/7/2003 | 1/18/2000 | Golf | Individual | $ - | $25,000 | | $ 22,500 |
| Hardee | James | F | Inactive | | | | | | | | | $ - |
| Harig | David | | Inactive | 1/15/2008 | 1/15/2009 | 8/15/2002 | Golf | Individual | $ - | $20,000 | | $ 16,000 |
| Harrell | W. Lamar | | Inactive | 10/10/2007 | 10/10/2008 | 12/30/2004 | Golf | Individual | $ - | $20,000 | | $ 16,000 |
| Harris | John (deceased) | | Inactive | 1/3/2007 | 1/3/2008 | 7/23/1997 | Golf | Individual | $ - | $10,000 | | $ 10,000 |
| Haynsworth | Knox | | Inactive | 1/25/2006 | 1/25/2007 | 7/13/1998 | Golf | Family | $ - | $12,500 | | $ 10,000 |
| Helder | Jake | | Inactive | 10/8/2008 | 10/8/2009 | 12/5/2000 | Golf | Family | $ 5,000 | $18,500 | $ 72.20 | $ 14,800 |
| Herndon | Bobby | | Inactive | 6/5/2008 | 6/5/2009 | 3/30/1999 | Reserve | Individual | $ - | $25,000 | | $ 22,500 |
| Hobbs | Joel | | Inactive | 1/25/2008 | 1/25/2009 | 1/11/2004 | Golf | Individual | $ - | $20,000 | | $ 16,000 |
| Holladay | Carol Ann | F | Inactive | | | | | | | | | $ - |
| Howell | Albert | | Inactive | 1/11/2006 | 1/11/2007 | 12/5/2000 | Golf | Family | $ - | $18,000 | | $ 14,400 |

