**U.S. BANKRUPTCY COURT**
**District of South Carolina**

Case Number: 09-09116-jw

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN**

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**04/16/2010**



*(signature)*

Chief US Bankruptcy Court Judge
District of South Carolina

Entered: 04/16/2010

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE: | ) CHAPTER 11 |
| DEBTOR(S):[1] | ) |
| Reserve Golf Club of Pawleys Island, LLC<br>18 Reserve Drive<br>Pawleys Island, SC 29585 | ) CASE NO: 09-09116-jw |
| Tax ID/EIN: 20-4196941 | ) |

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT, FIXING TIME FOR FILING ACCEPTANCES OR REJECTIONS OF PLAN, AND FIXING THE TIME FOR FILING OBJECTIONS TO THE DISCLOSURE STATEMENT AND TO THE CONFIRMATION OF THE PLAN, COMBINED WITH NOTICE THEREOF AND OF THE HEARING ON FINAL APPROVAL OF THE DISCLOSURE STATEMENT AND THE HEARING ON CONFIRMATION OF THE PLAN**

A disclosure statement under chapter 11 of the Bankruptcy Code having been filed by Reserve Golf Club of Pawleys Island, LLC, on April 1, 2010 with respect to a plan under chapter 11 of the Code filed by Reserve Golf Club of Pawleys Island, LLC, on April 1, 2010:

IT IS ORDERED, and notice is hereby given, that:

A. The disclosure statement filed by Reserve Golf Club of Pawleys Island, LLC is conditionally approved.

B. May 21, 2010 is fixed as the last day for filing written acceptances or rejections of the plan referred to above.

C. On or before April 26, 2010, the plan, the disclosure statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest, and shall be transmitted to the United States Trustee.

D. June 2, 2010, 1:30 pm is fixed for the hearing on final approval of the disclosure statement (if a written objection has been timely filed) and for the hearing on confirmation of the plan, which will be held at King & Queen Building, 145 King Street, Room 225, Charleston, South Carolina.

E. May 21, 2010 is fixed as the last day for filing and serving written objections to the disclosure statement and confirmation of the plan.

---

[1]Set forth all names, including trade names, used by the debtor within the last 6 years. (Bankruptcy Rule 1005).

C11-314:12/7/07