# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| The Reserve Golf Club of Pawleys Island LLC | ) | Case No. 09-09116-jw |
| | ) | |
| Debtor. | ) | |

## ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING PLAN OF REORGANIZATION

The relief set forth on the following pages, for a total of 3 pages including this page, is hereby **ORDERED**.

**FILED BY THE COURT**
**06/02/2010**



*signature*

Chief US Bankruptcy Judge
District of South Carolina

Entered: 06/02/2010

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| The Reserve Golf Club of Pawleys Island LLC | ) | Case No. 09-09116-jw |
| | ) | |
| Debtor. | ) | |

## ORDER FINALLY APPROVING DISCLOSURE STATEMENT AND CONFIRMING PLAN OF REORGANIZATION

The Amended Plan of Reorganization was filed by the Debtor under chapter 11 of the Bankruptcy Code on April 1, 2010 (the "Plan") and transmitted to all creditors, equity security holders and other parties in interest together with a copy of the Amended Disclosure Statement (the "Disclosure Statement") conditionally approved by the Court on April 16, 2010.

On April 15, 2010, the disbanded Official Committee of Unsecured Creditors (the "Committee") in this matter filed an Objection to Confirmation of the Plan, asserting, among other things, an alleged right to the $66,250 in Escrow funds described in Class 13 of the Plan, which the Plan states will be returned to the donors of such funds. On May 25, 2010, the Committee withdrew with prejudice its Objection to Confirmation of the Plan, thereby releasing any alleged claim to the Escrow funds.

It having been determined, after hearing on notice, that the requirements for final approval of the disclosure statement have been satisfied, and it having been determined that all other requirements for confirmation set forth in 11 U.S.C. §1129(a) have been satisfied:

**IT IS ORDERED** that:

(1) the amended Disclosure Statement filed by the Debtor on April 1, 2010, is hereby finally approved; and

(2) the amended Plan filed by the Debtor on April 1, 2010 is hereby confirmed; and

(3) the $66,250 Escrow funds described in Class 13 of the Plan shall be returned to the donors of the fund by the Escrow agent holding such funds as described in the Plan.

**IT IS FURTHER ORDERED** that the Debtor:

(1) file, with the clerk of this court, pursuant to Fed. R. Bankr. P. 2015(a) and SC LBR 2015-3, each month until the case is closed by the clerk, a monthly operating report in a form satisfactory to the United States Trustee. The original must be filed and must include any action taken toward the consummation of the Plan;

    (2)  continue to pay the required quarterly fees to the United States Trustee until the case has been converted or dismissed, whichever occurs first;

    (3)  file, within 30 days after the date of confirmation of the plan:

      (a)  an application for final decree,
      (b)  a report of substantial consummation,
      (c)  a final report,
      (d)  objections to proof of claim or interest against the debtor estate,
      (e)  amendments to the plan,
      (f)  a motion requesting an extension of the 30-day period,
      (g)  any fee applications.

    Failure to comply with the requirements of SC LBR 2015-3 may result in the dismissal of the case or the conversion of the case as provided in that rule.