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hussey | John | | Inactive | 8/27/2004 | 8/27/2005 | 1/1/2000 | Reserve | Family | $ | - | $25,000 | | | | $ 22,500 |
| Jackson | Grady | F | Inactive | 1/12/2009 | 11/1/2009 | 11/1/2004 | Reserve | Individual | $ | - | $32,500 | | $ 320.25 | | $ - |
| Jackson | L. Harry | | Inactive | 6/30/2006 | 6/30/2007 | 11/19/2002 | Golf | Individual | $ | - | $20,000 | | | | $ 16,000 |
| Jarvis | Kevin | | Inactive | 10/9/2008 | 10/9/2009 | 9/30/2005 | Reserve | Individual | $ | - | $32,500 | | $ 206.62 | | $ 29,250 |
| Johnson | William | F | Inactive | | | | | | $ | | | | | | $ - |
| Kellersman | John | | Inactive | 11/1/2008 | 11/1/2009 | 10/12/2004 | Golf | Individual | $ | - | $20,000 | | $ 310.70 | | $ 16,000 |
| King | G. Royce | F | Inactive | 5/10/2009 | 5/31/2009 | 9/15/1997 | Reserve | Individual | $ | 5,000 | $15,000 | | | | $ - |
| Kirby | Robby | | Inactive | 10/22/2008 | 10/22/2009 | 8/12/1997 | Golf | Individual | $ | - | $10,000 | | | | $ 10,000 |
| Kirby | Robert | | Inactive | 1/22/2007 | 1/22/2008 | 7/28/1997 | Reserve | Individual | $ | - | $15,000 | | | | $ 15,000 |
| Kitowicz | Anthony | | Inactive | 12/6/2004 | 12/6/2005 | 4/1/2000 | Reserve | Individual | $ | - | $28,500 | | | | $ 25,650 |
| Koeber | Harry | F | Inactive | | | | | | $ | | | | | | $ - |
| Kohler | Conrad | | Inactive | 6/17/2003 | 6/17/2004 | 1/1/1999 | Reserve | Individual | $ | - | $23,000 | | | | $ 20,700 |
| Kornegay | Robert | F | Inactive | | | | | | $ | | | | | | $ - |
| Kuehne | Herbert | | Inactive | 11/23/2005 | 11/23/2006 | 5/5/1998 | Reserve | Individual | $ | - | $18,500 | | | | $ 16,650 |
| Kuhne | Jack | F | Inactive | | | | | | | | | | | | $ - |
| Latopolski | Gerald | F | Inactive | | | | | | | | | | | | $ - |
| Lassiter | T. Michael | | Inactive | 12/5/2007 | 12/5/2008 | 1/23/2001 | Golf | Individual | $ | - | $20,000 | | | | $ 16,000 |
| Lawhon | Zeb | | Inactive | 2/22/2005 | 6/22/2005 | 6/7/1999 | Reserve | Family | $ | - | $23,000 | | | | $ 20,700 |
| Lonstrup | Thor | F | Inactive | | | | | | | | | | | | $ - |
| Mahon | Douglas | F | Inactive | 12/16/2008 | 5/31/2009 | 9/15/1997 | Reserve | Individual | $ | 5,000 | $15,000 | | | | $ - |
| Malloch | Gordon | F | Inactive | 11/1/2009 | 11/1/2009 | 6/27/2000 | Golf | Individual | $ | - | $16,500 | | $ 233.10 | | $ - |
| Martin | Connie | | Inactive | 7/3/2007 | 7/3/2008 | 12/14/2004 | Reserve | Individual | $ | - | $32,500 | | | | $ 29,250 |
| Martin | William | F | Inactive | | | | | | $ | | | | | | $ - |
| Marullo | Gerald | F | Inactive | | | | | | | | | | | | $ - |
| Marullo | William | F | Inactive | | | | | | | | | | | | $ - |
| McGuire | Chad | | Inactive | 9/27/2005 | 9/27/2006 | 7/1/1999 | Reserve | Individual | $ | - | $27,500 | | | | $ 24,750 |
| Meachim | Bruce | | Inactive | 7/18/2007 | 7/18/2008 | 2/29/2000 | Reserve | Individual | $ | - | $27,500 | | | | $ 24,750 |
| Miller | Merle | | Inactive | 1/1/2007 | 1/1/2008 | 6/22/1998 | Reserve | Individual | $ | - | $23,000 | | | | $ 20,700 |
| Morris | Joe | F | Inactive | | | | | | $ | | | | | | $ - |
| Myers | Wake | | Inactive | 10/15/2007 | 10/15/2008 | 9/20/2000 | Golf | Family | $ | - | $18,000 | | | | $ 14,400 |
| Nipper | Betty | | Inactive | 2/1/2004 | 2/1/2005 | 8/15/1997 | Reserve | Individual | $ | - | $15,000 | | | | $ 15,000 |
| Novembrino | Sharon | | Inactive | 1/25/2008 | 1/25/2009 | 10/30/2000 | Reserve | Individual | $ | - | $30,000 | | | | $ 27,000 |
| Nuding | Norman | F | Inactive | | | | | | $ | | | | | | $ - |
| Parks | Elwood (Jerry) | | Inactive | 5/20/2008 | 5/20/2009 | 1/23/2006 | Golf | Family | $ | - | $20,000 | | | | $ 16,000 |
| Pence | William | F | Inactive | 3/1/2009 | 9/22/2009 | 7/11/2006 | Golf | Family | $ | 5,000 | $32,500 | | | | $ 29,250 |
| Petty | Steve | F | Inactive | | | | | | $ | | | | | | $ - |
| Phillips | Phil | | Inactive | 4/15/2008 | 4/15/2009 | 7/20/2000 | Golf | Individual | $ | - | $16,500 | | | | $ 13,200 |

| | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Pierce | Robert | | Inactive | 11/29/2004 | 11/29/2005 | 12/1/2000 | Reserve | Family | $ | - | $30,000 | | | $ 27,000 |
| Pratt | Courtney | . | Inactive | 12/5/2002 | 12/5/2003 | 12/1/1999 | Reserve | Ext Fam | $ | - | $25,000 | | | $ 22,500 |
| Quinn | Perry | | Inactive | 1/14/2008 | 1/14/2009 | 8/1/1997 | Golf | Individual | $ | - | $10,000 | | | $ 10,000 |
| Reid | Leigh | F | Inactive | | | | | | | | | | | $ - |
| Reid | Robert | | Inactive | 6/5/2008 | 6/5/2009 | 12/21/1999 | Reserve | Individual | $ | - | $25,000 | | | $ 22,500 |
| Rhea | Andrew | | Inactive | 12/11/2006 | 12/11/2007 | 1/11/2001 | Golf | Family | $ | - | $18,000 | | | $ 14,400 |
| Rodwell | Bill (Carolina First Bank) | | Inactive | 3/20/2008 | 3/20/2009 | 9/24/2001 | Reserve | Individual | $ | - | $32,500 | | | $ 29,250 |
| Ryan | Peter | F | Inactive | | | | | | | | | | | $ - |
| Rule | Jack | | Inactive | 8/7/2008 | 8/7/2009 | 7/7/1998 | Golf | Individual | $ | - | $12,500 | | | $ 10,000 |
| Sacco | Michael | | Inactive | 1/6/2008 | 1/6/2009 | 6/17/1998 | Reserve | Individual | $ | - | $20,000 | | | $ 18,000 |
| Sarto | John | | Inactive | 7/30/2007 | 7/30/2008 | 7/1/2003 | Reserve | Family | $ | - | $32,500 | | | $ 29,250 |
| Schenck | James | | Inactive | 6/30/2007 | 6/30/2008 | 9/7/1997 | Golf | Individual | $ | - | $10,000 | | | $ 10,000 |
| Schmidt | Mark | F | Inactive | | | | | | | | | | | $ - |
| Schoenwetter | Charles | F | Inactive | | | | | | | | | | | $ - |
| Seliga | Joe | | Inactive | 8/5/2002 | 6/30/2004 | 12/15/1999 | Reserve | Family | $ | - | $25,000 | | | $ 22,500 |
| Seliga | Willie (Ferdon Bros., Inc.) | | Inactive | 6/6/2007 | 6/6/2008 | 8/14/1997 | Reserve | Individual | $ | - | $15,000 | | | $ 15,000 |
| Simpson | Ronnie | . | Inactive | 6/2/2006 | 6/2/2007 | 11/21/1997 | Golf | Individual | $ | - | $11,500 | | | $ 9,200 |
| Sirmon | Bill | | Inactive | 6/1/2009 | 6/1/2009 | 10/18/1998 | Golf | Individual | $ | - | $12,500 | | | $ 10,000 |
| Smith | Perry (deceased) | | Inactive | 6/28/2006 | 6/28/2007 | 2/22/2000 | Reserve | Individual | $ | - | $27,500 | | | $ 24,750 |
| Spaniel | Rosalie | | Inactive | 6/18/2002 | 6/18/2003 | 8/1/1997 | Reserve | Individual | $ | - | $15,000 | | | $ 15,000 |
| Stabile | Robert | | Inactive | 1/23/2008 | 1/23/2009 | 10/26/1999 | Reserve | Individual | $ | - | $25,000 | | | $ 22,500 |
| Stark | Monroe | | Inactive | 3/3/2008 | 3/3/2009 | 8/12/1997 | Reserve | Individual | $ | - | $15,000 | | | $ 15,000 |
| Stewart | Valerie H | F | Inactive | | | | | | | | | | | |
| Stoebling | Ted | | Inactive | 9/4/2003 | 9/4/2004 | 7/1/2000 | Reserve | Family | $ | - | $27,500 | | | $ 24,750 |
| Strickland | Robert | F | Inactive | | | | | | | | | | | $ - |
| Strine | Gerald | | Inactive | 9/21/2006 | 9/21/2007 | 8/15/1997 | Reserve | Individual | $ | - | $15,000 | . | | $ 15,000 |
| Tatakis | John | | Inactive | 12/31/2006 | 12/31/2007 | 7/13/1999 | Reserve | Family | $ | - | $25,000 | | | $ 22,500 |
| Thompson | James P. | | Inactive | 1/12/2006 | 1/12/2007 | 10/9/1998 | Golf | Family | $ | - | $13,500 | | | $ 10,800 |
| Thrift | Charles | | Inactive | 6/30/2007 | 6/30/2008 | 4/13/1999 | Golf | Individual | $ | - | $13,500 | | | $ 10,800 |
| Tucker | Paxton | F | Inactive | | | | | | | | | | | $ - |
| Vance | Thomas | | Inactive | 8/7/2007 | 8/7/2008 | 10/31/1997 | Reserve | Family | $ | - | $18,000 | | | $ 16,200 |
| VanThullenar | Barbara | | Inactive | 9/15/2002 | 9/15/2002 | 4/1/2000 | Reserve | Ext Fam | $ | - | $20,000 | | | $ 18,000 |
| Walker | Lawrence | | Inactive | 6/10/2008 | 6/10/2009 | 11/5/1999 | Reserve | Individual | $ | - | $25,000 | | | $ 22,500 |
| Weisel | John | F | Inactive | | | | | | | | | | | |
| Welton | D. | | Inactive | 7/23/2008 | 7/23/2009 | 11/12/1999 | Golf | Family | $ | - | $15,000 | | | $ 12,000 |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Wilhelm | William | | Inactive | 4/17/2008 | 4/17/2009 | 6/23/2000 | Golf | Individual | $ - | $16,500 | | | | $ 13,200 |
| Wilkerson | Bud (Wilkerson Associates) | | Inactive | 11/3/2008 | 11/3/2009 | 8/18/2005 | Golf | Individual | $ 5,000 | $20,000 | | $ 466.20 | | $ 16,000 |
| Williams | Charles | | Inactive | 7/7/2006 | 7/7/2007 | 8/15/1997 | Golf | Individual | $ - | $10,000 | | | | $ 10,000 |
| Wimberly | Robert | | Inactive | 7/1/2006 | 7/1/2007 | 2/14/2003 | Golf | Individual | $ - | $20,000 | | | | $ 13,200 |
| Wood | Randall | | Inactive | 10/24/2006 | 10/24/2007 | 2/16/1999 | Reserve | Individual | $ - | $23,000 | | | | $ 20,700 |
| Worley | John | | Inactive | 4/10/2002 | 4/10/2003 | 4/1/1998 | Reserve | Family | $ - | $18,500 | | | | $ 16,650 |
| | | | | | | | | | $ 1,695,000 | | | | | |

Schedule 9.6(e)

Former Member Information

See attached and Schedule 9.6(a).

Forfeit List

| Last | First | Status | Equity | Initiation Paid | Forfeited |
|------|-------|--------|--------|-----------------|-----------|
| Alpaugh | Don K. | Forfeited Member | 5,000.00 | 20,000.00 | Initiation & Equity |
| Ammons | Phil | Forfeited Member | 0.00 | 0.00 | Corp - No Forfeit |
| **Boineau** | **Trippett** | **Forfeited Member** | **5,000.00** | **15,000.00** | **Initiation ONLY** |
| Brandon | Scott | Forfeited Member | 0.00 | 5,000.00 | Initiation |
| Brandt | Frederick T. | Forfeited Member | 5,000.00 | 20,000.00 | Initiation & Equity |
| Burton | Howard J. | BAD DEBT | 0 | 32,500.00 | Initiation |
| Cooke | Denny | Forfeited Member | 0 | 20,000.00 | Initiation |
| Cooper | Sam | BAD DEBT | 0 | 32,500.00 | Initiation |
| Corrigan | James H. | Forfeited Member | 0 | 15,000.00 | Initiation |
| Cowley | A. Ronald | Forfeited Member | 5,000.00 | 13,500.00 | Initiation & Equity |
| **Cox** | **Charles** | **Forfeited Member** | **5,000.00** | **21,500.00** | **Initiation ONLY** |
| Daniel | Dan | Forfeited Member | 0.00 | 0.00 | Corp - No Forfeit |
| Davis | John W. | Forfeited Member | 5,000.00 | 18,000.00 | Initiation & Equity |
| Davis | Barry R. | Forfeited Member | 0 | 20,000.00 | Initiation |
| Echols | William | Forfeited Member | 5000.00 | 5,000.00 | Initiation & Equity |
| Fairey | William F. | Forfeited Member | 5,000.00 | 32,500.00 | Initiation & Equity |
| Gane | Steven | BAD DEBT | 0.00 | 6,833.00 | Initiation |

| | | | | | |
|---|---|---|---|---|---|
| Gardner | Paul | BAD DEBT | 0.00 | 6,500.00 | Initiation |
| Hardee | James | BAD DEBT | 0.00 | 26,000.00 | Initiation |
| Holladay | Carol Ann | BAD DEBT | 0 | 32,500.00 | Initiation |
| Jackson | Grady | Forfeited Member | 5000.00 | 32,500.00 | Initiation & Equity |
| Johnson | William | Forfeited Member | 0.00 | 0.00 | Corp - No Forfeit |
| **King** | **G. Royce** | **Forfeited Member** | **5,000.00** | **15,000.00** | **Initiation ONLY** |
| Koerber | Harry M. | Forfeited Member | 5,000.00 | 20,000.00 | Initiation & Equity |
| Kornegay | Robert | BAD DEBT | 0 | 30,000.00 | Initiation |
| Kuhne | Jack | Forfeited Member | 5,000.00 | 11,500.00 | Initiation & Equity |
| Latopolski | Gerald | BAD DEBT | 0 | 20,000.00 | Initiation |
| Lonstrup | Thor F. | BAD DEBT | 0 | 17,000.00 | Initiation |
| Malloch | Gordon | Forfeited Member | 0 | 16,500.00 | Initation |
| **Mahon** | **Douglas G.** | **Forfeited Member** | **5,000.00** | **15,000.00** | **Initiation ONLY** |
| Martin | William | Forfeited Member | 0.00 | 13,500.00 | Initation |
| Marullo | Gerald | Forfeited Member | 0 | 32,500.00 | Initiation |
| Marullo | William | Forfeited Member | 0 | 32,500.00 | Initiation |
| Morris | Joe | BAD DEBT | 0 | 4,000.00 | Initiation |
| Nuding | Norman H. | Forfeited Member | 5,000.00 | 11,000.00 | Initiation & Equity |
| **Pence** | **William A.** | **Forfeited Member** | **5,000.00** | **32,500.00** | **Initiation ONLY** |

| Petty | Steve | BAD DEBT | 0 | 15,000.00 | Initiation |
| Reid | Leigh | Forfeited Member | 5,000.00 | 20,000.00 | Initiation & Equity |
| Ryan | Peter A. | BAD DEBT | 0 | 13,500.00 | Initiation |
| Schmidt | Mark A. | BAD DEBT | 0 | 20,000.00 | Initiation |
| Schoenwetter | Charles P. | Forfeited Member | 0 | 13,500.00 | Initiation |
| Stewart | Valerie H. | BAD DEBT | 5,000.00 | 13,500.00 | Initiation & Equity |
| Strickland | Robert B. | BAD DEBT | 0 | 16,500.00 | Initiation |
| Tucker | Paxton | BAD DEBT | 0 | 2,833.00 | Initiation |
| Weisel | John T. | BAD DEBT | 5,000.00 | 32,500.00 | Initiation & Equity |

## Schedule 10.11

### Resigned Member Creditor Class

To be determined by the Bankruptcy Court and finalized at Closing.

# EXHIBIT B TO THE SALE MOTION

<u>EXHIBIT B</u>

<u>Assigned Contracts</u>

1. Santee Cooper Electrical 7/9/08 (Hartford Fire Insurance Co.) Bond #22BSBEA2094

2. Dodson Bros. Exterminating Company, Inc. – Subterranean Termite Service Agreement dated January 29, 2008

3. Boxgroove.com- Private Golf Club Service Agreement dated August 4, 2009

4. CitiCapital Commercial Leasing Corporation –Master Lease #111-0153170-002

5. Plantation Federal Bank – Promissory Note dated June 3, 2009

6. Wells Fargo Financial Leasing, Inc. – Master Leases dated June 30, 2006 and July 30, 2006

7. IKON Financial Services – Lease Agreement and Master Maintenance and Sale Agreement, each dated August 9, 2006.

8. Pitney Bowes – Lease dated March 10, 2006

9. Time Warner Cable – Service Agreement dated March 18, 2009

10. CSI USA Distribution Inc. – Software License Agreement dated May 15, 2007

11. Auto-Chlor System of Carolina LLC – Dishwashing Machine Agreement dated August 4, 2008